AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>Michael Aaron Tew<br>*Defendant(s)* | Case No.<br>20-mj-00088-KLM |

## CRIMINAL COMPLAINT

I, the complainant in this case, and state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  August 2018 to present  in the county of  Denver  in the State and District of  Colorado , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C 1956(h) | Conspiracy to Commit Money Laundering |

This criminal complaint is based on these facts:

See Affidavit attached hereto and hereby incorporated by reference.

☑ Continued on the attached sheet.

s/ Lisa Palmer
*Complainant's signature*

Lisa Palmer, SA  IRS-CI
*Printed name and title*

Sworn to before me and ☐ signed in my presence. ☑ submitted, attested to, and acknowledged by reliable electronic means.

Date: 08 Jul 2020

*Judge's signature*

City and state: Denver, Colorado

Kristen L. Mix
United States Magistrate Judge
*Printed name and title*