DEFENDANT:        MICHAEL AARON TEW

YOB:              **1979**

COMPLAINT FILED?        ____X__ Yes        ____ ___ No

If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   ___ Yes   ___X____ No
If No, a new warrant is required

OFFENSE(S):       Count 1: 18 U.S.C. 1956(h) (Conspiracy to Commit Money Laundering)

LOCATION OF OFFENSE:   Denver County, Colorado

PENALTY:          Count 1: NMT 20 years' imprisonment; NMT a $500,000 fine or 2 times the amount laundered, or both imprisonment and a fine; NMT 3 years' supervised release, and a $100 special assessment fee.

AGENT:            FBI SA Sarah Anderson
                  IRS-CI SA Lisa Palmer

AUTHORIZED BY:    Assistant U.S. Attorney Hetal J. Doshi

ESTIMATED TIME OF TRIAL:

___ five days or less        ___X_ over five days        ____ other

THE GOVERNMENT

X_____ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)

_____ will not seek detention

The statutory presumption of detention **is not** applicable to this defendant.

1