IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 20-mj-00088-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **MICHAEL AARON TEW**,

    Defendant.

_____

### ENTRY OF APPEARANCE
_____

    COMES NOW the undersigned, a member of the bar of this Court, and herewith enters his appearance as counsel for Michael Aaron Tew.

Dated: July 9, 2020

    Respectfully submitted,

    s/ Michael Sheehan
    Michael J. Sheehan,
    Attorney at Law, LLC
    Attorney Reg. # 34934
    7400 E. Caley Ave., Suite 300
    Centennial, CO 80111
    (720) 381-6146
    Fax (303) 694-9370
    michael.sheehan.esq@gmail.com

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on this 9th Day of July, 2020, I electronically filed the forgoing **Entry of Appearance** with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to all parties in the case.

                <u>s/ Michael Sheehan</u>
                Michael Sheehan