IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 20-mj-00088-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **MICHAEL AARON TEW**,

    Defendant.

_____

**SUPPLEMENT TO UNOPPOSED MOTION TO WITHDRAW**
_____

    Undersigned counsel has been authorized to state that at this time the Defendant, Michael Aaron Tew, does not wish to have counsel from the Federal Public Defender's Office appointed. Instead, Tew has retained different private counsel.

    Tew has retained Eric M. Creizman of Armstrong Teasdale LLP. Undersigned counsel has spoken with Mr. Creizman, and has been authorized to state that Creizman will be entering his appearance in the coming days.

    Respectfully submitted,

    s/ Michael Sheehan
    Michael J. Sheehan,
    Attorney at Law, LLC
    Attorney Reg. # 34934
    7400 E. Caley Ave., Suite 300
    Centennial, CO 80111
    (720) 381-6146
    Fax (303) 694-9370
    michael.sheehan.esq@gmail.com

CERTIFICATE OF SERVICE

 I hereby certify that on this 25th Day of July, 2020, I electronically filed the forgoing **Supplement** with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to all parties in the case.

s/ Michael Sheehan
Michael Sheehan
