| CJA 23 (Rev. 11/11) | **FINANCIAL AFFIDAVIT** IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE |
|---|---|

**IN THE UNITED STATES** ☐ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER *(Specify below)*

IN THE CASE OF _____ v. _____

FOR _____

AT _____

LOCATION NUMBER _____

PERSON REPRESENTED *(Show your full name)* _____

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other *(Specify)* _____

DOCKET NUMBERS
Magistrate Judge _____
District Court _____
Court of Appeals _____

CHARGE/OFFENSE *(describe if applicable & check box →)*
☐ Felony
☐ Misdemeanor

---

**ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY**

**INCOME & ASSETS**

**EMPLOY-MENT**
Are you now employed? ☐ Yes ☐ No ☐ Self-Employed
Name and address of employer: _____
**IF YES**, how much do you earn per month? $ _____
**IF NO**, give month and year of last employment? _____ How much did you earn per month? $ _____
If married, is your spouse employed? ☐ Yes ☐ No
**IF YES,** how much does your spouse earn per month? $ _____
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
**IF YES,** give the amount received and identify the sources
RECEIVED: $ _____ $ _____ $ _____
SOURCES: _____

**CASH** Do you have any cash on hand or money in savings or checking accounts? ☐ Yes ☐ No **IF YES,** total amount? $ _____

**PROP-ERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
**IF YES,** give value and description for each
VALUE: $ _____ $ _____ $ _____ $ _____
DESCRIPTION: _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS
__ Single
__ Married
__ Widowed
__ Separated or Divorced
Total No. of Dependents _____
List persons you actually support and your relationship to them _____

**DEBTS & MONTHLY BILLS** *(Rent, utilities, loans, charge accounts, etc.)*

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

I certify under penalty of perjury that the foregoing is true and correct.

_____
SIGNATURE OF DEFENDANT
*(OR PERSON REPRESENTED)*

_____
Date