DocuSign Envelope ID: 38775A6C-07C3-472C-8DB8-BC022E63E455

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | 20-cr-00305 |
| v. | ) | |
| Michael Aaron Tew | ) | Case No. 20-mj-00088-KLM |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 09/24/2020

*Michael Tew*
6F34E1CDFFF0465...
*Defendant's signature*

/s/ Edward R. Harris
*Signature of defendant's attorney*

Edward R. Harris
*Printed name of defendant's attorney*

*Judge's signature*

Nina Y Wang, US Magistrate Judge
*Judge's printed name and title*