| | |
|---|---|
| DEFENDANT: | MICHAEL AARON TEW |
| YOB: | **1979** |
| COMPLAINT FILED? | ____X__ Yes     ____ ___ No |
| | If Yes, MAGISTRATE CASE NUMBER 20mj88-KLM |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   __X_ Yes     ___ ____ No
If No, a new warrant is required

| | |
|---|---|
| OFFENSE(S): | Count 1:  18 U.S.C. § 1349 (Attempt and Conspiracy) |
| | Count 2:  18 U.S.C. § 1957 (Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity) |
| | Count 3:  26 U.S.C. § 7201 (Attempt to Evade or Defeat Tax) |
| LOCATION OF OFFENSE: | Denver County, Colorado |
| PENALTY: | Count 1:  NMT 20 years' imprisonment; NMT a $250,000 fine or 2 times the amount of gain or loss, whichever is greater, or both imprisonment and a fine; NMT 5 years' supervised release, and a $100 special assessment fee. |
| | Count 2:  NMT 10 years' imprisonment, NMT a $250,000 fine or two times the amount laundered, whichever is greater, or both imprisonment and a fine; NMT 3 years' supervised release; $100 special assessment fee. |
| | Count 3:  NMT 5 years' imprisonment, NMT than a $250,000 fine; or both imprisonment and a fine; not more than 3 years' supervised release; costs of prosecution, and a $100 special assessment fee. |
| AGENT: | FBI SA Sarah Anderson<br>IRS-CI SA Lisa Palmer<br>IRS-CI SA Melinda Wilgus |
| AUTHORIZED BY: | Assistant U.S. Attorney Hetal J. Doshi<br>First Assistant U.S. Attorney Matthew T. Kirsch |

2

<u>ESTIMATED TIME OF TRIAL</u>:

___ five days or less      ___X_ over five days      ____ other

<u>THE GOVERNMENT</u>

_____ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)

___X___ will not seek detention

The statutory presumption of detention **is not** applicable to this defendant.