# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**MICHAEL AARON TEW,**

    Defendant.

_____

## NOTICE OF ATTORNEY APPEARANCE
_____

    Undersigned counsel hereby enters his appearance as counsel of record for Defendant Michael Tew in this case. Counsel has been appointed to represent Mr. Tew pursuant to the provisions of the Criminal Justice Act.

Respectfully Submitted,

s/Thomas R. Ward
**Thomas R. Ward**
Attorney for Defendant
McDermott Stuart & Ward LLP
140 E. 19th Ave., Suite 300
Denver, CO 80203
Tel. 303-832-8888
Fax 303-863-8888
tward@mswdenver.com

Dated:   October 22, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on Thursday, October 22, 2020, I electronically filed the foregoing **NOTICE OF ATTORNEY APPEARANCE** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all opposing counsel of record.

s/Karla Alvarado
Karla Alvarado