**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 20-cr-00305-DDD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

**MICHAEL AARON TEW,**

 Defendant.

___

## DEFENDANT'S STATUS REPORT
___

 Michael Tew, by and through undersigned counsel, hereby submits the following Status Report concerning proceedings in the above-referenced case:

 1. This Status Report is submitted in response to the Court's order of December 11, 2020 (Doc. 73), directing that "Defendant is further ORDERED to file a status report in this matter no later than noon on 12/23/2020."

 2. The present status of this matter is that the parties have been unable to reach a disposition.

 3. Mr. Tew therefore withdraws the Notice of Disposition (Doc. 47) filed October 1, 2020.

Respectfully Submitted,


s/Thomas R. Ward
**Thomas R. Ward**
Attorney for Defendant
McDermott Stuart & Ward LLP
140 E. 19th Ave., Suite 300
Denver, CO 80203
Tel. 303-832-8888
Fax 303-863-8888
tward@mswdenver.com

Dated: December 23, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, December 23, 2020, I electronically filed the foregoing **DEFENDANT'S STATUS REPORT** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all opposing counsel of record.

s/Thomas R. Ward  
Thomas R. Ward
