IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**MICHAEL AARON TEW,**

    Defendant.

---

**MOTION TO MAINTAIN LEVEL 2 RESTRICTION ON ACCESS TO DOCUMENT 49 (RESTRICTED INFORMATION)**

---

Defendant Michael Tew respectfully moves the Court to continue to maintain Doc. 49 (Restricted Information), and to designate Doc. 77 (Defendant's brief in support of this motion) as restricted documents subject to Level 2 restriction (accessible only by the Court, Mr. Tew, and the government), for the reasons stated in Doc. 77.

Respectfully Submitted,

s/Thomas R. Ward
**Thomas R. Ward**
McDermott Stuart & Ward LLP
140 E. 19th Ave., Suite 300
Denver, CO 80203
Tel. 303-832-8888; Fax 303-863-8888
tward@mswdenver.com

Dated:   January 4, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on Monday, January 04, 2021, I electronically filed the foregoing **MOTION TO MAINTAIN LEVEL 2 RESTRICTION ON ACCESS TO DOCUMENT 49 (RESTRICTED INFORMATION)** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all opposing counsel of record.

                                                   s/Karla Alvarado
                                                   Karla Alvarado