| | |
|---|---|
| <u>DEFENDANT</u>: | KIMBERLEY ANN TEW |
| <u>YOB</u>: | **1981** |
| <u>COMPLAINT FILED?</u> | _____ Yes     \_\_\_\_x\_\_\_ No |
| | If Yes, MAGISTRATE CASE NUMBER_____ |

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u>   \_ \_\_ Yes     \_\_\_x\_\_\_\_ No
If No, a new warrant is required

| | |
|---|---|
| <u>OFFENSE(S)</u>: | Count 1:  18 U.S.C. § 1349 (Conspiracy to Commit Wire Fraud) |
| | Counts 21-22; 25-26; 31-32:  18 U.S.C. § 1343 (Wire Fraud) |
| | Count 41:  18 U.S.C. § 1956(h) (Conspiracy to Commit Money Laundering) |
| | Counts 43-44; 47-48; 56:  18 U.S.C. § 1957 (Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity) |
| <u>LOCATION OF OFFENSE</u>: | Denver County, Colorado |
| <u>PENALTY</u>: | Count 1:  18 U.S.C. § 1349<br>NMT 20 years' imprisonment; NMT a $250,000 fine or two times gain or loss, whichever is greater, or both imprisonment and a fine; NMT 3 years' supervised release; $100 special assessment fee. |
| | Counts 16, 21-22; 25-26; 31-32:  18 U.S.C. § 1343<br>For each count:  NMT 20 years' imprisonment, NMT a $250,000 fine or two times gain or loss, whichever is greater, or both imprisonment and a fine; NMT 3 years' supervised release; $100 special assessment fee |
| | Count 41:  18 U.S.C. § 1956(h)<br>NMT 20 years' imprisonment; NMT a $500,000 fine or 2 times the amount laundered, or both imprisonment and a fine; NMT 3 years' supervised release, and a $100 special assessment fee. |
| | Counts 43-44; 47-48; 56:  18 U.S.C. § 1957<br>For each count:  NMT 10 years' imprisonment, NMT a $250,000 fine or two times the amount laundered, whichever is greater, or both |

imprisonment and a fine; NMT 3 years' supervised release; $100 special assessment fee per count

AGENT: IRS-CI SA Lisa Palmer
FBI SA Sarah Anderson

AUTHORIZED BY: Assistant U.S. Attorney Hetal J. Doshi
Assistant U.S. Attorney Matthew T. Kirsch

ESTIMATED TIME OF TRIAL:

___ five days or less        __X_ over five days        ____ other

THE GOVERNMENT

_____ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)

__x____ will not seek detention

The statutory presumption of detention **is not** applicable to this defendant.