IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     MICHAEL AARON TEW,

    Defendant.

___

## MOTION TO WITHDRAW AS COUNSEL
___

    Undersigned counsel moves the Court for an Order allowing him to withdraw as counsel of record for Defendant Michael Aaron Tew in the above captioned matter, and states the following grounds:

    1.    On or about October 22, 2020, undersigned counsel was appointed to represent Mr. Tew pursuant to the provisions of the Criminal Justice Act.

    2.    On February 23, 2021, Mr. Tew informed undersigned counsel that he had retained private counsel to represent him in this matter.

    3.    On February 25, 2021, attorney Tor Ekeland filed a Notice of Appearance (Doc. 106) on behalf of Mr. Tew.

4.     As Mr. Tew is now represented by private counsel, there would appear to be no reason for undersigned counsel's appointment as CJA counsel to continue.

WHEREFORE, undersigned counsel respectfully requests that the Court issue an Order allowing him to withdraw as counsel of record for Mr. Tew.


Respectfully Submitted,

s/Thomas R. Ward
**Thomas R. Ward**
McDermott Stuart & Ward LLP
140 E. 19th Ave., Suite 300
Denver, CO 80203
Tel. 303-832-8888
Fax 303-863-8888
tward@mswdenver.com

Dated:   March 2, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, March 02, 2021, I electronically filed the foregoing **MOTION TO WITHDRAW AS COUNSEL** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all opposing counsel of record.

s/Karla Alvarado<br>
Karla Alvarado