IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00305-DDD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      MICHAEL AARON TEW,
2.      KIMBERLEY ANN TEW,
3.      JONATHAN K. YIOULOS,

      Defendants.

_____

## MOTION TO WITHDRAW ACTING U.S. ATTORNEY AS COUNSEL OF RECORD

_____

Matthew T. Kirsch, Acting United States Attorney for the District of Colorado, hereby moves to withdraw as counsel of record in the above-captioned case.  The undersigned has multiple other responsibilities that currently require his attention.  Both Assistant U.S. Attorneys Hetal Doshi and Andrea Surratt will remain counsel of record in this case.

Dated this 17th day of September, 2021.

Respectfully submitted,

MATTHEW T. KIRSCH
Acting United States Attorney

By:   By: *s/ Matthew T. Kirsch*
MATTHEW T. KIRSCH
Acting United States Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado  80202
Telephone:  (303) 454-0100
E-mail:  matthew.kirsch@usdoj.gov
Attorney for the United States

<u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on this 17th day of September, 2021, I electronically filed the foregoing **MOTION TO WITHDRAW ACTING U.S. ATTORNEY** using the CM/ECF system which will send notification of such filing to counsel on record.


         *s/ Mariah Hill*
         MARIAH HILL
         Legal Assistant
         United States Attorney's Office
         1801 California Street, Suite 1600
         Denver, CO 80202