UNITED STATES DISTRICT OF COURT
FOR THE DISTRICT OF COLORADO

Case No. 20-cr-00305-DDD

_____

UNITED STATES OF AMERICA

**MOTION TO WITHDRAW**

Plaintiff,

v.

MICHAEL AARON TEW, JONATHAN K.
YIOULOS, and KIMBERLEY ANN TEW,

Defendants.

_____

 **PLEASE TAKE NOTICE,** undersigned counsel respectfully moves to withdraw as counsel
to Michael Tew and Kimberley Tew in this action under D.C. COLO. LAttyR 5(b) of the District
of Colorado local rules and Rule 1.16 of the Colorado Rules of Professional Conduct,
subsections (b)(1), (b)(5), (b)(6), and (b)(7). Mr. and Mrs. Tew have not and apparently cannot
meet their financial obligations to the firm I work for. Furthermore, certain circumstances have
made it unreasonably difficult to continue the representation separate and apart from their
inability to honor financial obligations to our firm. I, as well as my co-counsel Tor Ekeland and
Michael Hassard, will be withdrawing as counsel in this case. Tor Ekeland is submitting a
declaration setting forth, in greater detail, the reasons supporting our motion to withdraw.

Respectfully submitted,

/s/ Xuan Zhou
Xuan Zhou
(CA Bar No. 333504)
Tor Ekeland Law, PLLC

30 Wall Street
8th Floor
New York, NY
10005
(718) 737 -7264
xuan@torekeland.com


*Attorney for Michael Tew and
Kimberley Tew*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of December 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

Respectfully submitted,

/s/ Xuan Zhou
Xuan Zhou
(CA Bar No. 333504)
Tor Ekeland Law, PLLC

30 Wall Street
8th Floor
New York, NY
10005
(718) 737 -7264
xuan@torekeland.com

*Attorney for Michael Tew and Kimberley Tew*