

Tor Ekeland
Managing Partner

(718) 737-7264
tor@torekeland.com

**September 16, 2021**

VIA EMAIL

Hetal J. Doshi
Assistant United States Attorney
District of Colorado
1801 California Street, Suite 1600
Denver, Colorado 80202
Phone: (303) 454-0100
Fax: (303) 454-0403
Hetal.Doshi@usdoj.gov

Andrea L. Surratt
Assistant United States Attorney
District of Colorado
Andrea.Surratt@usdoj.gov

**Re:** *United States v. Tew et al.*, 20-CR-00305-DDD - Taint

Dear Mrs. Doshi,

  We appreciate you taking the time to speak with us this Wednesday and look forward to meeting with you on October 12, 2021, to discuss the path forward. As we agreed, we will refrain from requesting a Special Master to review the taint issues and litigating the privilege issues until after this meeting assuming you halt your review of all the discovery returned under the search warrants in this matter. For two main reasons.

  First, we agree with the Fourth Circuit Court of Appeals that your taint team procedures are unconstitutional because the judiciary cannot delegate privilege determinations to the Executive Branch.[1]

  Second, even assuming the court ordered taint team protocols are constitutional you do not appear to have followed them.

  Thus, it is our position that all the discovery seized under the search warrants is irreparably tainted. If you continue your review, we will seek relief from the Court. Feel free to reach out to us if you wish to discuss this before our October meeting.

---

[1] *See In Re: Search Warrant Issued June 13, 2019*, 942 F. 3d 159 (CA4 2019).



Nothing in this letter constitutes a waiver of any type, including Mr. and Mrs. Tew's marital privilege and any other rights they have under the Law.

Sincerely,

Tor Ekeland