IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **MICHAEL AARON TEW** and
2. **KIMBERLEY ANN TEW**,
    a/ka Kimberley Vertanen,

    Defendants.

## GOVERNMENT'S MOTION TO DISCLOSE
## GRAND JURY MATERIAL TO DEFENDANTS

    The United States of America, by and through Cole Finegan, United States Attorney for the District of Colorado, and Bryan David Fields, Assistant United States Attorney, respectfully moves the Court, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(I), for an order authorizing the Government to disclose Grand Jury testimony and exhibits to the Defendants and their attorneys, on the terms and conditions outlined below.

    As grounds for this motion, the Government states as follows:

    1.    Fed. R. Crim. P. 6(e), with various exceptions, prohibits the disclosure of "a matter occurring before the grand jury."

2. The Government wishes to provide to the defendants a transcript of testimony before the grand jury, which constitutes *Jencks* material for a witnesses likely to appear at trial in this matter. *See* 18 U.S.C. § 3500.

3. Fed. R. Crim. P. 6(e)(3)(E)(I) allows for Court-authorized disclosure of "a Grand Jury matter," when such disclosure is "preliminarily to or in connection with a judicial proceeding."

4. The pending case against the Defendant is a "judicial proceeding" and the requested disclosure is "in connection with" such proceeding. The Government wishes to provide this discovery, but can only do so with the Court's approval.

5. Because these proceedings (and the related Grand Jury material) remain secret, *see* Fed. R. Crim. P. 6(e), the Government moves that disclosure only be allowed for purposes of defending this case; that such disclosure only be made to the Defendants and the Defendants' attorney; that such Grand Jury material be maintained in the defense counsel's custody; that such materials shall not be reproduced or disseminated; and that such materials be returned to the United States at the end of this case.

WHEREFORE, the Government respectfully requests that the Court authorize the disclosure of Grand Jury material to the Defendants and their attorneys on the terms and conditions outlined above.

Respectfully submitted this 25th day of May, 2022.

> COLE FINEGAN
> United States Attorney
> District of Colorado
>
> By:   s/ *Bryan David Fields*
> BRYAN DAVID FIELDS
> Assistant United States Attorney
> 1801 California Street, Suite 1600
> Denver, CO 80202
> Telephone 303-454-0100
> Facsimile 303-454-0402
> Bryan.Fields3@usdoj.gov

**Certification of Type-Volume Limitation**

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

> /s Bryan David Fields
> Bryan David Fields

**Statement of Speedy Trial Impact**

Pursuant to Judge Domenico's Practice Standard III(C), the government states that this motion will have no affect on the speedy trial clock unless the Court orders a hearing on the matter to take place after the already-existing ends-of-justice continuance expires.

## CERTIFICATE OF SERVICE

    I certify that on this 12th day of June, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case

              s/ *Bryan David Fields*
              BRYAN DAVID FIELDS
              Assistant United States Attorney
              1801 California Street, Suite 1600
              Denver, CO 80202
              Telephone 303-454-0100
              Facsimile 303-454-0402
              Bryan.Fields3@usdoj.gov