AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 07/31/2020 1:05 pm | Copy of warrant and inventory left with: Michael Tew |
| Inventory made in the presence of : John Stauder | | |
| Inventory of the property taken and name of any person(s) seized: | | |

Item #1 - Black Wells Fargo Bag
Item #2 - Green Guaranty Bank and Trust Company Bag

*Nothing Follows*

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
10:02 am, Aug 14, 2020
JEFFREY P. COLWELL, CLERK

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 08/03/2020

*Sarah Anderson*
Executing officer's signature

SA Sarah Anderson, FBI
Printed name and title

EXHIBIT
C