

FD-674a (7-24-2017)

**FBI**

DATE 07 / 31 / 2020

CASE ID 318A-DN-3053281

PHOTOGRAPHER John Stauder

LOCATION 3222 East First Avenue

Apartment 224

Denver, Colorado 80206

EXHIBIT
D

FD-674a (7-24-2017) — **ERT PHOTOGRAPHIC LOG** — PAGE 1 OF 4

## GENERAL INFORMATION

- DATE: 07/31/2020
- CASE ID: 318A-DN-3053284-YA
- LOCATION: 3222 East First Avenue, Apartment 224, Denver, Colorado 80206
- CAMERA TYPE: Nikon D610
- CARD #: 1
- PREPARER/PHOTOGRAPHER: FP John Stauder / FOA Lindsay Fryar
- REMARKS: Corrected case ID 318A-DN-3188680

| Photo # | Subject (Circle One) | Range | Use Scale | Description |
|---|---|---|---|---|
| 1 | Other | Long / Med / Close | | Log Label |
| 2 | Entry | Long / Med / Close | | Exterior of apartment complex |
| 3 | Entry | Long / Med / Close | | Exterior - address |
| 4 | Entry | Long / Med / Close | | Exterior of apt # 224 |
| 5 | Entry | Long / Med / Close | | Room A |
| 6 | Entry | Long / Med / Close | | Room A |
| 7 | Entry | Long / Med / Close | | Room B |
| 8 | Entry | Long / Med / Close | | Room B |
| 9 | Entry | Long / Med / Close | | Room B |
| 10 | Entry | Long / Med / Close | | Room C |
| 11 | Entry | Long / Med / Close | | Room C |
| 12 | Entry | Long / Med / Close | | Room C |
| 13 | Entry | Long / Med / Close | | Room D |
| 14 | Entry | Long / Med / Close | | Room D |
| 15 | Entry | Long / Med / Close | | Room D |
| 16 | Entry | Long / Med / Close | | Room E |
| 17 | Entry | Long / Med / Close | | Room E |
| 18 | Entry | Long / Med / Close | | Room E |
| 19 | Entry | Long / Med / Close | | Room E |
| 20 | Entry | Long / Med / Close | | Room F |
| 21 | Entry | Long / Med / Close | | Room F |
| 22 | Entry | Long / Med / Close | | Room F |
| 23 | Entry | Long / Med / Close | | Room F |
| 24 | Entry | Long / Med / Close | | Room F - Closet |
| 25 | Entry | Long / Med / Close | | Room F - Closet |
| 26 | Entry | Long / Med / Close | | Room G |
| 27 | Entry | Long / Med / Close | | Room G |
| 28 | Entry | Long / Med / Close | | Room G |
| 29 | Entry | Long / Med / Close | | Room G - Closet |
| 30 | Entry | Long / Med / Close | | Room G - Closet |
| 31 | Entry | Long / Med / Close | | Room G - Closet |
| 32 | Entry | Long / Med / Close | | Room H |
| 33 | Entry | Long / Med / Close | | Room H |
| 34 | Entry | Long / Med / Close | | Room H |
| 35 | Entry | Long / Med / Close | | Room H |
| 36 | Entry | Long / Med / Close | | Room H |

## GENERAL INFORMATION

DATE: 07/31/2020
CASE ID: 318A-DN-3053281-JAA
LOCATION: 3222 East First Avenue, Apartment 224, Denver, Colorado 80206
CAMERA TYPE: Nikon D610    CARD #: 1
PREPARER/PHOTOGRAPHER: FP John Stauder / FOA Lindsay Pryor
REMARKS: Corrected case ID 318A-DN-3188680

| Photo # | Subject (Circle One) | Range | Use Scale | Description |
|---|---|---|---|---|
| 37 | Entry | Long | | Room H – Closet |
| 38 | Entry | Long | | Room H – Closet |
| 39 | Entry | Long | | Room H – Closet |
| 40 | Entry | Long | | Room H – Closet |
| 41 | Entry | Long | | Room I |
| 42 | Entry | Long | | Room I |
| 43 | Entry | Long | | Room I |
| 44 | Entry | Long | | Room J |
| 45 | Entry | Long | | Room J |
| 46 | Entry | Long | | Room J |
| 47 | Other | Long | | Room B – books/bookshelves |
| 48 | Other | Long | | Room B – books/bookshelves |
| 49 | Other | Long | | Room B – books/bookshelves |
| 50 | Items | Long | | money bag – from Room B |
| 51 | Items | Med | | money bag – from Room B |
| 52 | Items | Close | | money bag – from Room B |
| 53 | Items | Close | Scale | money bag – from Room B |
| 54 | Items 1 | Long | | money bag – from Room G – closet |
| 55 | Items 2 | Med | | money bag – from Room G – closet |
| 56 | Items | Close | | money bag – from Room G – closet |
| 57 | Items | Close | Scale | money bag – from Room G – closet |
| 58 | Items 2 | Close | | contents of money bag – Room G – closet |
| 59 | Entry | Long | | Room B – entire closet |
| 60 | Entry | Long | | Room A Closet |
| 61 | Other | Long | | money band from Item #1 Room B |
| 62 | Other | Long | | money band from Item #1 Room B |
| 63 | Exit | Long | | Room J |
| 64 | Exit | Long | | Room J |
| 65 | Exit | Long | | Room J |
| 66 | Exit | Long | | Room I |
| 67 | Exit | Long | | Room I |
| 68 | Exit | Long | | Room I |
| 69 | Exit | Long | | Room I |
| 70 | Exit | Long | | Room F |
| 71 | Exit | Long | | Room F |
| 72 | Exit | Long | | Room F |

FD-674a (7-24-2017)  **ERT PHOTOGRAPHIC LOG**   PAGE 3 OF 4

## GENERAL INFORMATION

DATE: 07/31/2020     CASE ID: 318A-DN-3053281-80X
LOCATION: 3222 East First Avenue, Apartment 224, Denver, Colorado 80206
CAMERA TYPE: Nikon D610     CARD #: 1
PREPARER/PHOTOGRAPHER: FP John Stauder / Lindsay Fryer
REMARKS: Corrected case ID 318A-DN-3188680

| Photo # | Subject (Circle One) | Range | Use Scale | Description |
|---|---|---|---|---|
| 73 | Exit | Med | | Room F closet |
| 74 | Exit | Med | | Room F closet |
| 75 | Exit | Med | | Room E |
| 76 | Exit | Med | | Room E |
| 77 | Exit | Med | | Room E |
| 78 | Exit | Med | | Room E |
| 79 | Exit | Med | | Room E |
| 80 | Exit | Med | | Room H |
| 81 | Exit | Med | | Room H |
| 82 | Exit | Med | | Room H |
| 83 | Exit | Med | | Room H |
| 84 | Exit | Med | | Room H |
| 85 | Exit | Med | | Room H closet |
| 86 | Exit | Med | | Room H closet |
| 87 | Exit | Med | | Room H closet |
| 88 | Exit | Med | | Room C |
| 89 | Exit | Med | | Room C |
| 90 | Exit | Med | | Room C |
| 91 | Exit | Med | | Room B |
| 92 | Exit | Med | | Room B |
| 93 | Exit | Med | | Room B |
| 94 | Exit | Med | | Room D |
| 95 | Exit | Med | | Room D |
| 96 | Exit | Med | | Room D |
| 97 | Exit | Med | | Room D |
| 98 | Exit | Med | | Room G |
| 99 | Exit | Med | | Room G |
| 100 | Exit | Med | | Room G |
| 101 | Exit | Med | | Room G |
| 102 | Exit | Med | | Room G closet |
| 103 | Exit | Med | | Room G closet |
| 104 | Exit | Med | | Room G closet |
| 105 | Exit | Med | | warrant and FD-597 |
| 106 | Exit | Med | | Room A |
| 107 | Exit | Med | | Room A |
| 108 | Exit | Med | | Room A |

FD-674a (7-24-2017) — ERT PHOTOGRAPHIC LOG

## GENERAL INFORMATION

DATE: 07/31/2020
CASE ID: 318A-DN-3053281-?
LOCATION: 3222 East First Avenue, Apartment 224, Denver, Colorado 80206
CAMERA TYPE: Nikon D610    CARD #: 1
PREPARER/PHOTOGRAPHER: FP John Stauder / Lindsay Fryer
REMARKS: Corrected case ID 318A-DN-3188680

| Photo # | Subject (Circle One) | Range | Use Scale | Description |
|---|---|---|---|---|
| 109 | Entry / (Exit) / Other / Items # | Long / Med / Close | | Front door |
| 110 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 111 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 112 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 113 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 114 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 115 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 116 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 117 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 118 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 119 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 120 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 121 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 122 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 123 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 124 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 125 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 126 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 127 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 128 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 129 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 130 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 131 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 132 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 133 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 134 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 135 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 136 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 137 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 138 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 139 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 140 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 141 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 142 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 143 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 144 | Entry / Exit / Other / Items # | Long / Med / Close | | |