IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  20-cr-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **MICHAEL AARON TEW and**
2. **KIMBERLEY ANN TEW** a/k/a Kimberley Vertannn

    Defendants.

---

**GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT MICHAEL TEW'S MOTION FOR THE GOVERNMENT TO FILE A JAMES PROFFER REGARDING CO-CONSPIRATOR STATEMENTS ADMISSIBILITY PURSUANT TO EVIDENCE RULE 801(d)(2)(E) AND FOR A *JAMES* HEARING [ECF NO. 219]**

---

The government does not oppose making a *James* proffer in this case. Because of the unresolved issues related to the government's use of a filter team to execute several search warrants, it is premature to schedule a *James* hearing at this time. The government will need to finish executing those warrants, which provided probable cause to believe that conspirator communications would be found in several electronic repositories, before it will be in a position to identify the statements it will use at trial.

The government has reached out to defense counsel to propose a mutually agreeable timetable for scheduling such a hearing, but has not received a response

1

as of the date of this filing.

    Respectfully submitted this 9th day of August, 2022.

COLE FINEGAN<br>United States Attorney

| By:    */s Bryan Fields* | By:    /s Albert Buchman |
|---|---|
| Bryan Fields | Albert Buchman |
| Assistant United States Attorney | Assistant United States Attorney |
| U.S. Attorney's Office | U.S. Attorney's Office |
| 1801 California St. Suite 1600 | 1801 California St. Suite 1600 |
| Denver, CO 80202 | Denver, CO 80202 |
| (303) 454-0100 | (303) 454-0100 |
| Bryan.Fields3@usdoj.gov | Al.Buchman@usdoj.gov |
| Attorney for the Government | Attorney for the Government |

**Certification of Type-Volume Limitation**

    I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

<em>/s Bryan David Fields</em><br>Bryan David Fields

**Statement of Speedy Trial Impact**

    Pursuant to Judge Domenico's Practice Standard III(C), the government notes that this motion will not affect the speedy trial clock in this case because any resolution of it will be within the already-granted ends-of-justice continuance granted on May 12, 2022, ECF No. 198.

## CERTIFICATE OF SERVICE

I certify that on this 9th day of August, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case

<u>s/ *Albert Buchman*</u>
Albert Buchman
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
<u>Al. Buchman@usdoj.gov</u>