IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  20-cr-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **MICHAEL AARON TEW, and**
2. **KIMBERLY ANN TEW,** a/k/a Kimberley Vertanen,

    Defendants.

---

**GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT KIMBERLEY TEW'S MOTION FOR THE GOVERNMENT TO FILE A JAMES PROFFER REGARDING CO-CONSPIRATOR STATEMENTS ADMISSIBILITY PURSUANT TO EVIDENCE RULE 801(d)(2)(E) AND FOR A *JAMES* HEARING [ECF NO. 220]**

---

    The government does not oppose making a *James* proffer in this case. Because of the unresolved issues related to the government's use of a filter team to execute several search warrants, it is premature to schedule a *James* hearing at this time.  The government will need to finish executing those warrants, which provided probable cause to believe that conspirator communications would be found in several electronic repositories, before it will be in a position to identify the statements it will use at trial.

    The government has reached out to defense counsel to propose a mutually agreeable timetable for scheduling such a hearing.  He responded that because his

1

position is "that the government obtained the emails illegally, I can't agree to put the James log off for several months." But that is exactly what will need to happen given that the government cannot identify *James* statements in those warrants until issues regarding their legality are resolved by the Court or negotiated. The government proposes that the *James* log be due 8 weeks after the Court rules on the pending motions. That period of time is necessary to execute the warrants (which will require sifting through gigabytes of data), identify co-conspirator statements, and prepare the actual log.

    Respectfully submitted this 9th day of August, 2022.

COLE FINEGAN
United States Attorney

By:  */s/ Bryan Fields*
Bryan Fields
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
Bryan.Fields3@usdoj.gov
Attorney for the Government

By:  */s/ Albert Buchman*
Albert Buchman
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
Al.Buchman@usdoj.gov
Attorney for the Government

**Certification of Type-Volume Limitation**

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

/s/ Albert Buchman
Albert Buchman

**Statement of Speedy Trial Impact**

Pursuant to Judge Domenico's Practice Standard III(C), the government notes that this motion will not affect the speedy trial clock in this case because any resolution of it will be within the already-granted ends-of-justice continuance granted on May 12, 2022, ECF No. 198.

/s/ Albert Buchman
Albert Buchman

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on August 9, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which system automatically provides a copy to defense counsel of record.

                                      */s/ Albert Buchman*
                                      Albert Buchman
                                      Assistant United States Attorney
                                      1801 California Street, Suite 1600
                                      Denver, Colorado 80202
                                      Phone:  (303) 454-0100
                                      Fax:  (303) 454-0403
                                      E-mail:  Al.Buchman@usdoj.gov
                                      Attorney for the United States