# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-0305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **MICHAEL AARON TEW**, and

2. **KIMBERLEY ANN TEW**.

    Defendants.

## UNOPPOSED MOTION TO RESCHEDULE HEARING DATE ON MOTIONS

    Defendants, Michael A. Tew and Kimberley A. Tew, by their counsel of record, Peter R. Bornstein, hereby moves this Court for an order rescheduling the motion hearing date of October 18, 2022.  AUSA Bryan Fields has no objection to the request.

    1.    By Order of Court entered on August 15, 2022, a hearing on pending pre-trial motion was set for October 18, 2022.  (Doc. 241).

    2.    Mr. Bornstein has a conflict with that setting.  He is scheduled to be in a 5-day jury trial of a criminal case the entire week of October 17-21, 2022.  *United States v. Perez Torres*, Case No. 22-cr-108-CMA-1.

    3.    Counsel have discussed dates that work for both calendars.  Counsel propose:  October 3, 10-12, 24-28.

    4.    Consequently, Defendants Michael Tew and Kimberley Tew request that this Court reschedule the motion hearing currently scheduled for October 18, 2022.

Respectfully submitted this 18th day of August 2022.

**THE LAW OFFICES OF PETER R. BORNSTEIN**

*/s/ Peter R. Bornstein*
Peter R. Bornstein
*Attorney for Defendants Michael Aaron Tew
and Kimberley Ann Tew*

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Jeannette L. Wolf*
