IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-0305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

**1. MICHAEL AARON TEW**,

**2. KIMBERLEY ANN TEW**.

    Defendants.

---

**COMBINED REPLY TO THE GOVERNMENT'S RESPONSE
IN OPPOSITION TO DEFENDANTS' MOTIONS FOR THE GOVERNMENT
TO FILE A JAMES PROFFER, ETC.**

---

Defendants, Michael A. Tew and Kimberley A. Tew, by their counsel of record, Peter R. Bornstein, hereby submits their combined reply to the Governments' Responses in opposition to Defendants' motions for the Government to file a James Proffer. (Docs. 231 and 232).

Defendants Michael A. Tew and Kimberley A. Tew each filed a motion for the Government to identify any alleged co-conspirator statements which it will seek to admit at the trial pursuant to Fed. R. Evid. 801(d)(2)(E).  (Docs. 219 and 220). In this regard, the Defendants rely on a body of law which has come to be called James Proffer and James Hearing.  The Government has now filed its response in opposition to these two motions; yet states that "the Government does not oppose making a James Proffer in this case."

The Government clearly admits that it wants to use co-conspirator statements in its case at trial.  However, the Government goes on to state that it cannot identify those statements and proposes a delayed preparation of James log until "eight weeks after the Court rules on the pending motions."  The reason for this inability of the Government to

identify co-conspirator statements is, per the Government's response, that it needs to finish executing several search warrants. This delay request is related to the pending motion about privileged communications. (Doc. 214).

The search warrants that the Government references have been identified in a motion to suppress evidence filed by the Defendants on May 12, 2022. (Doc. 200). Those search warrants were sought and obtained back in July, September, and December of 2020 –– twenty months ago or more. During those twenty months or more, this case has been set for trial on three separate dates all of which have been continued by the defense. Theoretically, the Government should have been ready for trial on at least some of those earlier set trial dates. This case is now four months from another trial setting and the defense will be prejudiced if it does not know what statements from the alleged co-conspirators, Jonathan Yioulos, Michael Mora, Christian Rincon, Kimberly Tew, and Michael Tew, the defense needs to prepare to meet or challenge.

Consequently, the Defendants request that this Court set a date for a James Proffer to be turned over by the Government containing all the statements it intends to use at trial from alleged co-conspirators in a timely manner so as to not prejudice the defense. Thereafter, the Court should set a time for the Defendants to challenge that those statements do not meet the requirements of Fed. R. Evid. 801(d)(2)(E), and for a hearing to resolve the issues by any such objections.

Respectfully submitted this 23rd day of August, 2022.

/s/ Peter R. Bornstein
Peter R. Bornstein
The Law Offices of Peter R. Bornstein
Greenwood Village, CO 80111
(720) 354-4440 phone
(720) 287-5674 fax
pbornstein@prblegal.com
*Attorney for* Defendants Michael Aaron Tew *and Kimberley Ann Tew*

## Certification of Type-Volume Limitation

      I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

                                      */s/ Peter R. Bornstein*
                                      Peter R. Bornstein

## CERTIFICATE OF SERVICE

      I hereby certify that on August 23rd 2022, I electronically filed the foregoing *Combined Reply to the Government's Response in Opposition to Defendants' Motions for the Government to File a James Proffer, Etc.* with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

                                      */s/ Jeannette Wolf*
                                      Jeannette Wolf