IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   20-cr-00305-DDD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. **MICHAEL AARON TEW, and**
2. **KIMBERLEY ANN TEW,** a/k/a Kimberley Vertanen,

      Defendants.

---

### GOVERNMENT'S LIST OF PROPOSED WITNESSES FOR SUPPRESSION HEARING OF OCTOBER 12, 2022

---

      The government hereby submits its final list of proposed witnesses. The government notes its objection to any hearing pursuant to *Franks v. Delaware*, 438 U.S. 154 (1978) for the reasons set forth in its filing at ECF No. 215. The defendants are only entitled to a hearing if they provide a substantial preliminary showing that agents here made intentionally and knowingly false statements or acted with reckless disregard for the truth. This is an extraordinary allegation and entertaining it without a proper basis is contrary to the law's presumption of good faith.

      The government will have the relevant agents available to testify but if a *Franks* hearing is unnecessary then the proposed times for testimony will be much shorter:   Special Agent

. . . .

. . . .

. . . .

. . . .

. . . .

2

Palmer would be approximately 20 minutes and Special Agent Anderson would be approximately 30.

Respectfully submitted this 6th day of July, 2022.

|  |  |
|---|---|
|  | COLE FINEGAN |
|  | United States Attorney |
| By:  */s/ Bryan Fields* | By:  */s/ Al Buchman* |
| Bryan Fields | Albert Buchman |
| Assistant United States Attorney | Assistant United States Attorney |
| U.S. Attorney's Office | U.S. Attorney's Office |
| 1801 California St. Suite 1600 | 1801 California St. Suite 1600 |
| Denver, CO 80202 | Denver, CO 80202 |
| (303) 454-0100 | (303) 454-0100 |
| Bryan.Fields3@usdoj.gov | Al.Buchman@usdoj.gov |
| Attorney for the Government | Attorney for the Government |

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of October, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record

                By:    <u>/s Bryan Fields</u>
                          Bryan Fields
                          Assistant United States Attorney
                          U.S. Attorney's Office
                          1801 California St. Suite 1600
                          Denver, CO 80202
                          (303) 454-0100
                          Bryan.Fields3@usdoj.gov
                          Attorney for the Government

Case 1:20-cr-00305-DDD   Document 254   Filed 10/07/22   USDC Colorado   Page 3 of 3