# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Judge Daniel D. Domenico**

Case No.  20-cr-00305-DDD                    Date: October 12, 2022

Case Title: United States of America v. Michael Aaron Tew et al.

### PLAINTIFF  WITNESS LIST
(Plaintiff/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| *Anthony* TONY ROMERO | ① October 12, 2022 30 minutes (Direct) *11:23am.* |
| LISA PALMER | ③ October 12, 2022 90 minutes (Direct) *2:26pm.* |
| SARAH ANDERSON | ② October 12, 2022 60 minutes (Direct) *1:35pm.* |