IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00305-DDD

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. MICHAEL AARON TEW
2. KIMBERLEY ANN TEW, and
3. JONATHAN K. YIOULOS,

Defendants

---

**ENTRY OF APPEARANCE OF NANCY L. COHEN, ESQ. FOR THIRD PARTY VICTIMS**

---

To the clerk of the court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Victims:

National Air Cargo Holdings, Inc.

National Air Cargo Group, Inc. d/b/a National Airlines

Christopher J. Alf.

1

Respectfully submitted this 13th day of January, 2023.

*s/Nancy L. Cohen*
Nancy L. Cohen, Esq.
COHEN|BLACK LAW, LLC
1888 N. Sherman Street, Suite 770
Denver, Colorado 80203
Telephone: 720-699-2322
email: ncohen@cohenblacklaw.com
*Counsel for the Third Party Victims*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day January, 2023, I presented the foregoing **ENTRY OF APPEARANCE OF NANCY L. COHEN, ESQ. FOR THIRD PARTY VICTIMS** to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of this filing to all parties of record.

                                                  */s/ Nancy L. Cohen, Esq.*