IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00305-DDD

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**1. MICHAEL AARON TEW**

    Defendant.

---

### ENTRY OF APPEARANCE

---

Peter R. Bornstein of The Law Offices of Peter R. Bornstein, hereby enters his appearance on behalf of the Defendant, Michael Aaron Tew in this action.

Respectfully submitted this 17th day of January, 2023.

    THE LAW OFFICES OF PETER R. BORNSTEIN

    *s/ Peter R. Bornstein*
    Peter R. Bornstein
    6060 Greenwood Plaza Blvd., Suite 500
    Greenwood Village, CO 80111
    Telephone: 720-354-4440
    Facsimile: 720-287-5674
    E-mail: pbornstein@prblegal.com
    *Attorney for Defendant Michael Tew*

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 17th day of January, 2023, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                        *s/ Jeannette Wolf*
                        Jeannette Wolf, Paralegal