IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  20-cr-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **MICHAEL AARON TEW, and**
2. **KIMBERLY ANN TEW,** a/k/a Kimberley Vertanen,

    Defendants.

## JOINT STATUS REPORT

On January 30, 2023, the Court entered an order directing the parties to file a joint status report with mutually agreeable proposed deadlines for further *James* proceedings. ECF No. 305. The parties have since consulted with one another and submit this joint status report.

1.     The parties agree that the case is not ripe for a *James* hearing.  Newly appointed counsel for defendants Michael Aaron Tew and Kimberley Ann Tew need additional time to review voluminous discovery in this matter before they can make informed decisions about how best to advance their respective clients' interests, including deciding whether a *James* hearing will be necessary at all.  Both defendants intend to file respective requests for ends-of-justice continuances setting forth the facts explaining why another continuance in this matter is in the

1

defendants' best interests and why that continuance outweighs the public interests in a speedy trial.

2.  The government has previously expressed concerns about delays in this matter.  Those concerns are still present, but they are outweighed by the defendants' interests in receiving thorough and thoughtful advice rendered after experienced and learned counsel have fully evaluated an enormous amount of discovery relating to charged accusations of a years-long fraud scheme involving alleged losses in the millions. A *James* hearing is a serious turning point in criminal litigation.  There is no public interest in a hearing that the parties — thoroughly engaged in the matter and diligently pursuing either its agreed-upon resolution or its efficient adjudication at a trial focused on the key issues — may ultimately be able to resolve among themselves.

3.  For these reasons, the parties respectfully request that the matter of a *James* hearing be further adjourned and that the parties file another joint status report on or about October 13, 2023.  By that time, the parties will have either resolved the evidentiary issues related to a *James* hearing by mutual agreement or will have vastly narrowed the scope of any such hearing in a way that will substantially conserve judicial resources, all on a timeline that does not delay further proceedings in this matter more than what is necessary and justified by the contemporaneously filed ends-of-justice motions. The parties believe that this timeframe allows for any necessary *James* hearing to be completed before the trial

setting contemplated by the proposed ends-of-justice motions in February 2024.

Respectfully submitted this 13th day of March, 2023.

                                        COLE FINEGAN
                                        United States Attorney

By: */s/ Bryan Fields*              By: */s/ Albert Buchman*
Bryan Fields                               Albert Buchman
Assistant United States Attorney      Assistant United States Attorney
U.S. Attorney's Office                  U.S. Attorney's Office
1801 California St. Suite 1600          1801 California St. Suite 1600
Denver, CO 80202                      Denver, CO 80202
(303) 454-0100                           (303) 454-0100
Bryan.Fields3@usdoj.gov               Al.Buchman@usdoj.gov
Attorney for the Government           Attorney for the Government

                                        BOWLIN & SCHALL, LLC

                                        By: */s/ Jason D. Schall*
                                        Jason D. Schall
                                        7350 E Progress Place, Suite 100
                                        Greenwood Village, CO 80111
                                        Telephone: 720-505-3861
                                        E-mail: jason@bowsch.com
                                        Attorney for Defendant Michael Aaron Tew

                                        STIMSON LABRANCHE HUBBARD

                                        By: */s/ David S. Kaplan*
                                        David S. Kaplan
                                        1652 N. Downing Street
                                        Denver, CO 80218
                                        Telephone: 720-689-8909
                                        Facsimile: 720-689-8909
                                        E-mail: kaplan@slhlegal.com
                                        Attorney for Defendant Kimberley Ann Tew

**Certification of Type-Volume Limitation**

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

*/s/ Bryan Fields*
Bryan Fields

**Statement of Speedy Trial Impact**

Pursuant to Judge Domenico's Practice Standard III(C), the government notes that this filing has no effect on the speedy trial clock.

*/s/ Bryan Fields*
Bryan Fields

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on March 13, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which system automatically provides a copy to defense counsel of record.

      */s/ Bryan Fields*
      Bryan Fields
      Assistant United States Attorney
      1801 California Street, Suite 1600
      Denver, Colorado 80202
      Phone:  (303) 454-0100
      Fax:  (303) 454-0403
      E-mail:  Bryan.Fields3@usdoj.gov
      Attorney for the United States