## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00305-DDD-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL AARON TEW,

    Defendant.

---

### UNOPPOSED MOTION TO PERMIT OUT-OF-STATE TRAVEL

---

    Defendant Michael Aaron Tew respectfully asks that the Court grant him permission to travel to the States of Wisconsin and Michigan to attend a memorial service for his late father-in-law. In support of this Motion, Mr. Tew submits the following:

    1.    On July 9, 2020, defendant Michael Tew made his initial appearance in this matter and was granted pre-trial release. (*See* ECF 7 and 9.)

    2.    Since that time, Mr. Tew has remained in compliance with the conditions of his release.

    3.    Condition 7(f) of Mr. Tew's Conditions of Release restricts Mr. Tew's travel "to the State of Colorado unless prior permission is granted by the Court." (ECF 9 at 2.)

    4.    Mr. Tew wishes to travel with his wife, co-defendant Kimberley Tew, and their young family to attend a memorial service for Mr. Tew's deceased father-in-law, Mr. Dennis Vertanen, at the Department of Veteran's Affairs (VA) in Marquette, Michigan, on Tuesday, June 20, 2023. Mr. Tew's proposed itinerary includes flying commercially from Denver, Colorado to either Milwaukee, Wisconsin, or directly to the State of Michigan itself, and then

driving the remaining distance as necessary. Though Mr. Tew has not confirmed travel arrangements, he asks for permission to travel between on or about June 17, 2023, and on or about June 22, 2023. Mr. Tew and his family intend to stay either with family if available or at a hotel in Marquette, Michigan, and will provide their completed travel itineraries, including documentation for flights and where they will be staying, directly to their supervising officer, U.S.P.O. Carlos Morales.

5. In November 2022, Mr. Tew and his family previously requested (ECF No. 267) and were granted (ECF No. 268) permission to travel to Marquette, Michigan to attend Mr. Vertanen's funeral.

6. Assistant U.S. Attorney Bryan Fields has been advised of this Motion and stated that he is unopposed to Mr. Tew's request.

7. U.S.P.O. Carlos Morales has also been advised of this Motion and stated that he is unopposed to Mr. Tew's request.

8. Mr. Tew respectfully asks that the Court grant him permission to travel to the States of Wisconsin (Western and Eastern Districts) and Michigan (Western and Eastern Districts) from June 17, 2023, through June 22, 2023.

DATED this 7th day of June, 2023.

        /s/   Jason D. Schall
Jason D. Schall
BOWLIN & SCHALL LLC
7350 E Progress Pl Ste 100
Greenwood Village, CO 80111
Telephone: (720) 505-3861
E-mail: jason@bowsch.com
Attorney for defendant Michael Aaron Tew

## CERTIFICATE OF CONFORMITY

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

    */s/   Jason D. Schall*    
Jason D. Schall

## STATEMENT OF SPEEDY TRIAL IMPACT

Pursuant to Judge Domenico's Practice Standard III(C), undersigned counsel notes that this filing has no effect on the speedy trial clock.

    */s/   Jason D. Schall*    
Jason D. Schall

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> AUSA Bryan Fields
> U.S. Attorney's Office
> 1801 California Street, Suite 1600
> Denver, CO 80202
> (303) 454-0100
> Bryan.Fields3@usdoj.gov
>
> David Kaplan
> Stimson LaBranche Hubbard, LLC
> 1652 North Downing Street
> Denver, CO 80203
> (720) 689-8909
> kaplan@slhlegal.com
> *Attorney for Kimberley Ann Tew*

        Michael John Tallon
        401 Stony Brook Road
        Rush, NY 14543-9419
        (585) 329-8139
        mtallon@tallonlaw.com
        *Attorney for Jonathan K. Yioulos*

I hereby certify that I will mail or serve the filing to the following participants:

    Mr. Michael Aaron Tew (defendant)

                                            */s/   Jason D. Schall*
                                             Jason D. Schall