IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  20-cr-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **MICHAEL AARON TEW, and**
2. **KIMBERLY ANN TEW,** a/k/a Kimberley Vertanen,

    Defendants.

## JOINT STATUS REPORT

On March 17, 2023, the Court entered an order re-setting trial in this matter and establishing a pre-trial motions deadline of September 13, 2023. (ECF No. 318.) Following motions by both defendant Michael Aaron Tew (ECF No. 337) and Kimberely Ann Tew (ECF No. 336), the Court extended the pre-trial motions deadline until Friday, October 13, 2023. (ECF No. 338.) The parties have since consulted with one another and submit this joint status report.

    1.    On March 13, 2023, the parties submitted a Joint Status Report (ECF No. 314) asking the Court to delay docketing of a *James* hearing in this matter, and committing to informing the Court no later than October 13, 2023, whether such a hearing is necessary.

    2.    At this time, the parties agree that a *James* hearing is necessary, and

1

hereby ask the Court to schedule such a hearing. In doing so, however, the parties respectfully request that such a setting be delayed until December 19, 2023, to allow the parties to continue discussions in hopes of resolving the case without the need for a hearing.

3. A setting in December allows the parties to prepare for and have the hearing sufficiently far in advance of trial (set to begin on February 5, 2024), while also allowing for potential motions in limine related to *James* issues (i.e. spousal privilege) to be raised at the hearing.

4. A *James* hearing is a serious turning point in criminal litigation. There is no public interest in a hearing that the parties — thoroughly engaged in the matter and diligently pursuing either its agreed-upon resolution or its efficient adjudication at a trial focused on the key issues — may ultimately be able to resolve among themselves.

5. For these reasons, the parties request that a *James* hearing be set for December 19, 2023, and respectfully ask that such hearing on December 19, 2023. The parties further jointly propose a briefing schedule that would require the government to file a *James* proffer on December 5, 2023 with responses from the defendants due on December 12, 2023. The parties believe that this timeframe allows for any necessary *James* issues to be resolved before the trial setting in early February 2024.

Respectfully submitted this 13th day of October, 2023.

2

                                        COLE FINEGAN
                                        United States Attorney

By:   */s/ Bryan Fields*            By:   */s/ Albert Buchman*
Bryan Fields                                      Albert Buchman
Assistant United States Attorney     Assistant United States Attorney
U.S. Attorney's Office                    U.S. Attorney's Office
1801 California St. Suite 1600       1801 California St. Suite 1600
Denver, CO 80202                       Denver, CO 80202
(303) 454-0100                             (303) 454-0100
Bryan.Fields3@usdoj.gov             Al.Buchman@usdoj.gov
Attorney for the Government         Attorney for the Government

                                        BOWLIN & SCHALL, LLC

                                        By:   */s/ Jason D. Schall*
                                        Jason D. Schall
                                        7350 E Progress Place, Suite 100
                                        Greenwood Village, CO 80111
                                        Telephone: 720-505-3861
                                        E-mail: jason@bowsch.com
                                        Attorney for Defendant Michael Aaron Tew

                                        STIMSON LABRANCHE HUBBARD

                                        By:  */s/ David S. Kaplan*
                                        David S. Kaplan
                                        1652 N. Downing Street
                                        Denver, CO 80218
                                        Telephone: 720-689-8909
                                        Facsimile: 720-689-8909
                                        E-mail: kaplan@slhlegal.com
                                        Attorney for Defendant Kimberley Ann Tew

**Certification of Type-Volume Limitation**

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

*/s/ Bryan Fields*
Bryan Fields

**Statement of Speedy Trial Impact**

Pursuant to Judge Domenico's Practice Standard III(C), the government notes that this filing has no effect on the speedy trial clock.

*/s/ Bryan Fields*
Bryan Fields

5

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on October 13, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which system automatically provides a copy to defense counsel of record.

      */s/ Bryan Fields*
      Bryan Fields
      Assistant United States Attorney
      1801 California Street, Suite 1600
      Denver, Colorado 80202
      Phone: (303) 454-0100
      Fax: (303) 454-0403
      E-mail: Bryan.Fields3@usdoj.gov
      Attorney for the United States