## Payments of Fraudulent Invoices by NAC between August 2018 and July 2020

| Company | 2018 Qtr3 | 2018 Qtr4 | 2019 Qtr1 | 2019 Qtr2 | 2019 Qtr3 | 2019 Qtr4 | 2020 Qtr1 | 2020 Qtr2 | 2020 Qtr3 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|
| H▮▮a S▮▮ CPA | $ 50,000.00 3 Payments | | | | | | | | | $ 50,000.00 |
| 5530 ▮▮ D▮▮▮t | $ 75,000.00 5 Payments | $ 30,000.00 1 Payment | | | | | | | | $ 105,000.00 |
| M▮▮ C▮ G▮ | | $ 110,125.00 5 Payments | | | | | | | | $ 110,125.00 |
| P▮▮ I M▮ | | $ 21,250.00 1 Payment | $ 267,962.50 11 Payments | $ 551,665.00 22 Payments | $ 59,675.00 4 Payments | | | | | $ 900,552.50 |
| Global Fuel Logistics | | | | | $ 446,000.00 14 Payments | | | $ 847,338.00 12 Payments | $ 95,000.00 1 Payment | $ 1,388,338.00 |
| Aero Maintenance Resources | | | | | $ 329,200.00 8 Payments | $ 810,500.00 22 Payments | $ 682,055.00 22 Payments | $ 648,108.00 10 Payments | | $ 2,469,863.00 |
| Grand Total | $ 125,000.00 | $ 161,375.00 | $ 267,962.50 | $ 551,665.00 | $ 834,875.00 | $ 810,500.00 | $ 682,055.00 | $ 1,495,446.00 | $ 95,000.00 | $ 5,023,878.50 |