IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **MICHAEL AARON TEW, and**
2. **KIMBERLEY ANN TEW,** a/k/a Kimberley Vertanen,

    Defendants.

## PARTIES' PROPOSED VERDICT FORM

On behalf of the parties, the United States submits the attached proposed verdict form.

Respectfully submitted this 24th day of January, 2024, on behalf of all parties.

Respectfully submitted this 24th day of January, 2024, on behalf of all the parties:

                                              COLE FINEGAN
                                              United States Attorney

| By: */s/ Bryan Fields* | By: */s/ Sarah H. Weiss* |
|---|---|
| Bryan Fields | Sarah H. Weiss |
| Assistant United States Attorney | Assistant United States Attorney |
| U.S. Attorney's Office | U.S. Attorney's Office |
| 1801 California St. Suite 1600 | 1801 California St. Suite 1600 |
| Denver, CO 80202 | Denver, CO 80202 |
| (303) 454-0100 | (303) 454-0100 |
| Bryan.Fields3@usdoj.gov | Sarah.Weiss@usdoj.gov |
| Attorney for the Government | Attorney for the Government |

| By: */s/ Jason D. Schall* | By: */s/ Kristen M. Frost* |
|---|---|
| Jason D. Schall | Kristen M. Frost |
| Bowlin & Schall LLC | Ridley, McGreevy Winocur, P.C. |
| 7350 E Progress Pl Ste 100 | 303 16th Street, Suite 200 |
| Greenwood Village, CO 80111 | Denver, CO 80202 |
| (720) 505-3861 | (303) 629-9700 |
| jason@bowsch.com | frost@ridleylaw.com |
| Counsel for Defendant Michael Tew | Counsel for Defendant Michael Tew |

| By: */s/ David S. Kaplan* | By: */s/ Jamie Hubbard* |
|---|---|
| David S. Kaplan | Jamie Hubbard |
| Stimson LaBranche Hubbard, LLC | Stimson LaBranche Hubbard, LLC |
| 1652 Downing Street | 1652 Downing Street |
| Denver, CO 80218 | Denver, CO 80218 |
| (720) 689-8909 | (720) 689-8909 |
| kaplan@slhlegal.com | hubbard@ slhlegal.com |
| Counsel for Defendant Kimberley Ann Tew | Counsel for Defendant Kimberley Ann Tew |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of January, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to counsel of record in this case.

s/ *Sarah H. Weiss*
Sarah H. Weiss
Assistant U.S. Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
sarah.weiss@usdoj.gov