IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00305-DDD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

    1. **MICHAEL AARON TEW, and**
    2. **KIMBERLEY ANN TEW,** a/k/a Kimberley Vertanen,

      Defendants.

---

## PARTIES' PROPOSED VERDICT FORM

---

Please do not write anything on this form except to check a response and to sign and date the form.

### COUNT 1 – CONSPIRACY TO COMMIT WIRE FRAUD – MICHAEL TEW

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL TEW, in Count 1 of the Indictment, charging conspiracy to commit wire fraud:

    \_\_\_\_   Not Guilty

    \_\_\_\_   Guilty

## <u>COUNT 1 – CONSPIRACY TO COMMIT WIRE FRAUD</u>
## <u>– KIMBERLEY TEW</u>

We, the jury, upon our oaths, unanimously find the defendant, KIMBERLEY

TEW, in Count 1 of the Indictment, charging conspiracy to commit wire fraud:

_____  Not Guilty

_____  Guilty

## <u>COUNT 2 – WIRE FRAUD – MICHAEL TEW</u>

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 2 of the Indictment, charging wire fraud:

_____  Not Guilty

_____  Guilty

## <u>COUNT 3 – WIRE FRAUD – MICHAEL TEW</u>

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 3 of the Indictment, charging wire fraud:

_____  Not Guilty

_____  Guilty

## **COUNT 4 – WIRE FRAUD – MICHAEL TEW**

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 4 of the Indictment, charging wire fraud:

_____   Not Guilty

_____   Guilty

## **COUNT 5 – WIRE FRAUD – MICHAEL TEW**

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 5 of the Indictment, charging wire fraud:

_____   Not Guilty

_____   Guilty

## **COUNT 6 – WIRE FRAUD – MICHAEL TEW**

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 6 of the Indictment, charging wire fraud:

_____   Not Guilty

_____   Guilty

## <u>COUNT 7 – WIRE FRAUD – MICHAEL TEW</u>

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 7 of the Indictment, charging wire fraud:

\_\_\_\_   Not Guilty

\_\_\_\_   Guilty

## <u>COUNT 8 – WIRE FRAUD – MICHAEL TEW</u>

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 8 of the Indictment, charging wire fraud:

\_\_\_\_   Not Guilty

\_\_\_\_   Guilty

## <u>COUNT 9 – WIRE FRAUD – MICHAEL TEW</u>

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 9 of the Indictment, charging wire fraud:

\_\_\_\_   Not Guilty

\_\_\_\_   Guilty

## **COUNT 10 – WIRE FRAUD – MICHAEL TEW**

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 10 of the Indictment, charging wire fraud:

_____ Not Guilty

_____ Guilty

## **COUNT 11 – WIRE FRAUD – MICHAEL TEW**

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 11 of the Indictment, charging wire fraud:

_____ Not Guilty

_____ Guilty

## **COUNT 12 – WIRE FRAUD – MICHAEL TEW**

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 12 of the Indictment, charging wire fraud:

_____ Not Guilty

_____ Guilty

**COUNT 13 – WIRE FRAUD – MICHAEL TEW**

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 13 of the Indictment, charging wire fraud:

_____   Not Guilty

_____   Guilty

**COUNT 14 – WIRE FRAUD – MICHAEL TEW**

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 14 of the Indictment, charging wire fraud:

_____   Not Guilty

_____   Guilty

**COUNT 15 – WIRE FRAUD – MICHAEL TEW**

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 15 of the Indictment, charging wire fraud:

_____   Not Guilty

_____   Guilty

## **COUNT 16 – WIRE FRAUD – MICHAEL TEW**

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 16 of the Indictment, charging wire fraud:

_____   Not Guilty

_____   Guilty

## **COUNT 17 – WIRE FRAUD – MICHAEL TEW**

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 17 of the Indictment, charging wire fraud:

_____   Not Guilty

_____   Guilty

## **COUNT 18 – WIRE FRAUD – MICHAEL TEW**

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 18 of the Indictment, charging wire fraud:

_____   Not Guilty

_____   Guilty

### COUNT 19 – WIRE FRAUD – MICHAEL TEW

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 19 of the Indictment, charging wire fraud:

_____   Not Guilty

_____   Guilty

### COUNT 20 – WIRE FRAUD – MICHAEL TEW

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 20 of the Indictment, charging wire fraud:

_____   Not Guilty

_____   Guilty

### COUNT 21 – WIRE FRAUD – MICHAEL TEW

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 21 of the Indictment, charging wire fraud:

_____   Not Guilty

_____   Guilty

## **COUNT 21 – WIRE FRAUD – KIMBERLEY TEW**

We, the jury, upon our oaths, unanimously find the defendant, KIMBERLEY

TEW, in Count 21 of the Indictment, charging wire fraud:

_____   Not Guilty

_____   Guilty

## **COUNT 22 – WIRE FRAUD – MICHAEL TEW**

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 22 of the Indictment, charging wire fraud:

_____   Not Guilty

_____   Guilty

## **COUNT 22 – WIRE FRAUD – KIMBERLEY TEW**

We, the jury, upon our oaths, unanimously find the defendant, KIMBERLEY

TEW, in Count 22 of the Indictment, charging wire fraud:

_____   Not Guilty

_____   Guilty

## **COUNT 23 – WIRE FRAUD – MICHAEL TEW**

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 23 of the Indictment, charging wire fraud:

_____ Not Guilty

_____ Guilty

## **COUNT 24 – WIRE FRAUD – MICHAEL TEW**

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 24 of the Indictment, charging wire fraud:

_____ Not Guilty

_____ Guilty

## **COUNT 25 – WIRE FRAUD – MICHAEL TEW**

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 25 of the Indictment, charging wire fraud:

_____ Not Guilty

_____ Guilty

## COUNT 25 – WIRE FRAUD – KIMBERLEY TEW

We, the jury, upon our oaths, unanimously find the defendant, KIMBERLEY TEW, in Count 25 of the Indictment, charging wire fraud:

_____ Not Guilty

_____ Guilty

## COUNT 26 – WIRE FRAUD – MICHAEL TEW

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL TEW, in Count 26 of the Indictment, charging wire fraud:

_____ Not Guilty

_____ Guilty

## COUNT 26 – WIRE FRAUD – KIMBERLEY TEW

We, the jury, upon our oaths, unanimously find the defendant, KIMBERLEY TEW, in Count 26 of the Indictment, charging wire fraud:

_____ Not Guilty

_____ Guilty

**COUNT 27 – WIRE FRAUD – MICHAEL TEW**

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 27 of the Indictment, charging wire fraud:

_____ Not Guilty

_____ Guilty

**COUNT 28 – WIRE FRAUD – MICHAEL TEW**

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 28 of the Indictment, charging wire fraud:

_____ Not Guilty

_____ Guilty

**COUNT 29 – WIRE FRAUD – MICHAEL TEW**

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 29 of the Indictment, charging wire fraud:

_____ Not Guilty

_____ Guilty

### COUNT 30 – WIRE FRAUD – MICHAEL TEW

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 30 of the Indictment, charging wire fraud:

_____ Not Guilty

_____ Guilty

### COUNT 31 – WIRE FRAUD – MICHAEL TEW

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 31 of the Indictment, charging wire fraud:

_____ Not Guilty

_____ Guilty

### COUNT 31 – WIRE FRAUD – KIMBERLEY TEW

We, the jury, upon our oaths, unanimously find the defendant, KIMBERLEY

TEW, in Count 31 of the Indictment, charging wire fraud:

_____ Not Guilty

_____ Guilty

## COUNT 32 – WIRE FRAUD – MICHAEL TEW

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 32 of the Indictment, charging wire fraud:

_____ Not Guilty

_____ Guilty

## COUNT 32 – WIRE FRAUD – KIMBERLEY TEW

We, the jury, upon our oaths, unanimously find the defendant, KIMBERLEY

TEW, in Count 32 of the Indictment, charging wire fraud:

_____ Not Guilty

_____ Guilty

## COUNT 33 – WIRE FRAUD – MICHAEL TEW

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 33 of the Indictment, charging wire fraud:

_____ Not Guilty

_____ Guilty

**COUNT 34 – WIRE FRAUD – MICHAEL TEW**

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 34 of the Indictment, charging wire fraud:

_____   Not Guilty

_____   Guilty

**COUNT 35 – WIRE FRAUD – MICHAEL TEW**

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 35 of the Indictment, charging wire fraud:

_____   Not Guilty

_____   Guilty

**COUNT 36 – WIRE FRAUD – MICHAEL TEW**

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 36 of the Indictment, charging wire fraud:

_____   Not Guilty

_____   Guilty

## <u>COUNT 37 – WIRE FRAUD – MICHAEL TEW</u>

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL TEW, in Count 37 of the Indictment, charging wire fraud:

_____ Not Guilty

_____ Guilty

## <u>COUNT 38 – WIRE FRAUD – MICHAEL TEW</u>

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL TEW, in Count 38 of the Indictment, charging wire fraud:

_____ Not Guilty

_____ Guilty

## <u>COUNT 39 – WIRE FRAUD – MICHAEL TEW</u>

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL TEW, in Count 39 of the Indictment, charging wire fraud:

_____ Not Guilty

_____ Guilty

**COUNT 40 – WIRE FRAUD – MICHAEL TEW**

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL TEW, in Count 40 of the Indictment, charging wire fraud:

_____ Not Guilty

_____ Guilty

**COUNT 41 – CONSPIRACY TO COMMIT MONEY LAUNDERING – MICHAEL TEW**

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL TEW, in Count 41 of the Indictment, charging conspiracy to commit money laundering:

_____ Not Guilty

_____ Guilty

**COUNT 41 – CONSPIRACY TO COMMIT MONEY LAUNDERING – KIMBERLEY TEW**

We, the jury, upon our oaths, unanimously find the defendant, KIMBERLEY TEW, in Count 41 of the Indictment, charging conspiracy to commit money laundering:

_____ Not Guilty

_____ Guilty

**COUNT 42 – MONEY LAUNDERING (SPENDING) – MICHAEL TEW**

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 42 of the Indictment, charging money laundering (spending):

_____   Not Guilty

_____   Guilty

**COUNT 43 – MONEY LAUNDERING (SPENDING) – MICHAEL TEW**

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 43 of the Indictment, charging money laundering (spending):

_____   Not Guilty

_____   Guilty

**COUNT 43 – MONEY LAUNDERING (SPENDING) – KIMBERLEY TEW**

We, the jury, upon our oaths, unanimously find the defendant, KIMBERLEY

TEW, in Count 43 of the Indictment, charging money laundering (spending):

_____   Not Guilty

_____   Guilty

### COUNT 44 – MONEY LAUNDERING (SPENDING) – MICHAEL TEW

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 44 of the Indictment, charging money laundering (spending):

_____   Not Guilty

_____   Guilty

### COUNT 44 – MONEY LAUNDERING (SPENDING) – KIMBERLEY TEW

We, the jury, upon our oaths, unanimously find the defendant, KIMBERLEY

TEW, in Count 44 of the Indictment, charging money laundering (spending):

_____   Not Guilty

_____   Guilty

### COUNT 45 – MONEY LAUNDERING (SPENDING) – MICHAEL TEW

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 45 of the Indictment, charging money laundering (spending):

_____   Not Guilty

_____   Guilty

**COUNT 46 – MONEY LAUNDERING (SPENDING) – MICHAEL TEW**

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 46 of the Indictment, charging money laundering (spending):

_____   Not Guilty

_____   Guilty

**COUNT 47 – MONEY LAUNDERING (SPENDING) – MICHAEL TEW**

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 47 of the Indictment, charging money laundering (spending):

_____   Not Guilty

_____   Guilty

**COUNT 47 – MONEY LAUNDERING (SPENDING) – KIMBERLEY TEW**

We, the jury, upon our oaths, unanimously find the defendant, KIMBERLEY

TEW, in Count 47 of the Indictment, charging money laundering (spending):

_____   Not Guilty

_____   Guilty

### COUNT 48 – MONEY LAUNDERING (SPENDING) – MICHAEL TEW

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 48 of the Indictment, charging money laundering (spending):

_____   Not Guilty

_____   Guilty

### COUNT 48 – MONEY LAUNDERING (SPENDING) – KIMBERLEY TEW

We, the jury, upon our oaths, unanimously find the defendant, KIMBERLEY

TEW, in Count 48 of the Indictment, charging money laundering (spending):

_____   Not Guilty

_____   Guilty

### COUNT 49 – MONEY LAUNDERING (SPENDING) – MICHAEL TEW

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 49 of the Indictment, charging money laundering (spending):

_____   Not Guilty

_____   Guilty

**COUNT 50 – MONEY LAUNDERING (SPENDING) – MICHAEL TEW**

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 50 of the Indictment, charging money laundering (spending):

_____ Not Guilty

_____ Guilty

**COUNT 51 –MONEY LAUNDERING (SPENDING) – MICHAEL TEW**

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 51 of the Indictment, charging money laundering (spending):

_____ Not Guilty

_____ Guilty

**COUNT 52 – MONEY LAUNDERING (SPENDING) – MICHAEL TEW**

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 52 of the Indictment, charging money laundering (spending):

_____ Not Guilty

_____ Guilty

**COUNT 53 – MONEY LAUNDERING (SPENDING) – MICHAEL TEW**

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 53 of the Indictment, charging money laundering (spending):

_____   Not Guilty

_____   Guilty

**COUNT 54 – MONEY LAUNDERING (SPENDING) – MICHAEL TEW**

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 54 of the Indictment, charging money laundering (spending):

_____   Not Guilty

_____   Guilty

**COUNT 55 – MONEY LAUNDERING (SPENDING) – MICHAEL TEW**

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 55 of the Indictment, charging money laundering (spending):

_____   Not Guilty

_____   Guilty

## COUNT 56 – MONEY LAUNDERING (SPENDING) – MICHAEL TEW

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL TEW, in Count 56 of the Indictment, charging money laundering (spending):

_____ Not Guilty

_____ Guilty

## COUNT 56 – MONEY LAUNDERING (SPENDING) – KIMBERLEY TEW

We, the jury, upon our oaths, unanimously find the defendant, KIMBERLEY TEW, in Count 56 of the Indictment, charging money laundering (spending):

_____ Not Guilty

_____ Guilty

## COUNT 57 – WILLFUL FAILURE TO FILE
## TAX RETURN – MICHAEL TEW

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL TEW, in Count 57 of the Indictment, charging willful failure to file a tax return:

_____ Not Guilty

_____ Guilty

## COUNT 58 – WILLFUL FAILURE TO FILE
## TAX RETURN – MICHAEL TEW

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 58 of the Indictment, charging willful failure to file a tax return:

_____   Not Guilty

_____   Guilty

## COUNT 59 – WILLFUL FAILURE TO FILE
## TAX RETURN – MICHAEL TEW

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 59 of the Indictment, charging willful failure to file a tax return:

_____   Not Guilty

_____   Guilty

## COUNT 60 – WILLFUL FAILURE TO FILE
## TAX RETURN – MICHAEL TEW

We, the jury, upon our oaths, unanimously find the defendant, MICHAEL

TEW, in Count 60 of the Indictment, charging willful failure to file a tax return:

_____   Not Guilty

_____   Guilty

_____

FOREPERSON


Dated this _____th day of February, 2024.