## DECLARATION FOR RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY

Subpoena #: 20-0660

**Company Name:**   ATLANTIC UNION BANK

I,   WILLIAM VAUGHAN   , declare that I am/was employed by   ATLANTIC UNION BANK and am/was a duly authorized custodian of records or am otherwise qualified to speak about these records produced in response to the subpoena referenced above. These records are further described as: (Please describe records with as much specificity as possible below or on an attached sheet.)

STATEMENTS

CHECKS

DEPOSITS

SIGNATURE CARDS

RESOLUTIONS

WIRES

LOAN PAPERWORK

I am familiar with the mode of preparation of these records. I certify that these records are true copies of records of the entity listed above and that these records were:

A. Made at or near the time of the act, event, condition, opinion, or diagnosis by--or from information transmitted by--a person with knowledge;

B. Kept in the course of the entity's regularly conducted activity; and

C. Made as a regular practice of that activity.

I declare under penalty of perjury that the foregoing is true and correct.

_William Vaughan_                    WILLIAM VAUGHAN
_____                _____
Signature                            Printed name

        7-27-20
Date: _____

GOVERNMENT
EXHIBIT
20-cr-00305-DDD
**1135**

ACNB

DECLARATION FOR RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY

Subpoena #: 19-1635

Company Name:

I, MADELYN GONZALEZ declare that I am/was employed by AMERICAN EXPRESS and am/was a duly authorized custodian of records or am otherwise qualified to speak about these records produced in response to the subpoena referenced above. These records are further described as: (Please describe records with as much specificity as possible below or on an attached sheet.)

STATEMENTS AND CREDIT APPLICATION

I am familiar with the mode of preparation of these records. I certify that these records are true copies of records of the entity listed above and that these records were:

A. Made at or near the time of the act, event, condition, opinion, or diagnosis by--or from information transmitted by--a person with knowledge;

B. Kept in the course of the entity's regularly conducted activity; and

C. Made as a regular practice of that activity.

I declare under penalty of perjury that the foregoing is true and correct.

Signature

MADELYN GONZALEZ
Printed name

Date: 2/26/2020

GOVERNMENT EXHIBIT
20-cr-00305-DDD
1129

AMEX

## CERTIFICATION OF APPLE INC. CUSTODIAN OF RECORDS

I, Samantha Tagle hereby declare:

1.     I am employed by Apple Inc. and my official title is Legal Specialist. I am a duly authorized Custodian of Records, or other qualified witness for Apple Inc. ("Apple") located in Cupertino, California. As such I have the authority to certify these records, APL000001_APPLE_CONFIDENTIAL through APL000002_APPLE_CONFIDENTIAL and APLiC000001 through APLiC000002 produced on October 8, 2020 in response to legal process served on Apple on September 22, 2020. I am authorized to submit this declaration on behalf of Apple.

2.     Each of the records produced is the original or a duplicate of the original record in the custody of Apple Inc.

3.     With respect to the records contained in APL000001_APPLE_CONFIDENTIAL, these records were:

        a.  made at or near the time by, or from information transmitted by, someone with knowledge or from a process or system that produces an accurate result, the accuracy of which is regularly verified by Apple;

        b.  kept in the course of a regularly conducted activity of Apple's business; and

        c.  made as part of a regular practice of the activity of Apple's business.

4.     With respect to the records contained within APLiC000001 through APLiC000002, these records are Apple's record of the iOS device backup(s) transmitted to Apple by and stored on behalf of the Apple ID accounts with usernames kley@me.com ("Backup Records"). The referenced Apple ID accounts transmitted the Backup Records to Apple and Apple stored those records at or near the time indicated on the Backup Records;

GOVERNMENT
EXHIBIT
20-cr-00305-DDD
1115

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

DATED:  October  8, 2020                    **APPLE INC.**

By:  *Samantha Tagle*
_____
Name:  Samantha Tagle
Title:  Legal Specialist, Apple Inc.

## CERTIFICATION OF APPLE INC. CUSTODIAN OF RECORDS

I, Samantha Tagle hereby declare:

1.	I am employed by Apple Inc. and my official title is Legal Specialist. I am a duly authorized Custodian of Records, or other qualified witness for Apple Inc. ("Apple") located in Cupertino, California. As such I have the authority to certify these records, APL000001_APPLE_CONFIDENTIAL through APL000003_APPLE_CONFIDENTIAL produced on August 27, 2020 in response to the legal process served on Apple on August 17, 2020. I am authorized to submit this declaration on behalf of Apple.

2.	Each of the records produced is the original or a duplicate of the original record in the custody of Apple Inc.

3.	With respect to the records contained in APL000001_APPLE_CONFIDENTIAL through APL000002_APPLE_CONFIDENTIAL, these records were:

   a.	made at or near the time by, or from information transmitted by, someone with knowledge or from a process or system that produces an accurate result, the accuracy of which is regularly verified by Apple;

   b.	kept in the course of a regularly conducted activity of Apple's business; and

   c.	made as part of a regular practice of the activity of Apple's business.



GOVERNMENT
EXHIBIT
20-cr-00305-DDD
1140

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

DATED:  August 27, 2020                **APPLE INC.**

By: _____

    Name:  Samantha Tagle
    Title:  Legal Specialist, Apple Inc.

DECLARATION FOR RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY

Subpoena #:  19-1636

Company Name:

I, Shauna Harris     , declare that I am/was employed by  ANB Bank
and am/was a duly authorized custodian of records or am otherwise qualified to speak about
these records produced in response to the subpoena referenced above. These records are further
described as: (Please describe records with as much specificity as possible below or on an
attached sheet.)

2018  Check's over $500.00

2018  Deposit's over $500.00

2018  Statements

Incoming / Outgoing wires

Signature Card

I am familiar with the mode of preparation of these records.  I certify that these records are true
copies of records of the entity listed above and that these records were:

A. Made at or near the time of the act, event, condition, opinion, or diagnosis by--or from
information transmitted by--a person with knowledge;

B. Kept in the course of the entity's regularly conducted activity; and

C. Made as a regular practice of that activity.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature

Shauna Harris
Printed name

Date:  12/26/19

GOVERNMENT
EXHIBIT
20-cr-00305-DDD
1101

ANB

---

### DECLARATION FOR RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY

Subpoena #: 20-1235

Company Name: ANB Bank

---

I, Elise Crook, declare that I am/was employed by ANB Bank and am/was a duly authorized custodian of records or am otherwise qualified to speak about these records produced in response to the subpoena referenced above. These records are further described as: (Please describe records with as much specificity as possible below or on an attached sheet.)

Records for accounts held by Michael Mayer (10/01/2018 - 11/01/2018)

and Michael Tew (12/05/2018 - 01/03/2019).

   - Account Info Sheets + signature cards

   - Account Statements

   - Deposits and withdrawals greater than $500.00

   - Checks greater than $500.00

   - Wire activity greater than $500.00

I am familiar with the mode of preparation of these records. I certify that these records are true copies of records of the entity listed above and that these records were:

- A. Made at or near the time of the act, event, condition, opinion, or diagnosis by--or from information transmitted by--a person with knowledge;

- B. Kept in the course of the entity's regularly conducted activity; and

- C. Made as a regular practice of that activity.

I declare under penalty of perjury that the foregoing is true and correct.

Signature

Elise Crook
Printed name

Date: 01/08/2021

GOVERNMENT EXHIBIT
20-cr-00305-DDD
1102

ANB

## DECLARATION FOR RECORDS OF REGULARLY
## CONDUCTED BUSINESS ACTIVITY

Subpoena #: 20-0660

**Company Name:**   ATLANTIC UNION BANK

I,   WILLIAM VAUGHAN   , declare that I am/was employed by   ATLANTIC UNION BANK
and am/was a duly authorized custodian of records or am otherwise qualified to speak about
these records produced in response to the subpoena referenced above. These records are further
described as: (Please describe records with as much specificity as possible below or on an
attached sheet.)

STATEMENTS

CHECKS

DEPOSITS

SIGNATURE CARDS

RESOLUTIONS

WIRES

LOAN PAPERWORK

I am familiar with the mode of preparation of these records. I certify that these records are true
copies of records of the entity listed above and that these records were:

   A. Made at or near the time of the act, event, condition, opinion, or diagnosis by--or from
      information transmitted by--a person with knowledge;

   B. Kept in the course of the entity's regularly conducted activity; and

   C. Made as a regular practice of that activity.

I declare under penalty of perjury that the foregoing is true and correct.

William Vaughan                               WILLIAM VAUGHAN

Signature                                     Printed name

       7-27-20
Date: _____

GOVERNMENT
EXHIBIT
20-cr-00305-DDD
**1100**

ACNB

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC
## RECORDS PURSUANT TO FEDERAL RULES OF
## EVIDENCE 902(11) AND 902(13)

I, _____ Keivandra Lang _____, attest, under penalties of perjury by the laws

of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in

this certification is true and correct. I am employed by AT&T Corporation, and my title is

Legal Compliance Analyst . I am qualified to authenticate the records attached hereto

because I am familiar with how the records were created, managed, stored, and retrieved. I state

that the records attached hereto are true duplicates of the original records in the custody of

AT&T Corporation. The attached records consist of Subscriber, voice & data, device info & payment details

[generally describe records (pages/CDs/megabytes)]. I further state that:

a. all records attached to this certificate were made at or near the time of the

occurrence of the matter set forth by, or from information transmitted by, a person with

knowledge of those matters, they were kept in the ordinary course of the regularly conducted

business activity of AT&T Corporation, and they were made by AT&T Corporation as a regular

practice; and

b. such records were generated by an electronic process or system of AT&T

Corporation that produces an accurate result, to wit:

1. the records were copied from electronic device(s), storage medium(s), or

file(s) in the custody of AT&T Corporation in a manner to ensure that they are true duplicates of

the original records; and

2. the process or system is regularly verified by AT&T Corporation, and at

all times pertinent to the records certified here the process and system functioned properly and

normally.

3

GOVERNMENT
EXHIBIT
20-cr-00305-DDD
OR   1127

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of

the Federal Rules of Evidence.

_____7/28/2020_____          *Keivandra Lang*_____

Date                             Signature

4

ORD_00020004

DECLARATION FOR RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY

Subpoena #: 19-1641

Company Name: BBVA   USA

I, _Lesa Moore_ , declare that I am/was employed by _BBVA USA_ and am/was a duly authorized custodian of records or am otherwise qualified to speak about these records produced in response to the subpoena referenced above. These records are further described as: (Please describe records with as much specificity as possible below or on an attached sheet.)

_Account inquiries, statements, signature cards, checks, deposits, and wire transfers._

I am familiar with the mode of preparation of these records. I certify that these records are true copies of records of the entity listed above and that these records were:

- A. Made at or near the time of the act, event, condition, opinion, or diagnosis by--or from information transmitted by--a person with knowledge;

- B. Kept in the course of the entity's regularly conducted activity; and

- C. Made as a regular practice of that activity.

I declare under penalty of perjury that the foregoing is true and correct.

_Lesa Moore_
Signature

Lesa Moore
Printed name

Date: _January 6, 2020_

GOVERNMENT
EXHIBIT
20-cr-00305-DDD
1103

BBVA

THE STATE OF TEXAS
COUNTY OF HIDALGO

## ELECTRONIC BUSINESS RECORDS AFFIDAVIT

BEFORE ME, the undersigned authority, Sammie James Zumwalt III, personally appeared, who, being by me duly sworn, deposed, as follows:

My name is, Sammie James Zumwalt III, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

I am the custodian of records, employee, or owner of BBVA, and I am familiar with the manner in which its records are created and maintained by virtue of my duties and responsibilities. Attached hereto are _1-DVD_ data storage device(s) (e.g., CD-R, DVD, USB Drive) of records from BBVA. The images on the data storage device(s) (e.g., CD-R, DVD, USB Drive) contain _414 pgs_ (entries/pages) which were kept in the course of regularly conducted business activity. The attached records are the original records or exact duplicates of the original records.

It is the regular practice of BBVA to make records and to make this type of record at or near the time of each act, event, condition, opinion, or diagnosis set forth in the records. Further, it was the regular practice of BBVA to make the records and regular practice for this type of record to be made by, or made from information transmitted by, persons with knowledge of the matters set forth in them.

Affidavit 20-12-8661

SWORN TO AND SUBSCRIBED before me on the 5th day of January, 2021.

HARRIE H. VILLANUEVA
My Notary ID # 126600080
Expires July 22, 2024

Notary Public, State of Texas
My Commission expires: July 22, 2024

GOVERNMENT
EXHIBIT
20-cr-00305-DDD
1104

BBVA

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, Kristen Spaeth _____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by **Coinbase, Inc.** ("Provider"), and my title is Global Intelligence Manager . I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of the Provider.

The attached records consist of:

- 10 pages of Confidential Coinbase Compliance Report (.csv file) For Coinbase Customer(s)
- 6 .jpeg files of Photo Identification For Coinbase Customer(s)

I further state that:

a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of the Provider and they were made by the Provider as a regular practice; and

b. such records were generated by the Provider's electronic process or system that produces an accurate result, to wit:

1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of the Provider in a manner to ensure that they are true duplicates of the original records; and

2. the process or system is regularly verified by the Provider and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

January 22, 2024 _____          Kristen Spaeth _____
Date                                      Signature

GOVERNMENT
EXHIBIT
20-cr-00305-DDD
1136

COIN

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, Kristen Spaeth _____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by **Coinbase, Inc.** ("Provider"), and my title is Global Intelligence Manager. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of the Provider.

The attached records consist of:

- 12 pages of Confidential Coinbase Compliance Report (.csv file) For Coinbase Customer(s)
- 4 .zip files of Photo Identification For Coinbase Customer(s)

I further state that:

a.      all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of the Provider and they were made by the Provider as a regular practice; and

b.      such records were generated by the Provider's electronic process or system that produces an accurate result, to wit:

1.      the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of the Provider in a manner to ensure that they are true duplicates of the original records; and

2.      the process or system is regularly verified by the Provider and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

January 22, 2024 _____        _Kristen Spaeth_ _____
Date                                        Signature

GOVERNMENT
EXHIBIT
20-cr-00305-DDD
**1137**

COIN

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, Kristen Spaeth                    , attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by **Coinbase, Inc.** ("Provider"), and my title is Global Intelligence Manager . I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of the Provider.

The attached records consist of:

- 1 page of Confidential Coinbase Compliance Report (.csv file) For Coinbase Customer(s)
- 2 .jpeg files of Photo Identification For Coinbase Customer(s)

I further state that:

a.      all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of the Provider and they were made by the Provider as a regular practice; and

b.      such records were generated by the Provider's electronic process or system that produces an accurate result, to wit:

1.      the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of the Provider in a manner to ensure that they are true duplicates of the original records; and

2.      the process or system is regularly verified by the Provider and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

January 22, 2024                    _Kristen Spaeth_

Date                                          Signature

GOVERNMENT
EXHIBIT
20-cr-00305-DDD
**1138**

COIN

## CERTIFICATE OF AUTHENTICITY
## OF
## BUSINESS RECORDS

I, Kimberly A. Groff, declare, pursuant to Title 28, U.S.C. § 1746, that I am employed by GoDaddy.com, LLC, and that my office title or position is Legal-Admin II. I further declare that I am a custodian of records of said business and that each of the records attached hereto is the original or a duplicate (exact photocopy) of an original record in the custody of GoDaddy.com, LLC.

I further state that:

1.    Such records were made, at or near the times of the occurrence of the matters set forth by (or from information transmitting by) a person with knowledge of those matters;

2.    such records are kept in the course of a regularly conducted business activity;

3.    the business activity made such records as a regular practice; and

4.    if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the forgoing is true and correct.

Dated this 20th day of August 2020.

Kimberly A. Groff
Legal-Admin II
GoDaddy.com, LLC.
14455 N. Hayden Road, Suite 219
Scottsdale, Arizona 85260

GOVERNMENT
EXHIBIT
20-cr-00305-DDD
1108



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

## CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.    I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.    I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.    Google provides Internet-based services.

4.    Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) ▮▮▮▮▮▮▮▮▮▮▮, with Google Ref. No. 3841093 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the 2703(d) Order or Equivalent.

5.    The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.    The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result. The accuracy of Google's electronic process and system is regularly verified by Google.

7.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s_Jeffrie Gonzalez_____          Date: 08/12/20
(Signature of Records Custodian)


     Jeffrie Gonzalez
(Name of Records Custodian)



GOVERNMENT
EXHIBIT
20-cr-00305-DDD
1109



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

01/11/21

Special Agent Lisa Palmer
Department of the Treasury, IRS-CI
1999 Broadway, 27th Floor
Denver, CO 80202

**Re: Search Warrant dated December 23, 2020 (Google Ref. No. 5200470)**
*Case No. 20-sw-01522-NWY*

Dear Special Agent Palmer:

Pursuant to the Search Warrant issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq.

Accompanying this letter is responsive information to the extent reasonably accessible from our system associated with the Google account(s), ▉▉▉▉▉▉ *@GMAIL.COM*, as specified in the Search Warrant. We have also included a signed Certificate of Authenticity which includes a list of hash values that correspond to each file contained in the production. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values. To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

Please note that Google Pay service data is under the control of Google Payment Corporation. Any request for such data must be specifically addressed to Google Payment Corporation and can be served through the email address googlepayments@google.com.

For a Google Custodian of Records, we will require a subpoena and confirmation from you of the time and date of the appearance, the scope of testimony, any Google Reference Number(s) associated with the case, and the travel for the appearance at least one week in advance in order to identify, make the appropriate plans for, and prepare a custodian for trial.

Finally, in accordance with Section 2706 of the Electronic Communications Privacy Act, Google may request reimbursement for reasonable costs incurred in processing your request.

Regards,

Albert Sanchez
Google Legal Investigations Support



GOVERNMENT
EXHIBIT
20-cr-00305-DDD
**1114**

SW



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

## CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.     I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.     I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.     Google provides Internet-based services.

4.     Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s                          @*GMAIL.COM,* with Google Ref. No. 5200470 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Search Warrant.

5.     The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.     The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result. The accuracy of Google's electronic process and system is regularly verified by Google.

7.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s_Albert Sanchez_____          Date: 01/11/21
(Signature of Records Custodian)


    Albert Sanchez
(Name of Records Custodian)



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com
www.google.com

### Attachment A: Hash Values for Production Files (Google Ref. No. 5200470)

▮▮▮.776301624485.GooglePhotos.PhotoResource_001.Preserved.zip:

MD5- e6774f3769ff2122ca375eb97e4b37dc
SHA512-
dcb06e1ecc00d101f037c1f76a3b03990259af66acdc49f7ba8828bb824915d866f9fad374175281e0
1e7b75cc88614603991cbd6656c9fa8c69eb412ddf30ce

▮▮▮.776301624485.GooglePhotos.PhotoResource_001.Preserved.zip:

MD5- f5c8b41839ab8942ad0b9f7db08ded28
SHA512-
34a5a35226e8846a73b8ed24c5797bdc57b2a4917b0ac797cf10ff2b9a351b6c570febe605f937e83c
4397d42aada0d49b06a47fd7d233786da6c58b0a3b5024

▮▮▮n.Drive.Metadata.Preserved.zip:

MD5- 7a01d30c349498e6291d12440bc6c2de
SHA512-
c5a06e315bdaf15c0953db0df649d179f289d12bd6413f2346c50b6d647095848d912d389215b6e2
740149849e5a682a2adadb0935268971157a6e4abd629e3b

▮▮▮.Drive.Metadata.Preserved.zip:

MD5- 31993a6d556c2f2d8619c0f9d7469f61
SHA512-
f21abbeedc799e7364b3e5ea627ce599518d327475cc396690e8fb28acd6bbe412ddcfe53a6c8a015
4240d668ada167ca254be640e35df90eb6528e7e42ee08c

▮▮▮.Drive.Metadata.zip:

MD5- 1e83978e56e6a2a7493d073915609203
SHA512-
80d4b4611696e436b950c9372509e5c466407650056a63d1877eb12ce64e5d14c00e8efc634574f5
19ff0774fc03a65f18a082767115e1daa12efa870e5fd130

▮▮▮.Drive_001.Preserved.zip:

MD5- 3b3d75e616d2f9ef1bcd9ae71af01b8a
SHA512-
cebf32827022f92fa3786b22c5f85e8e029a75f10612e373041fb553639517b39b56e02ba749c8125
3e794679e6e758d857eb5f52ba9d13365754b369ca17f49



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com
www.google.com

███████.Drive_001.Preserved.zip:

MD5- e6b6acd4003cc79e85ac4e132611b1dc
SHA512-
e10d17e1c526e798eee45febedfbad2c877d67e98ddcc28da450195d2f9f1a4a82fb29761c28f91f83c
35faa98836f73832da5af2c93af82dd538256b44990bd

███████Drive_001.zip:

MD5- e62925debe7a04800edf7f2f79d59dd6
SHA512-
30e42753961e95957561a83d1c2a5d606aefccc970ce93835dd05e965b0d76c555a51dd311225ad5
636f022a06d89bf18eee8f4ad97bf4d6c75d163604718754

███████.Drive_002.zip:

MD5- a20db33ebf7d39288f4ff9c4ebff03be
SHA512-
1c1e34731f95889435291ccbe180efa90a3f99cdb5cf7225bcbb17eca1e4492f10466213b0d66a5749
7d717c9e3e332f4a020441d5a42117a2a8f046130c9386

███████Gmail.Contacts.Preserved.vcf:

MD5- a7bd523199d556858bcd544c4e45aa23
SHA512-
47193eebf596f54b3d2bc500488de9a727449359369840b82fa2ba0096399f105d9e02a9f237dbb04
320838935add97c37f523f1d53d0f4fd74ee257c38c7a63

███████Gmail.Contacts.Preserved.vcf:

MD5- a7bd523199d556858bcd544c4e45aa23
SHA512-
47193eebf596f54b3d2bc500488de9a727449359369840b82fa2ba0096399f105d9e02a9f237dbb04
320838935add97c37f523f1d53d0f4fd74ee257c38c7a63

███████.Gmail.Contacts.vcf:

MD5- a7bd523199d556858bcd544c4e45aa23
SHA512-
47193eebf596f54b3d2bc500488de9a727449359369840b82fa2ba0096399f105d9e02a9f237dbb04
320838935add97c37f523f1d53d0f4fd74ee257c38c7a63



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com
www.google.com

@gmail.com.776301624485.Calendar.Calendars_001.zip:

MD5- 79f52cf3766686e51067c4ff9a0961f2
SHA512-
5429f7ad06d58d2ccf74b1b5afeaa511b1b7cb11e4bdd10cd957a67059c9073aee1c960757f577bbf3
4749eee5e9737121008c51254cc190f521c3f241741222

@gmail.com.776301624485.GoogleAccount.SubscriberInfo_001.zip:

MD5- 5348b15fa195342c438c21024cb1944d
SHA512-
dc48d44c42667b4e544082cc4825c50b1c4e6db05a32d75ae52f9118ac36a8dc751d6bcf14f5eb7b6
547c339d112f19611c862c17f2e0f332fa62e02580b431e

@gmail.com.776301624485.GooglePhotos.PhotoResource_001.zip:

MD5- 124e43a6ce0e06b8d18d38192b4f494f
SHA512-
bec96b4f9d747888e1bc1078540717c76a11e4c3c9bb6ef07d136472522fef635595af98ee0b9637a
17dbf39a9220469f586e7fcc844f01dcd81bf8a70597548

@gmail.com.776301624485.Preserved_001.Calendar.Calendars_001.zip:

MD5- 97fc4ea00795add6a4e5cfe4bcdaadb1
SHA512-
fdaf28a13642d5441a7e1672617c3ddd1267465e91f83c271b7617896a868b85c39588f0e8423cfc2
0f5d04c8dfa939996c9574276130a6a8a804315245be0ec

@gmail.com.776301624485.Preserved_001.GoogleAccount.SubscriberInfo_001.zip:

MD5- 27a74d37afd2fb9bbb2ddcf4efda1eb9
SHA512-
73e565170dec674377d94598b6a94cc649b0c165ced0fd9dd85719a5e682af3b22efe9b483a811df8
203ff63f1092978a37b815da83ca0b33cffda9eb898cbce

@gmail.com.776301624485.Preserved_002.Calendar.Calendars_001.zip:

MD5- a2149ebb77b31d95b300f5afbd12d88e
SHA512-
829c93dfbdd94d22cc5e89d451af54f1afdca97a6300ab6d4967b321183e22742b8c14e01ff8be41dd
2477caeb082eae5bdf07617570ca0d78494f03b8702c0c



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com
www.google.com

███ @gmail.com.776301624485.Preserved_002.GoogleAccount.SubscriberInfo_001.zip:

MD5- 61389827ff579a34e405831440254af4
SHA512-
ee91a0ad863b133efc2c96576d6d317cc689c6add88951d3ed73a5c917456a6e4ed118a7f84192490
959d6ddc08dd5db2fce9a8ae1a703370755b5c72d479d46

███ @gmail.com.Gmail.Content.Preserved.mbox:

MD5- 1ba4a38fcbd55136be9a7902d69f386a
SHA512-
e9ba7c862a1454527b066731d0d0ed5ceac9a2b61f274fa25cfb6c159763bd44dd948f8f3827b1c12
d8097be582ffc39a8da0b1b3f75c0fdbb004b4658a55653

███ @gmail.com.Gmail.Content.Preserved.mbox:

MD5- b55c06d9f5655f4de47490455beb4d54
SHA512-
27c14785e024f14a3c882870e654fcc3239b49d787557e025c3c15d6ada4718340b2e0af9bf37fae6c
06c2dd38bf6528305300695d975c7ab2ca2dcbeacb668b

███ @gmail.com.Gmail.Content.mbox:

MD5- 88a128d7f78897f26c38ef51abda5c65
SHA512-
e96b9e5970c3d1b32be21bdde9bf6188a6f9adbc75a0f9266ca122c096bb9b8613f7d8b4480a5f778
8ee8ea13907073d1654ec488067b3741fdf3ca02f731cec



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

01/05/21

Special Agent Lisa Palmer
Department of the Treasury, IRS-CI
1999 Broadway, 27th Floor
Denver, CO 80202

**Re: Search Warrant dated December 23, 2020 (Google Ref. No. 5200471)**

Dear Special Agent Palmer:

Pursuant to the Search Warrant issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq.

Accompanying this letter is responsive information to the extent reasonably accessible from our system associated with the Google account(s), ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ @GMAIL.COM, as specified in the Search Warrant. We have also included a signed Certificate of Authenticity which includes a list of hash values that correspond to each file contained in the production. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values. To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

Please note that Google Pay service data is under the control of Google Payment Corporation. Any request for such data must be specifically addressed to Google Payment Corporation and can be served through the email address googlepayments@google.com.

For a Google Custodian of Records, we will require a subpoena and confirmation from you of the time and date of the appearance, the scope of testimony, any Google Reference Number(s) associated with the case, and the travel for the appearance at least one week in advance in order to identify, make the appropriate plans for, and prepare a custodian for trial.

Finally, in accordance with Section 2706 of the Electronic Communications Privacy Act, Google may request reimbursement for reasonable costs incurred in processing your request.

Regards,

David Tirone
Google Legal Investigations Support



GOVERNMENT
EXHIBIT
20-cr-00305-DDD
**1116**

SW



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

## CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.      I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.      I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.      Google provides Internet-based services.

4.      Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) ⬛⬛⬛⬛⬛⬛⬛ *@GMAIL.COM,* with Google Ref. No. 5200471 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Search Warrant.

5.      The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.      The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result. The accuracy of Google's electronic process and system is regularly verified by Google.

7.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s_David Tirone_____                 Date: 01/05/21
(Signature of Records Custodian)


      David Tirone
(Name of Records Custodian)



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com
www.google.com

**Attachment A: Hash Values for Production Files (Google Ref. No. 5200471)**

962148739471.GooglePhotos.PhotoResource.Preserved.zip:

MD5- e76f0d3ecb131f8da7a647944daf8ed7
SHA512-
131d0d8034b50736019b4f87f950de5ae1ee81d0799d40f7d90f11fa2bf39f620dfa9af6a5e0435333
ec5cfe3649106c622798f09c1e07c8fb30b99a6053ead8

962148739471.GooglePhotos.PhotoResource_001.Preserved.zip:

MD5- 3e5dca06fee45c4d0a54287dd085c7a4
SHA512-
69839aa48ca41b32fd22d76356fe0e967c233f173ab1e29b26003c63667cc937d27cc1bd72ac3575e
23662305b3d111ecae8c881443ded7a2aa123d9d5b519e4

.Gmail.Contacts.Preserved.1.vcf:

MD5- 1e46d93bebee919073e59495003f260c
SHA512-
129f4baec0bc6734328b6a697f1eeac89275020ab03b185f7906d97448b5911de4f8ca7ac25c8cd4e
b261e3a0af080faa2d7b49039ac2e6ae568da6e270ed083

.Gmail.Contacts.Preserved.2.vcf:

MD5- 1e46d93bebee919073e59495003f260c
SHA512-
129f4baec0bc6734328b6a697f1eeac89275020ab03b185f7906d97448b5911de4f8ca7ac25c8cd4e
b261e3a0af080faa2d7b49039ac2e6ae568da6e270ed083

.Gmail.Contacts.vcf:

MD5- 1e46d93bebee919073e59495003f260c
SHA512-
129f4baec0bc6734328b6a697f1eeac89275020ab03b185f7906d97448b5911de4f8ca7ac25c8cd4e
b261e3a0af080faa2d7b49039ac2e6ae568da6e270ed083

@gmail.com.962148739471.Calendar.Calendars_001.zip:

MD5- 6d3d979f4ae4e2ffc8bf4a354f471dd6
SHA512-
3b4e8dbdaa4d00910e01f1e7b7d56d513c931e02cf13da40a6df7999d782cef1465112948b39c0e1a
3ee8c4ad4e3ca03341566aea6a6ce8e25db032fe16713b3



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

@gmail.com.962148739471.GoogleAccount.SubscriberInfo_001.zip:

MD5- fd969c867e7ed749e5ad4c27b423cee7
SHA512-
0cddd44ea22f2cc5d69f6b787cadb473bc26cb20edb674935ff88a5e5444aaf6bc1330c920a0e97872
6c6ec9baddd352aaf02f168ccf2c8b4d71c43b2f2dcb83

@gmail.com.962148739471.GooglePhotos.PhotoResource_001.zip:

MD5- ce53f86e3aee1196ef38e9a815d3ae98
SHA512-
dee318515e597aab835144a55b0ebc087dca66b440d2af96d3f273a8870e6019f301e21357b60ec0c
0b189336423e1778047c7f912f4376dcc2c67ecc9be87d2

@gmail.com.962148739471_001.Calendar.Calendars_001.Preserved.z
ip:

MD5- ba6adb7e0f570469caaaa2e721cede58
SHA512-
f4dd993dc98d2195931f501cdc4f133f7d8da95c9a214e2882a2e12574979ed141df5835f9bd96c54
af6867834da1766e514e4a93874611ca5304039e1728556

@gmail.com.962148739471_001.GoogleAccount.SubscriberInfo_001.
Preserved.zip:

MD5- 656e13d6714bfef5de41d764d71b669c
SHA512-
193d0b953047f6b1a6614fe17f095aefb6ecb10269c5f4ca45091692429cdd9bbd5f6069b4c6df8c5b
4b09347b6b59cd1eb416549eb01dac8c0f695d79fb5dae

@gmail.com.962148739471_002.Calendar.Calendars_001.Preserved.z
ip:

MD5- 2c9f771e67d67587b5ca097c71755872
SHA512-
3431a2dfcd681b79890d148601af8e931cf0befc436fe400da125e15186e74de6f8b125c43e30f512c
701581ea15e2fbcb1651682f88f470e50243fa8b842f3c

@gmail.com.962148739471_002.GoogleAccount.SubscriberInfo_001.
Preserved.1.zip:

MD5- e19b0c040b2dd0449297e51829fae138
SHA512-
52ff5d7d4a7f095f29b5f586c50b15242ad9949a7f55e3fa5cebd8108013077d7121107acc0c1346fd
1f24a4a5d664d709365a3da88360209080d7c602166e0a



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

@gmail.com.962148739471_002.GoogleAccount.SubscriberInfo_001.
Preserved.2.zip:

MD5- 02c82e7dc79ef8f9b741ed9eb4d6d361
SHA512-
7eb9a20ae7008d8873ad5c3fa5646e89462de37e3f7dba8d853ee245d56e2c9cdf4f42b2fe3e57c34b
561c9ffd269e6731c994ba446ae2432a999bab244cf7b8

@gmail.com.962148739471_003.GoogleAccount.SubscriberInfo_001.
Preserved.zip:

MD5- 43573ce1d0b9df508a4f4257097c8a79
SHA512-
5a62930301fb3571f0777638c76d229903dc3db9293e69e081cdd9339c09454b962a21d74db51a40
f6eea117250e99310e7fdc33bddc97c212cc74542420b35b

@gmail.com.Gmail.Content.Preserved.1.mbox:

MD5- 9f20603bff52ff9db1d594f4b34526e9
SHA512-
b512f10ec08e13deabb876d65f052d7f0e8a4e3c10ec328a27f37ebeee070eded2dde168308b854209
d081ff0e46079a30792efd81ab547c4fa2c58869361e0c

@gmail.com.Gmail.Content.Preserved.2.mbox:

MD5- a8777f36260272c96f008447f7f3b1f8
SHA512-
989ebba476b72c76b144b7d8ac8204a5795997c153a11399f9a6e38a2110bf4ffa1c02493eb7c1581
31d18f16e14f37047fab0ada31a8582ed265fc1a75237bd

@gmail.com.Gmail.Content.mbox:

MD5- f38284e52db45e1ee98a85a82d028839
SHA512-
af6a378a3f120ed2d049aa3a389181f6965edd088a4067070798d56ee6bc7cfbf815b98c528caa70d5
d3ebd604bc55d001bee4cfc5d7324a6cefbb01f74a8781

@gmail.com.Gmail.Headers.Preserved.1.mbox:

MD5- d41d8cd98f00b204e9800998ecf8427e
SHA512-
cf83e1357eefb8bdf1542850d66d8007d620e4050b5715dc83f4a921d36ce9ce47d0d13c5d85f2b0ff
8318d2877eec2f63b931bd47417a81a538327af927da3e



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

███████████████ @gmail.com.Gmail.Headers.Preserved.2.mbox:

MD5- 36938ac03cd6f35864b56fd76010ca22
SHA512-
4adb1fcf87fb3d74b6716cb1d1034728e669a12db0c8d50cef2feee405c23c3fee90788614c3d5c856
b96239b6010af0b675ab9abc50f6519223fbf02f5dab98



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

01/13/21

Special Agent Lisa Palmer
Department of the Treasury, IRS-CI
1999 Broadway, 27th Floor
Denver, CO 80202

**Re: Search Warrant dated December 23, 2020 (Google Ref. No. 5200469)**

Dear Special Agent Palmer:

Pursuant to the Search Warrant issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq.

Accompanying this letter is responsive information to the extent reasonably accessible from our system associated with the Google account(s), ▓▓▓▓▓▓▓▓ @*GMAIL.COM*, as specified in the Search Warrant. We have also included a signed Certificate of Authenticity which includes a list of hash values that correspond to each file contained in the production. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values. To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

Please note that Google Pay service data is under the control of Google Payment Corporation. Any request for such data must be specifically addressed to Google Payment Corporation and can be served through the email address googlepayments@google.com.

For a Google Custodian of Records, we will require a subpoena and confirmation from you of the time and date of the appearance, the scope of testimony, any Google Reference Number(s) associated with the case, and the travel for the appearance at least one week in advance in order to identify, make the appropriate plans for, and prepare a custodian for trial.

Finally, in accordance with Section 2706 of the Electronic Communications Privacy Act, Google may request reimbursement for reasonable costs incurred in processing your request.

Regards,

Albert Sanchez
Google Legal Investigations Support


GOVERNMENT
EXHIBIT
20-cr-00305-DDD
1117
SW



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

## CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.      I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in
Mountain View, California. I have personal knowledge of the following facts, except as noted,
and could testify competently thereto if called as a witness.

2.      I am qualified to authenticate the records because I am familiar with how the records
were created, managed, stored and retrieved.

3.      Google provides Internet-based services.

4.      Attached is a true and correct copy of records pertaining to the Google account-holder(s)
identified with account(s)                                   *GMAIL.COM,* with Google Ref. No.
5200469 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list
of hash values corresponding to each file produced in response to the Search Warrant.

5.      The Document is a record made and retained by Google. Google servers record this data
automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this
data is kept in the course of this regularly conducted activity and was made by regularly
conducted activity as a regular practice of Google.

6.      The Document is a true duplicate of original records that were generated by Google's
electronic process or system that produces an accurate result. The accuracy of Google's
electronic process and system is regularly verified by Google.

7.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true
and correct to the best of my knowledge.


___/s_Albert Sanchez_____          Date: 01/13/21
(Signature of Records Custodian)


    Albert Sanchez
(Name of Records Custodian)



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

### Attachment A: Hash Values for Production Files (Google Ref. No. 5200469)

38500996862.Calendar.Calendars_001.001.Preserved.zip:

MD5- fffa9521df20f748b68d1bdcfa080be2
SHA512-
4d0d8219406a7ed4bbabfdde8e092e6192ee8fc98c1cb36b85466acc1d6698cf67196f3d3e75b7a88
34154557a61ca944821684006cd7d2995d91fb2d2c2a3fe

8500996862.Calendar.Calendars_001.Preserved.zip:

MD5- f03d687d299a0d40bf7fe3af05f41ad4
SHA512-
7c1d7ec3541011a58d1d201fc7ef1605957efb7d3a445dd85ac942115b4f125b610af7998835ddca5
74b71dabeb424fff11c5412f9c0cb9ba6f26bde29ab58b2

38500996862.PlusPhotos.PhotoResource_001.001.Preserved.zip:

MD5- b5dfdbc674d85489e7d611f4d096a07b
SHA512-
f55fc3e61e184d714c5b98a802dbdd3ed8744bee9b69b5807582a3d82fa38e08631aac6f742724126
8f962f35f67e3acfbea6d8fa5fc1cfb54f724824931637b

38500996862.PlusPhotos.PhotoResource_001.Preserved.zip:

MD5- 0b509c72f1e6ac86c905753868baf51b
SHA512-
197dc137fc1600fe5c8335681718a27c3d392d0ada1ea133f7f99afe7235d39edd94499ba56263439
8daf963eb63e8437a1bcacdc12ebb475d3263f53d7245fa

Drive.Metadata.Preserved.zip:

MD5- bb22be9763857372e561fca0915e7d8b
SHA512-
8db74c1bbaa8f4b6189aeee39036a6d37a40846576fdb0acbfb588f08e0691121eacbeef482655ea2d
debcaad9fcffee6102808654bd4ebf5cbb7d31a7fded27

.Drive.Metadata.zip:

MD5- 12da62ca89f35bc4379518f034196bca
SHA512-
09741911af1f66029f0ea8610cbc63cf7c8763b2f62e5b7850f302587d450436727c708d0d53fb29dc
66269cd111fb081acefc37decfaf7ffd8f61b633d42377



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com
www.google.com

█████████.Drive_001.Preserved.zip:

MD5- 3bb454f41c9d98512b86e637cd3e156b
SHA512-
f0d58f9ca9c55e4412b84cfbceac5ecd1d5dc1322f07be57c2bf15294891568455dff4a0fc1511a7a0a
cad2e200880f3eebc694b6168e61404e7f8589029cbde

█████████.Drive_001.zip:

MD5- 3bb454f41c9d98512b86e637cd3e156b
SHA512-
f0d58f9ca9c55e4412b84cfbceac5ecd1d5dc1322f07be57c2bf15294891568455dff4a0fc1511a7a0a
cad2e200880f3eebc694b6168e61404e7f8589029cbde

█████████Drive_002.zip:

MD5- 8dd49cc10378ee09d413687ad6402766
SHA512-
ae70e6d509c592829df4417f9346f9026f4ddd035ca968d41eac8605ddc462ab7b26bc14972078037
7e89b09a7da91fd35ae2caf8ec4ea224bfe6fc36f86e144

█████████Gmail.Contacts.Preserved.vcf:

MD5- 8a42243f6cb87b9cbe18ae774c771837
SHA512-
fce4ed7f71335ce5c2e578ccb0d34a2b2d52735b4ec709ce46ae1082ad453c812fe7eb8b3c868d8c64
e6e61e03e5b645f6e09a8534c26c321ba67e6182328a26

█████████Gmail.Contacts.vcf:

MD5- 8a42243f6cb87b9cbe18ae774c771837
SHA512-
fce4ed7f71335ce5c2e578ccb0d34a2b2d52735b4ec709ce46ae1082ad453c812fe7eb8b3c868d8c64
e6e61e03e5b645f6e09a8534c26c321ba67e6182328a26

█████████@gmail.com.38500996862.Calendar.Calendars_001.zip:

MD5- 66f0b4f9ba30b7c32822e05ecb31d475
SHA512-
a25877a4fbda49cce144a7888cf2e46af4907d60012843f3a3b88d3805140c02c58c73d2a7dae79e1c
7b73dbf37d199608d303b26bedce7361b25cb0a33c1bd0



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

@gmail.com.38500996862.GoogleAccount.SubscriberInfo_001.zip:

MD5- dcf353c181f914a06884657f80dadfd7
SHA512-
dc9e6b0853397551ee722c4cebd0e945e94e107773878e26b0acd1631c67d8c0474f209090a64c84
9b928800cb65c928d84503d7a2fe49a4496f54c58d543f97

@gmail.com.38500996862.GooglePhotos.PhotoResource_001.zip:

MD5- 85c4abaec8213ee65fce542309210df6
SHA512-
d29444d0aa001799189ef9fa3e3fa4410e82bbaf07a80b0591e3be8f8f2ade1333f11d3220de878729
21f15352513366df8c0b4a214434d2f887c8c2ca9612a9

@gmail.com.38500996862.Preserved_001.GoogleAccount.SubscriberInfo_0
01.zip:

MD5- 82f33aefac0bc14b70f2c4101117780a
SHA512-
dd2ea6330da304c45433eab50942a1f16ad4861c676a878261a6dc1599f2b0143f9905059ceeb4803
d2ce5b3e30d2dd2095fa338c0fe59f9da520e1b213d8714

@gmail.com.38500996862.Preserved_002.GoogleAccount.SubscriberInfo_0
01.zip:

MD5- 4017c22675555a45dc9e7a33da3c427b
SHA512-
911a719ab102689cbb423dc25ed200f4de8932ef5f6fe44303dfc5833c1b350e76103a62d237e166a
9843da500979786dcce2ef9967bc732172aaeaf4a1f5a30

@gmail.com.Gmail.Content.Preserved.mbox:

MD5- 769da350f0a719e4f6a1575c547856ab
SHA512-
87ef044778e4099a38dc9d98b500349f691d98a21efcacf88cca740aab61f8fe4630dcc3eb0d0dfb9c4
3b5fb5aa814e3a6db3595ba60670217a194580de73f00

@gmail.com.Gmail.Content.mbox:

MD5- 886d3db16730d05b7330726e910db7fa
SHA512-
75df06d245390ed6821230abf440dbdb0abaf3b2d173fa904c264288ebd5ccf5360f29929e3e60b3bf
957488b7a9c227ab1d0dde255430877c05c48e1aeb6ba0



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

08/17/20

Special Agent Lisa Palmer
Department of the Treasury, IRS-CI
1999 Broadway, 27th Floor
Denver, CO 80202

 **Re: 2703(d) Order or Equivalent dated July 09, 2020 (Google Ref. No. 3851630)**
 *19R00976*

Dear Special Agent Palmer:

Pursuant to the 2703(d) Order or Equivalent issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq.

Accompanying this letter is responsive information to the extent reasonably accessible from our system associated with the Google account(s), ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, as specified in the 2703(d) Order or Equivalent. We have also included a signed Certificate of Authenticity which includes a list of hash values that correspond to each file contained in the production. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values. To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

Pursuant to your request for related Google account(s) linked by creation IP address, we did not find any responsive records of active Google account(s) that accepted the Terms of Service using the same IP address as ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, within +/- 8 days of the Terms of Service acceptance date.

Please note that Google Pay service data is under the control of Google Payment Corporation. Any request for such data must be specifically addressed to Google Payment Corporation and can be served through the email address googlepayments@google.com.

For a Google Custodian of Records, we will require a subpoena and confirmation from you of the time and date of the appearance, the scope of testimony, any Google Reference Number(s) associated with the case, and the travel for the appearance at least one week in advance in order to identify, make the appropriate plans for, and prepare a custodian for trial.

Finally, in accordance with Section 2706 of the Electronic Communications Privacy Act, Google may request reimbursement for reasonable costs incurred in processing your request.

Regards,



GOVERNMENT
EXHIBIT
20-cr-00305-DDD
**1122**



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

Sophie Everaert
Google Legal Investigations Support

ORD_00019956



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

## CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.      I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.      I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.      Google provides Internet-based services.

4.      Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s)                                         , with Google Ref. No. 3851630 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the 2703(d) Order or Equivalent.

5.      The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.      The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result. The accuracy of Google's electronic process and system is regularly verified by Google.

7.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s_ Sophie Everaert_____
(Signature of Records Custodian)

Date: 08/17/20


    Sophie Everaert
(Name of Records Custodian)



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

### Attachment A: Hash Values for Production Files (Google Ref. No. 3851630)

.AccessLogs.Activity_001.001.zip:

MD5- 3de793a622a3e89e776d6dbea17a0e6d
SHA512-
e4f0b4823fea7d303a74fc0f480a74f4ed36c73702420a9619bb9ab4d43e67fa07ad3db15a1b9039c0
9b0740028ebe3ef24418ee65f72d9a7fc803da9f231b42

AccessLogs.Activity_001.Preserved.zip:

MD5- db3db2b76349094016aa760a63a0dd40
SHA512-
1b1d624e63952a4d24f688e2800ca694165d9a22533a0e653691efd0f35b61e632afeebeb4388b20b
d14fbeb51780181dc9ae797bb991d51cc43d3dee4bb5b9f

.AccessLogs.Devices_001.Preserved.zip:

MD5- ac622e9c8bb870e9294bd4470c0cb14b
SHA512-
4cd3688bb442700fa6be4770b3df3b53518666c6a221c239be8f610bbf70c9bd85ced40bcbac24aea
5f33e1c874b1b1c45a162d7a20ec408832c3d8d57da57c0

.Bond.Devices_001.zip:

MD5- 1e69e8fd46df2d4fbda7ab9c80244a50
SHA512-
dc767e22092f81a1612450f75614da6f57f3112d3d4c618a8e493d6bf4bb92b2e6ddc93bd9b6b251b
4221cb72d67d379492c4f66c73ad2b8e0aace86d8c48e7a

GoogleAccount.SubscriberInfo_001.zip:

MD5- a08fd46cd7679c8f673d7ad471b815a3
SHA512-
b933c3048cae7f9902b858453f2aa476c05b001825cb946ea129fea893a62bc40c16bf9c79b479ce8
480ec52c9fb7d847ac1b3eef439ab4fc14e1d9423ec5092

.Preserved_001.GoogleAccount.SubscriberInfo_001.zip:

MD5- 36c3f94f801c1073ca2b52f5a2cc5bc1
SHA512-
6cbbbd4d7099bfdf00227f34e57cbe734584d437fbc74cb92ce2ae499fd52b2413712cfccf3378f894
7d2572067c3b4c9bc09717c48d8b4853c0a373dbf28499

9.AccountsLinkedBySMSandSecondary.pdf:

ORD_00019958



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

MD5- 5ac76ccc3b57729620ee00f0d84d3203
SHA512-
0e0cb861d1a0feffbf02467c16067702212b5a82362795bc28fcb17c95a35019f824d8c66b8155931
3ee18fab39c1fbff3714ed2aaf11ecdf84b76f48e397de6

██████ gmail.com-AccountsLinkedByCookies.txt:

MD5- c2c4c0917e7b06d297aa83e232a5f394
SHA512-
88aaf61d6d90bd247e5850de5f9e44017f4dbfbf14168baff79f66f799b40ba240e915aa77117bf72d5
4e06d0ee07869905a9b4965f575b30b1924f6e556ec5c

██████ @gmail.com.Gmail.Headers.Preserved.mbox:

MD5- 537411d83cf0196a312207134a8c17eb
SHA512-
cc77031f3ce6e1a9892286ea869d601a33c75d5219b83a3b33dbf0b5c75771aa69537a90fdad9b253
95c19069434e82c13828c557a436c95bda1ec91de943f79

██████ @gmail.com.Gmail.Headers.mbox:

MD5- b2c55858c60ed50025fc785f3460f640
SHA512-
e81c6c70d5522a22c16e67abe4868e735ec2965ee6c4efef107764f822915ff31a8674439d32af9d9f
d6f315bcc774b9ff6ced0b41d92057797c632cc6951732

██████ .3964632312346514274.Checkin.DeviceAndUserProfile_001.zip:

MD5- 57ff4c7ae99e48789cc2d215d936ba8e
SHA512-
4b358e9e02b333ad3ddeaa342eb804c9b66aa4a8ef4cd0f1511a348c4939d1641bf3bc6c0fdb9effbf
2af5aeb29bf624625c3fc2cb9f3b6e879fbc282657fbae

██████ 1██ 69016068321123168.Checkin.DeviceAndUserProfile_001.zip:

MD5- 237a033f70d84370a176364cd5de3865
SHA512-
5d6e6ccf09f06ede25c609db72d382ba9e3caf9df23dd927c64f1aea39b6c3900416c61b804240f000
a8c7c3322ad6fd36844571a07556e4fefb543b5a7556c6

██████ 4037188399310387006.Checkin.DeviceAndUserProfile_001.zip:

MD5- 68a531a13cb2fc2d9090bb2f7a212c73
SHA512-
14db8c89eb97a3907d851af5ee4773528dc0d1516ba148941b4f95eb52836b8f663fb4485b2c3c567

ORD_00019959



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

3c0ae5d3313247861a109391f9faa66906093d134c89beb

███████████.4467172662444148606.Checkin.DeviceAndUserProfile_001.zip:

MD5- 1394c5ecc52d25ae48199c2fb4f71140
SHA512-
245a9b22c4e0f25c6b0e8e59b00cdcf7937bb8e7f96c02afeeb95e583ec5a63374a56a6c81012e455c
271480d774400bfd31a8cda417f7d951698bf57e94e19e

███████████ 457781233741.AccessLogs.Activity_001.001.zip:

MD5- 9231f225cb3411160ae1f3721079a5d0
SHA512-
a5d20d5a9d94b654229e65600f9af6af155d22eba268277850caf0cf4abb9ee04e072e6309257824ff
afdfa54551674ca82751f7bc424b0955f2f00e8b1748be

███████████.457781233741.AccessLogs.Activity_001.Preserved.zip:

MD5- bcf0fe2aa930ea4f6a0289904897ceb9
SHA512-
7be699befdfd802ad43c99e46f28c13f36c86213d22a4a186024c443f54fd4784fa4275edeea931f91f
6620abd8989be139b02b2abcd41542d0ae6185ca569fe

███████████ 457781233741.AccessLogs.Devices_001.Preserved.zip:

MD5- 7d085bcedaa38bbaefb0a6056e15a70c
SHA512-
72129a676951e2d51af0574b345f36a3e8e4fb98e84567aaba5e4d6897cb8bbf2106d02f82aa19c21a
0233502b733f29667cb582e489a045f90e230cdcd4fcf5

███████████.457781233741.Bond.Devices_001.zip:

MD5- ef58a0fa12a12ce1a2f1914851563a5d
SHA512-
dc1e24e1ad2809491ac26f752a44945985536962f5f49f1903d2734d9b0f180db72df5af241cad8afb
d3b4d3fa0822d2df6b9088f6d78b83822898bacc89ad01

███████████ 6██.457781233741.GoogleAccount.SubscriberInfo_001.zip:

MD5- 329a1f41b68210067cf643b6c0b522ce
SHA512-
d7bd0469f67f1e2c5c9f9e45b9213bb755bff8da8560991e1d6783ee4919b0ea503cd782eeb9f8c281
5ee41061403c9b15bcf76c50b175332f29beb303ff4404

███████████ 457781233741.Preserved_001.GoogleAccount.SubscriberInfo_001.zip:



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

MD5- 19c82523e60be827f60d932931c574df
SHA512-
f4de1fde3019bfbba93a6dda2d156c2ce9ae5de17bb8921e277d059ee5867d0673587ee49805bd360
4cf3038fff82a621e6a004d18f04cac92938e4e7e7473a7

@gmail.com.Gmail.Headers.Preserved.mbox:

MD5- 1064587de18c9e4d1a88209ffd15ce53
SHA512-
5324e1e84f6c24e116397a3b98dc41e1f56299ff62330515a468babf4e6a0522a68802401fdcaf1c81
9c330748b711af26e5b54cee55412c645f5c2aadd363f2

gmail.com.Gmail.Headers.mbox:

MD5- d38c04d74ce7fa01366213a9fb52235e
SHA512-
3ae951f7d3389bf53e972c1ce899948798642f5442c2cfb9ed03a7a1a6758dd04392d69fb37b3aa53
a1ac2556d3dfb2a4fba9d8a1825833ed9b0df48e0625419

@gmail.com-AccountsLinkedByCookies.txt:

MD5- c953d049a91ea8fbd36c2d0b38b896fb
SHA512-
a84368790df395a9c19367c2b5d212b4907907b567794fc4f1116f4b6bcb045de1275b11a1c3a8cf5
a4454cdb17d81594c5b0300a14bb76ec4029767a539c602

ORD_00019961

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

**Google**

USLawEnforcement@google.com

www.google.com

07/23/20

Special Agent Lisa Palmer
Department of the Treasury, IRS-CI
1999 Broadway, 27th Floor
Denver, CO 80202

### Re: 2703(d) Order or Equivalent dated July 10, 2020 (Google Ref. No. 3855397)

Dear Special Agent Palmer:

Pursuant to the 2703(d) Order or Equivalent issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq.

Accompanying this letter is responsive information to the extent reasonably accessible from our system associated with the Google account(s), ███████████████████████████████████████████████████████████████████████████████████, as specified in the 2703(d) Order or Equivalent. We have also included a signed Certificate of Authenticity which includes a list of hash values that correspond to each file contained in the production. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values. To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

Pursuant to your request for related Google account(s) linked by creation IP address, contained in this production is responsive data pertaining to the active Google account(s) that accepted the Terms of Service using the same IP address as *VTLEYCAP, MIKEMORA9, KIMBERLEY.VERTANEN, VERTANEN* within +/- 8 days of the Terms of Service acceptance date.

Pursuant to your request for related Google account(s) linked by creation IP address, we did not find any responsive records of active Google account(s) that accepted the Terms of Service using the same IP address as ████████████████████████████████████████████████████████████████████████████████████████ within +/- 8 days of the Terms of Service acceptance date.

Please note that Google Pay service data is under the control of Google Payment Corporation. Any request for such data must be specifically addressed to Google Payment Corporation and can be served through the email address googlepayments@google.com.

For a Google Custodian of Records, we will require a subpoena and confirmation from you of the time and date of the appearance, the scope of testimony, any Google Reference Number(s) associated with the case, and the travel for the appearance at least one week in



GOVERNMENT
EXHIBIT
20-cr-00305-DDD
1123

OR



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

advance in order to identify, make the appropriate plans for, and prepare a custodian for trial.

Finally, in accordance with Section 2706 of the Electronic Communications Privacy Act, Google may request reimbursement for reasonable costs incurred in processing your request.

Regards,

Nikki Adeli
Google Legal Investigations Support



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

## CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.      I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.      I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.      Google provides Internet-based services.

4.      Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) ███████████████████████████████

███████████████████████████████████████, with Google Ref. No. 3855397 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the 2703(d) Order or Equivalent.

5.      The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.      The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result.  The accuracy of Google's electronic process and system is regularly verified by Google.

7.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s Nikki Adeli_____                          Date: 07/23/20
(Signature of Records Custodian)


       Nikki Adeli
(Name of Records Custodian)

ORD_00019964



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

## Attachment A: Hash Values for Production Files (Google Ref. No. 3855397)

███████████ 907074630458.AccessLogs.Activity_001.zip:

MD5- 5c1c122a07eeb93be2276c6186afea3a
SHA512-
591afe597a592fa7b9fe3b647a3f311ae2950be673a00f49d79b8b2c699a7857a773acd9bd01b2f0fc
50fe7b9ad9b35ff9b82c9341ec3df6b57232798e1518ce

███████████ .907074630458.AccessLogs.Devices_001.zip:

MD5- 9ac023691c14975db67ea2e5bb982d8e
SHA512-
6640b5ed3e88fe4184eafe97d8059919b8856f9567e8368afb6bbff5df9004a62b83af74cf6431d334
7690d5e33f9377da06ecad2b654ec674823655dc7d57ea

███████████ 907074630458.GoogleAccount.SubscriberInfo_001.zip:

MD5- e3e0fabb8c94108883d769cf347a44d5
SHA512-
af5e895f01ad3c91be0e502ccbe9f9642ea54845cbd8af351acf2a1eb138fad8e4f18a03d95c36b17c9
5d7c6aff79fd709d65c751bc65d0177e4ac0a5139e3f2

███████████ LinkedbySMS:SECONDARY.pdf:

MD5- f08a9757ed5b6cdf207985e66fa57a99
SHA512-
378546e4baec301ba9e3720dfd2a4e75da8711ec15c8218fd77745d2587c033672760689161e2749
8fa23d4288676e36742b1908723c79716bbde8d79242dc25

███████████ @gmail.com-AccountsLinkedByCookies.txt:

MD5- af7a874dc732a1397c4af90439cde18f
SHA512-
53c0cc184eaff1b74ac79b8b8af5fdeaa18f55196bdf740bfeac37defefa947ee17bb9c2b2364ea37b74
c5358acd2a0bbe9aa6ac994d2257db7fafda23fc75b7

███████████ s@gmail.com.Gmail.Headers.mbox:

MD5- 4622d7b9be01dfe5951907a8a113eab7
SHA512-
98a2bc1463e7586077155b3a0f6bedbb477047818b6f5f5f26d703280a5755b39c754b63ac00ec032
e0f97c052dd5fb11c45d2c4ac19d221f06c58eb70fefefa

███████████ 181362297242.AccessLogs.Activity_001.zip:



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

MD5- 2636c2095b933455ef995d71d81e1f36
SHA512-
3fdf55a441f50d8514c477899fe24e1d0efea363d5aa906b10e8b6cecba183585358196d0ff4636519
4449e58d38cfa335447a1878a33dca93dbd82b89e0a44a

181362297242.AccessLogs.Devices_001.zip:

MD5- 3ae9b538d8a3483eee8d79e87df52672
SHA512-
e200789e9b7a6763dda690e7a559250097612efb4ec342ad405ce6e18f713a6ee1e8fe3eef61af266af
2f49896df3a5d62e1f136df8fe27ef762e10e74ef55f1

81362297242.GoogleAccount.SubscriberInfo_001.zip:

MD5- b48391252b83d304a42990e56e8dbe28
SHA512-
e588a2eb39661adf8cfe8e22d8ed61b3b5f775a080503a6115af655b50524776a8483f665f7faab1ba
cda2aca9ca55f303324bb7d2afb8982e58ef29354f2b17

.LinkedbySMS:SECONDARY.pdf:

MD5- 8984ab88dd56d6a4da148b13fa893ecb
SHA512-
fcf206fcbb74e22e0702e840f527b92c9040548f59ce8e23d29e9bff55a1b8a9b1747cd4e7c7054ab0
af515375da4747b53bac6e1e01c2baaf1e22b53a92eb5b

@gmail.com.Gmail.Headers.mbox:

MD5- 66b624500f955dfb08c4016c13fd0c8d
SHA512-
44ffe274c0ea53bdafcbc1a8ad03a40c030d0c344b233d0aa68cb9f395f6be810b1e29879830d4c0c7
54fb6bd9d9c833d6d13058850a02703ad9814de51a90a7

142498606088.AccessLogs.Activity_001.zip:

MD5- b090b56ab382ba8e56bab6da150305ba
SHA512-
09a80f840334b8359ec5f34cb7fbb352ceb67a29adccb9fa0b747311ef12f12fbf3221e2b93d8bc1a7c
62b39e5dcebe49a2bc129d124d6c2f0e46a4d6cc41cd3

142498606088.AccessLogs.Devices_001.zip:

MD5- f57c12894f5bdc7d4715638b119e7424
SHA512-
755a162bfc66ceb89b2838e83d91147c43bb63565f1bfbe0952e90a0e62fe5593f22da2d14e89e42b



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

85ad8192c6f1788bfbc6828d2b9950542b2d9bc4ee80084

142498606088.GoogleAccount.SubscriberInfo_001.zip:

MD5- 562d5d5b962740df39d1892d76294059
SHA512-
6474f4683308081272a5f91daf52042f7cf8c8ceb8edae57108c96dc6a63c0d657c8d72cae4c78aa96
f7feb0c089264397328d951602b0f215a24004dcca432f

42498606088.Preserved.GoogleAccount.SubscriberInfo_001.zip:

MD5- 96e58a83a45cd323c8f53a13f02295f8
SHA512-
c12e3ee0c6fd7cc49fedaaa851f018593544404c25a9e00a09d3244f0ad9483ca9fcff5abd5db7aa936
41d08a7737612539c382b826743c46c5edc05e97a4c3d

LinkedbySMS:SECONDARY.pdf:

MD5- 39d75a81f085a18ca3c38d3b8f69707a
SHA512-
df77b281af2784cbd86c124b217422c7bc50aa4bca7ed7b08573391b50390fec0c7244fdf74714bdfc
dec75366e7c795c3093a4451a2f3d4cd6c324bb8c82a69

@gmail.com-AccountsLinkedByCookies.txt:

MD5- 3e01da7ca6ad818a53372f96e1426704
SHA512-
c70242a32de0aa845510ca9b8c702044b14c03f82a4e5440d4b539572866ac3ed6dd164fd67c4e53c
325a334b17cd82b490c30879adb4f01d676992d1cb87e33

@gmail.com.Gmail.Headers.mbox:

MD5- 375014734bba4e3dab1b44bb81d69559
SHA512-
414c34f05408a53955c0566d9d914e2d9598e18564a2cd1d40c895ac7b1b765f09389156f322c84af
65ac366a8620b064b9104c309179001ff905eeff87dc9fc

kimberley.vertanen.187617782533.AccessLogs.Activity_001.zip:

MD5- 814911e95f77ac5e9f1fa4680825b0d2
SHA512-
e688041edf5f6937bb36ffdd6e30ac1acecba4edd24e464f9cd4b9fe4cf5feb1b57a036802264699931
304dd4d9c463bc2f0198cfcc54622a7cb4026bf4f7f30

kimberley.vertanen.187617782533.AccessLogs.Devices_001.zip:



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

MD5- e1b4dca8752144473270ac0df8feb7d5
SHA512-
4b7f8d39cd268f7a8f31b4857971c2c7487cf4d9e975505029fed7a7951a44f3526c2589339fd06351
b1225a83bd427ebbc834c9dfddec8d7349e3853a2f0acd

kimberley.vertanen.187617782533.GoogleAccount.SubscriberInfo_001.zip:

MD5- 4ff7ed29f58986545aa5b9d7dfbb0c6e
SHA512-
f1f36fa78c69a1330a617cd356b596e8bac96bf7c88539af6c75f5f1ca60291aa6a66d480a94c89078
2d59885f0e1a034729b96b21afe9e165157a1ec1798bcf

kimberley.vertanen.LinkedByCreationIP.pdf:

MD5- c302fbf7b703d3faaa5770b083ca3986
SHA512-
f08ab2d3b4f0cb2693034958dffb2e9e9c31d42a7cff4760384f6fb6b2e2e47f405e8a69b0437da822
454b8e76c4dc91e1b2012a9358189910c2fee940b9457e

kimberley.vertanen.LinkedbySMS:SECONDARY.pdf:

MD5- 4fbabfc15da90fd41c1ad31cd1dfdf9e
SHA512-
a30ba0e872ae5ca4290a90633e31b824808adc448e084469d61d10b43515c8d5438de789389c9a08
c325aad2b2f902fc0678a0a3c130460daf340c4310443a60

kimberley.vertanen@gmail.com-AccountsLinkedByCookies.txt:

MD5- 385cca1b9b4f4287da06bb2cbb79303c
SHA512-
ef029fb1bd1f1738a83a2681fb8cbe6a1ec3abe301a2587d3ede474f513453a11bf31de24d9600fdb9
c78f82b42ff56556f2043b3318e7f8604cd6aba6e6925d

kimberley.vertanen@gmail.com.Gmail.Headers.mbox:

MD5- 952c1e5761528247dbab650105fb2aca
SHA512-
1a70548dfb02de509c52da7e7a4b50310946acaaf2c235a1cb5a17a24b1cfdc6ea12eaed0d87587bc3
38022aaff0c73f19ed1f9ef6ad57990fc6b47550d3372a

logisticsmtew.1030836592998.AccessLogs.Activity.zip:

MD5- a3a22f586b041dd3953af98a11a4cca0
SHA512-
82499e7f6cb1154529c83d3abf68b5d89ce14af4adce3a952b5de2110dc2def57a01bf6b3b34f6ea11
dae2feecc5d7a163dcd244af625b01b3ad18b66fa43a01



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com
www.google.com

logisticsmtew.1030836592998.AccessLogs.Devices.zip:

MD5- 11b1188b0013a92c7b392d99e58c9b56
SHA512-
7729004ed1b22ac213ef3fe74d2424ff0922f52ee5436d26002533ba60bf9092ba61783768a656615
d5c12db42134dea0cfe7657e9f4f5819c9a8c7fd7e7648d

logisticsmtew.1030836592998.GoogleAccount.SubscriberInfo_001.zip:

MD5- cbd3c8029ddea74e4c66a2c71f067c72
SHA512-
1ba67a4d968eb234168ad3df655e15f5034c0589f7e61fb8eb67dc8bf4de0c937b780ced80ffd905d0
05a2985a1f327a3a59ca21ff3b179894c05eb8c5eddf75

logisticsmtew.LinkedbySMS:SECONDARY.pdf:

MD5- 567afdc4690dfda8e5b39ac41bb56687
SHA512-
7017a3c53f91885b3fc50006458f5dab106c00b2da6f46a9217009bcd6cdcb211f79830be0e73831d
6207138cce2073f8d969b251dbb73ec7555dc849c34dcbb

logisticsmtew@gmail.com-AccountsLinkedByCookies.txt:

MD5- 864ee778aa20654a407384cb6b9859ad
SHA512-
dfbecf13e32a8ca7be4d3cf5ab009ba6fe524102281c4c1dca96438bf58d67f799ef4d4f6c5d1e54ffe0
0c4444ccfc0b54ea9444c0484214a3256f7b5e1a7de6

logisticsmtew@gmail.com.Gmail.Headers.mbox:

MD5- ab0881fd3f92198fb874d06970797741
SHA512-
0ccfa40517348db1d0262faeaa686663555c7050575fd3284c48f91472c1e93261b80f3b77ff32be97
03565cb5e7efdf78fb905d958872d4f8a3c01395d868dd

5490350078.AccessLogs.Activity_001.zip:

MD5- b1ccea60667eda91874cff6e66fe4f44
SHA512-
c3d5fc4bf6b9ce6dddb0026a2608e3441a32f528094e8eb6d9a12032cb0a4caf22c16ec381dc040c5d
08dd0ae3a8bff12fdb2a24d8d501a9b94b4155a7fc2242

5490350078.AccessLogs.Devices_001.zip:

MD5- 00eeb256f2e36a2b9ee90790d10a7cb8



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

SHA512-
34c667d9c57385c3d71d3ccd79fd6bf9ba1ab7a6bbf5da3adcafe9decf73d84c12cbacf6ea452adf733
f3282841d8ea957db8f35de616b0a3af2e9b1ab6d0f22

▒▒▒▒▒▒5490350078.GoogleAccount.SubscriberInfo_001.zip:

MD5- 7a18e3983261a4e357049685de5fdbdd
SHA512-
dd2eb4de480f1d4ddc97bfaa6619db580d4d5c673cd37a3f651248bd7d387d4aa7aae4922361a2882
7a4df0e9475a1219bb41a31f267c9edc2527a1eaedb919e

▒▒▒▒▒▒nkedbySMS:SECONDARY.pdf:

MD5- a8c779e67a4f95476cca0b00184a7834
SHA512-
6c0d5521c24b518e47ea1d97f04abce347f5c817aa3d04fd0e6fdd39c5465b0e529fa61cfa4e1c147a
5515af3e2765c9e50f2ee71be006c1c777f2e6ef50f76c

▒▒▒▒▒▒@gmail.com-AccountsLinkedByCookies.txt:

MD5- 00689e81911f16dbf8ab1ae03a4ec388
SHA512-
cec3e14704f2cde73ad01c82f0d99bb8f6c093d0675c9a923e61c8a51dfa151fa08a2304b7adbd83ac
e0d3a5deeb1df518667cce258248e69f4909ca6c578d1c

▒▒▒▒▒▒n@gmail.com.Gmail.Headers.mbox:

MD5- d2eb5eb0007ca909e2c13c67c34081b6
SHA512-
82162c2015b9e35fafce1a5079cb26ab047789ce1c262b26f37344c09a3ab14b3929a9ddee2a59134
ca8034fff57f95a813c476819f57052ba2145be68c81db7

▒▒▒▒▒▒1022501166043.AccessLogs.Activity_001.zip:

MD5- 9b6be25455bd2d9dd26d5bdb554bdcb5
SHA512-
28f9ea1165bb69182159a95bcc94edbfbb035145f6ab642835122b565388da5494fd652e81f9155d4
b00a210d3ff28c32030d425c93297c0596dd73a718fc73c

▒▒▒▒▒▒1022501166043.AccessLogs.Devices_001.zip:

MD5- 5fd19492dfcb40b24905258d2132c0a9
SHA512-
85c26ac6201396bc9a764109386d6d2d743dfa744020df1ec5c5403916c73d06890c6931c124f1c1c
20a3d4710a947efba455d340c30ffd2b8f39a139aa77b47



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

1022501166043.GoogleAccount.SubscriberInfo_001.zip:

MD5- ea540d143afe920dda29144783bdefeb
SHA512-
5b20ffd13f47326f37efeb12e95a35ef552e2889870f352a0e8f8fed56503a2f75f8610a73a56205367
2ec9ce2aef02aa3fba4b343e68a076ee8de8de82000ce

.1022501166043.Preserved.GoogleAccount.SubscriberInfo_001.zip:

MD5- e225f8a6a04ea59d3587e536c4793c1e
SHA512-
7cd78c5b55a7ba7732a71a991401d56a3e6273c00f89f4bb3965a47735090b8e2128ff94bec60d26a
8cfb5770133ba106efe29baecba6daac8b4d8adc7d73895

.LinkedByCreationIP.pdf:

MD5- 71fad3d3fd0ea5f69553f90b2208bec2
SHA512-
0c008b3d0ec62edaacdebd2e2b1c2655befe3c1d6f45a8c546476119b4987daacb756f176adfe60d72
7c338495452bcb3c0f751a5681997b7eccad17d6d98110

.LinkedbySMS:SECONDARY.pdf:

MD5- 4f573666fe079a8dbfa66bf4c22be4a7
SHA512-
702aa9f730db00e2ae1e2fe061a25bbee75ab05f997ece08d838a722a77ff903f7c428dcbddc15a250f
6cb8477bd683b542f81825791c66f634e8915e1d431e8

gmail.com-AccountsLinkedByCookies.txt:

MD5- ef2311a2b92d2dd0a18d093a70eed9ce
SHA512-
a459417a18fcff1495fea9f3873b103a7fe5fe9b58ad168e2de152c43a5f81422d3806fb891a8660772
58f22eb50733a618149c08b70e4e28f63ffd6b9f4bbdb

@gmail.com.Gmail.Headers.mbox:

MD5- aaadd30ce96d7b375d763c37a3049f04
SHA512-
10825142df0df5887fe2ee0c16da6219b81c727104ac66bb13a94bfe4456e6b624237b7af3ac53930
78c7b6bee4bc8871b412c3210cd7a3b26ff3d1bb8d2a930

mtew22.400100357083.AccessLogs.Activity_001.zip:

MD5- ee5cc41060eeb6dc02391a333de4fb32
SHA512-



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

76cdef7f3f4197075b8aa2d66a1924363a63e66fd75001d8629f41168f11fc00803289e5ab443a7b30
5e3013f98f7e98e94611bbf90adec474892c81ee9febd3

mtew22.400100357083.AccessLogs.Devices_001.zip:

MD5- 4cec9bdd576ec33b506d0711598d2af4
SHA512-
be8b6a4b5a3e81391fffee4dd382d3a1a3086c4649ea5138d6e5f32a4e052b4b71c0538cecf76bf59d
6024cf1c5ee57443a71916e1ba3d740e5196a180e6bd18

mtew22.400100357083.GoogleAccount.SubscriberInfo_001.zip:

MD5- 7c7106983b1f8d6823f004da8712f5c2
SHA512-
1333daccec25d2dc8b927b56d7de316bdfd18aa57c37f22b3e4f0da2fbba33ed4e593d636e99c8f94a
d1f6d1b1700dcc44146aed411b06043d0a53b6b490e18e

mtew22.LinkedbySMS:SECONDARY.pdf:

MD5- 2986561aa9504316a439c87e7daf3f4e
SHA512-
3ceefe83550c0590cdbb4dae8ff37b0562c6814e19c1a761accf0c003f9d804a5a8ad3b5056298ec3c
5401d57676e089952fdcf429fbaddbdd7f4500fae13f4e

mtew22@gmail.com-AccountsLinkedByCookies.txt:

MD5- 7949b56adf298676d3c1798538cce1ec
SHA512-
9ca5a764e207951414c5607b5358512e2ea216004ee6ddfe72594071471246004289a4dc7ee797e5
26887977e00b80af6dc12212cf351eaf375efee18851dba4

mtew22@gmail.com.Gmail.Headers.mbox:

MD5- e3b8a546396ace50db582b65e259d897
SHA512-
03d4ee47c41febbb1223adc6f1ae88f324ec79b35eeef94ae13136da21fb855cfd9cf4af1818320587c
80ccaa32644379c46c0ae9258a7d18bacc422f97dae89

tewmichael8.150336040280.AccessLogs.Activity_001.zip:

MD5- 2bf2e47ea2a442273979965ff80bd97b
SHA512-
d13ee504c08e1e05b21522d301d9f958baf9b960f50a0f9c94b1e7ce324cbcdd7167cb5ce873d8cf02
7ae065a8c3b725559dbbf197326b51bd5b2c947e28c5fa

tewmichael8.150336040280.AccessLogs.Devices_001.zip:



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com
www.google.com

MD5- bd4bae82e420a6e6ff57631199d85367
SHA512-
0379c4c71d4f40e120f8b07c046e042ea4f1cf51c9eb71473317a3bd67fb00eff24b47ad27dbeffdcce
420ac73137d922d385305f3376677cf70a6db356e4ca4

tewmichael8.150336040280.GoogleAccount.SubscriberInfo_001.zip:

MD5- 01ad037093e300409dbb45939a213c72
SHA512-
909e66afc78014bb35268f32c302b74e7e4fd6545da6e48f18c8b0c78a6ff7d6b9fa084211929bc440
133f20b7cbadcc7fa4e4374e3b7177fda4ae8fb4216acc

tewmichael8.LinkedbySMS:SECONDARY.pdf:

MD5- e43e0e14d940852a1722efd09639c87c
SHA512-
efffbab14563cea619f53bd83c609686831d8cbe7bb75aff4d5e33fc157275cf136b326f6f05bfd32d2
9f85d45052aa4590e696c8a0c610af6e122d013387a18

tewmichael8@gmail.com-AccountsLinkedByCookies.txt:

MD5- 64553a85f0024f0554ffe765e1db0b93
SHA512-
746bb2ffc5fbf29e3a7f67b52d1b11d0fd043e391363507f03cf82475385dff87948d014b79240956a
2b06f01de33bce53146bbc2e5e6d5eef766e01a50850df

tewmichael8@gmail.com.Gmail.Headers.mbox:

MD5- 40dd7a078c716c81d0b29d363e11da53
SHA512-
ebb6ab20c9cd272114e79f2ffc5123f210b77c1401c0e547f131d4678f3e40c5c0668323be15144ba1
9a33421374aa7dae634a3b9c251d4f7a633f2160222585

tewtrading1979.732457921988.AccessLogs.Activity.zip:

MD5- dacb18ceb46c08c7693bd6bedfd92ca6
SHA512-
633245283cb4dba770af175c606c7aad7c12c2d41362e471dd87b7d9e6dfddb5546696233f7f82373
cf94b237987bcd9346678dbbc01b7b3f3f35d9689be61ba

tewtrading1979.732457921988.AccessLogs.Devices.zip:

MD5- 537c6a6b514c73387697113d0dfb7bea
SHA512-
19c8f40e3d1cd20d8af3f9959a38775f1e51eea92c268008fd5fdc5ad077e58999a06c228b95b480e4



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

5f09b404d6972c9da3668dd23dc26195c033f8202008c3

tewtrading1979.732457921988.GoogleAccount.SubscriberInfo_001.zip:

MD5- eb303d3435ab8c6da05abb0fe0e16194
SHA512-
bf518d31b8360d17520d154a94013003e2f61868a864dc8135ad4387963dae0a16d58e4647454f1e
5a3f4f5973aaeee7a7ea008244d47c6fc7caee46f57863ea

tewtrading1979.LinkedbySMS:SECONDARY.pdf:

MD5- 6b090147588e6a9b8a4f4926add9fd24
SHA512-
c009e6bddc24cfc7c51a5dabd6a4950e759530c28eda6945d21fe642bb803ebb851009d8d78911f11
521dee751405af71c1a4c3a97c6743d20eb93b19bd580de

tewtrading1979@gmail.com-AccountsLinkedByCookies.txt:

MD5- 5b9a25103e5ab37ae0d3877a1db2b1f1
SHA512-
0f162f3ef22bde681ed76a3f10ad1c164809a0558c411b470049968aa77682f48e62a5b491769a26d
89774444c3ee01aeff3fe2ab9cffb86f2c5c998c9ea23b2

tewtrading1979@gmail.com.Gmail.Headers.mbox:

MD5- cd008162532ad904480a328c349604d6
SHA512-
898e245aa4ac54aa000839d742695e8063617725e86ad33109ef001a2b4534c3f292d568e2cfa9e0f
07eb61e06e3b33dc9fc2d2852ff03024c30baf5d82965a9

91304389570.AccessLogs.Activity_001.zip:

MD5- 160997e221782562dafb1d63259ecb97
SHA512-
59dadb467bb2c6b073df5b24a581e0068f0ccf19b1e66770d02fb0c2e2c471c8c4db547dbb1d94f97
431bdeade023aba597551056441105b131b5221ae0c39e8

91304389570.AccessLogs.Devices_001.zip:

MD5- 0294b989f53eaea36e2f14ad1357b7c6
SHA512-
d80cc72b94a5587b62558f8f8bc3ab8ec29947915a22525efd2b0aa4166126086934c5c843a5014cf
04602070fd88ca63e1cd7686868d890ff3cb7c13d97b875

691304389570.GoogleAccount.SubscriberInfo_001.zip:



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

MD5- 28df9ee5774d42419dbab65e07fb640e
SHA512-
08a381af739e909b3e89a7eb768e157818f8ce80910e0378e12ace4e5ad8866cf5726adecddb34891
0fd8ab91099fd7be00e79ee03a7e0bff09e71cabd7e7667

LinkedByCreationIP.pdf:

MD5- 06e325805851193121dd0fb6fb6de989
SHA512-
e503a47f6c415d8514d87a9679bd68b6ab6a11ef97a7149d2346f4dede21e00e5d8e2f199930ec1f5
149344a05e89309f6ba942ef83e7791a8f30c6f06b2a242

LinkedbySMS:SECONDARY.pdf:

MD5- e6dfbad8a75f81ed3836afe20d6ed7aa
SHA512-
0cde048e793cd223e09403e8f3eccce310f23b8210534568c32e293c3d568c74726393e41422fb39ce
5cf2b2ff5963950469ba62cd7bd20ef2b815f45ac2a83bc

@gmail.com-AccountsLinkedByCookies.txt:

MD5- e1d37adfde0e158d2fe25dc2f1b527b3
SHA512-
12956fbfe97c86e73a698c8668229c4d0a96a8624050ad4f786310c630f63ededcde9f3cb742ae3e16
54cea9c6bd6a39c7284804ec6369cafb784d98f8add183

@gmail.com.Gmail.Headers.mbox:

MD5- 71033301d22e34abb29e543915d2258b
SHA512-
e4527bebbbd7c6e812948989023055227ae963cef60a5333031dd24644855e57689a118554a8e3ae
1c82ac380f83a0e866a083ef9e84d1e37c23c424e1c69fd4

vtleycap.860166573900.AccessLogs.Activity_001.zip:

MD5- 6bfb96e7bf9ba1a10ac3d448245b9f29
SHA512-
cd4ddbb220e02acbab6f6efd7b3f3c1ad89c9dd3539f18a560c8d8f7a3d870d2ddc0bdac7d6c2267a3
eeed38a5fb29711e4f20dbdda26db544266f988eadbc3c

vtleycap.860166573900.AccessLogs.Devices_001.zip:

MD5- ef9a79da3cd0efcb21e0bb03a572448f
SHA512-
68015cd92f61547c2268c7ca9f4730c8c64e7307ceb832751b65f465a1f1eb8a6a9384548b2011776
e0e07c048a354b4773a8777d9c4c8552c12e3e1745fa2d5



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

vtleycap.860166573900.GoogleAccount.SubscriberInfo_001.zip:

MD5- 209946c100334e6235857b2a7b10e366
SHA512-
8d031c396cb6deebb706499e8390ac49d12d7255a6531c4a9488690c71ccb25856b69d944a2c2b06
1ce7f0952e0909b046a04541cb2207c379f7173e3b2521e6

vtleycap.LinkedByCreationIP.pdf:

MD5- 1381c3c7831cd8cbe530a7c6c3ef62d5
SHA512-
3e1a46ded49080453dc5fe445bebe974628a739e3156f224f0dbd0ede9e55f7bb883efaec7fbf1f8353
18896466ca4c5dd2e7c823057665493fc09ae5259f14b

vtleycap.LinkedbySMS:SECONDARY.pdf:

MD5- 6b0edc11ec1a20aa11ee06434feb8608
SHA512-
f756bad7797b9fcc49491945029f82fa9545a7a46c172b9ae5096dfaef340b736fe01c60dca026bba8
e86151ce284dbac083d96919bb86dc2f4abab92d51555a

vtleycap@gmail.com-AccountsLinkedByCookies.txt:

MD5- 7aeaddc9f2cddade83f8a40e047dbbf4
SHA512-
ae555d3380cbf82ca46ef30c54c7434deb3b50ad47485f5c218f3589899da3a5fe4d739b74e9a10079
3067527a18bdf6716c6325c77300c4865970fdcb7e02ab

vtleycap@gmail.com.Gmail.Headers.mbox:

MD5- 0ce1bf13f4fa7066287f7b64f0611141
SHA512-
79b751cc6979550e3ca28c17ff32d5085e787b084b0f29fd644c74d9c424c16d1e72833ba938debc8
81f49bb15e160b7574e1545459c79f6b2c343fd91b67534



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

07/23/20

Special Agent Lisa Palmer
Department of the Treasury, IRS-CI
1999 Broadway, 27th Floor
Denver, CO 80202

### Re: 2703(d) Order or Equivalent dated July 10, 2020 (Google Ref. No. 3855397)

Dear Special Agent Palmer:

Pursuant to the 2703(d) Order or Equivalent issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq.

Accompanying this letter is responsive information to the extent reasonably accessible from our system associated with the Google account(s), ███████████████████████████████████████████████████████████████████, as specified in the 2703(d) Order or Equivalent. We have also included a signed Certificate of Authenticity which includes a list of hash values that correspond to each file contained in the production. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values. To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

Pursuant to your request for related Google account(s) linked by creation IP address, contained in this production is responsive data pertaining to the active Google account(s) that accepted the Terms of Service using the same IP address as *VTLEYCAP, MIKEMORA9, KIMBERLEY.VERTANEN, VERTANEN* within +/- 8 days of the Terms of Service acceptance date.

Pursuant to your request for related Google account(s) linked by creation IP address, we did not find any responsive records of active Google account(s) that accepted the Terms of Service using the same IP address as ████████████████████████████████████████████████ within +/- 8 days of the Terms of Service acceptance date.

Please note that Google Pay service data is under the control of Google Payment Corporation. Any request for such data must be specifically addressed to Google Payment Corporation and can be served through the email address googlepayments@google.com.

For a Google Custodian of Records, we will require a subpoena and confirmation from you of the time and date of the appearance, the scope of testimony, any Google Reference Number(s) associated with the case, and the travel for the appearance at least one week in



GOVERNMENT
EXHIBIT
20-cr-00305-DDD
1124



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

advance in order to identify, make the appropriate plans for, and prepare a custodian for trial.

Finally, in accordance with Section 2706 of the Electronic Communications Privacy Act, Google may request reimbursement for reasonable costs incurred in processing your request.

Regards,

Nikki Adeli
Google Legal Investigations Support

ORD_00019978



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

## CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.      I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.      I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.      Google provides Internet-based services.

4.      Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, with Google Ref. No. 3855397
("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the 2703(d) Order or Equivalent.

5.      The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.      The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result. The accuracy of Google's electronic process and system is regularly verified by Google.

7.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s  Nikki Adeli_____              Date: 07/23/20
(Signature of Records Custodian)


      Nikki Adeli
(Name of Records Custodian)



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

## Attachment A: Hash Values for Production Files (Google Ref. No. 3855397)

▮▮▮▮▮▮▮▮07074630458.AccessLogs.Activity_001.zip:

MD5- 5c1c122a07eeb93bc2276c6186afea3a
SHA512-
591afe597a592fa7b9fe3b647a3f311ae2950bc673a00f49d79b8b2c699a7857a773acd9bd01b2f0fc
50fe7b9ad9b35ff9b82c9341ec3df6b57232798e1518ce

▮▮▮▮▮▮▮07074630458.AccessLogs.Devices_001.zip:

MD5- 9ac023691c14975db67ea2e5bb982d8e
SHA512-
6640b5ed3e88fc4184eafe97d8059919b8856f9567e8368afb6bbff5df9004a62b83af74cf6431d334
7690d5e33f9377da06ecad2b654ec674823655dc7d57ea

▮▮▮▮▮▮▮▮907074630458.GoogleAccount.SubscriberInfo_001.zip:

MD5- c3c0fabb8c94108883d769cf347a44d5
SHA512-
af5c895f01ad3c91bc0e502ccbc9f9642ea54845cbd8af351acf2a1eb138fad8c4f18a03d95c36b17c9
5d7c6aff79fd709d65c751bc65d0177c4ac0a5139c3f2

▮▮▮▮▮▮▮.LinkedbySMS:SECONDARY.pdf:

MD5- f08a9757ed5b6cdf207985e66fa57a99
SHA512-
378546e4baec301ba9c3720dfd2a4e75da8711ec15c8218fd77745d2587c033672760689161e2749
8fa23d4288676e36742b1908723c79716bbde8d79242dc25

▮▮▮▮▮▮▮@gmail.com-AccountsLinkedByCookies.txt:

MD5- af7a874dc732a1397c4af90439cde18f
SHA512-
53c0cc184eaff1b74ac79b8b8af5fdeaa18f55196bdf740bfeac37defefa947ee17bb9c2b2364ea37b74
c5358acd2a0bbe9aa6ac994d2257db7fafda23fc75b7

▮▮▮▮▮▮ts@gmail.com.Gmail.Headers.mbox:

MD5- 4622d7b9bc01dfe5951907a8a113eab7
SHA512-
98a2bc1463e7586077155b3a0f6bedbb477047818b6f5f5f26d703280a5755b39c754b63ac00ec032
e0f97c052dd5fb11c45d2c4ac19d221f06c58eb70fefefa

▮▮▮▮▮▮.181362297242.AccessLogs.Activity_001.zip:



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

MD5- 2636c2095b933455ef995d71d81e1f36
SHA512-
3fdf55a441f50d8514c477899fe24e1d0efea363d5aa906b10e8b6eecba183585358196d0ff4636519
4449e58d38cfa335447a1878a33dca93dbd82b89e0a44a

181362297242.AccessLogs.Devices_001.zip:

MD5- 3ae9b538d8a3483eee8d79e87df52672
SHA512-
c200789e9b7a6763dda690e7a559250097612efb4ec342ad405ec6c18f713a6ee1e8fe3eef61af266af
2f49896df3a5d62e1f136df8fe27ef762e10e74ef55f1

.181362297242.GoogleAccount.SubscriberInfo_001.zip:

MD5- b48391252b83d304a42990e56e8dbe28
SHA512-
e588a2eb39661adf8cfe8e22d8ed61b3b5f775a080503a6115af655b50524776a8483f665f7faab1ba
cda2aca9ca55f303324bb7d2afb8982e58ef29354f2b17

nkedbySMS:SECONDARY.pdf:

MD5- 8984ab88dd56d6a4da148b13fa893ecb
SHA512-
fcf206fcbb74e22e0702e840f527b92c9040548f59ec8e23d29e9bff55a1b8a9b1747cd4e7c7054ab0
af515375da4747b53bac6e1e01c2baaf1e22b53a92eb5b

@gmail.com.Gmail.Headers.mbox:

MD5- 66b624500f955dfb08e4016c13fd0c8d
SHA512-
44ffe274c0ea53bdafcbe1a8ad03a40c030d0c344b233d0aa68cb9f395f6be810b1e29879830d4c0c7
54fb6bd9d9c833d6d13058850a02703ad9814de51a90a7

.142498606088.AccessLogs.Activity_001.zip:

MD5- b090b56ab382ba8e56bab6da150305ba
SHA512-
09a80f840334b8359ec5f34cb7fbb352ceb67a29adecb9fa0b747311ef12f12fbf3221c2b93d8bc1a7c
62b39e5dcebe49a2bc129d124d6c2f0e46a4d6cc41cd3

.142498606088.AccessLogs.Devices_001.zip:

MD5- f57c12894f5bde7d4715638b119e7424
SHA512-
755a162bfc66ceb89b2838e83d91147c43bb63565f1bfbe0952e90a0e62fe5593f22da2d14e89e42b



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

85ad8192c6f1788bfbc6828d2b9950542b2d9bc4ee80084

142498606088.GoogleAccount.SubscriberInfo_001.zip:

MD5- 562d5d5b962740df39d1892d76294059
SHA512-
6474f4683308081272a5f91daf52042f7cf8c8ceb8edae57108c96dc6a63c0d657c8d72cae4c78aa96
f7feb0c089264397328d951602b0f215a24004dcca432f

.142498606088.Preserved.GoogleAccount.SubscriberInfo_001.zip:

MD5- 96e58a83a45cd323c8f53a13f02295f8
SHA512-
c12e3ec0c6fd7ce49fedaaa851f018593544404c25a9e00a09d3244f0ad9483ca9fcff5abd5db7aa936
41d08a7737612539c382b826743c46c5edc05e97a4c3d

LinkedbySMS:SECONDARY.pdf:

MD5- 39d75a81f085a18ca3c38d3b8f69707a
SHA512-
df77b281af2784cbd86c124b217422c7bc50aa4bca7ed7b08573391b50390fec0c7244fdf74714bdfc
dcc75366e7c795c3093a4451a2f3d4cd6c324bb8c82a69

a@gmail.com-AccountsLinkedByCookies.txt:

MD5- 3e01da7ca6ad818a53372f96e1426704
SHA512-
c70242a32de0aa845510ca9b8c702044b14c03f82a4e5440d4b539572866ac3ed6dd164fd67c4e53c
325a334b17cd82b490c30879adb4f01d676992d1cb87c33

a@gmail.com.Gmail.Headers.mbox:

MD5- 375014734bba4e3dab1b44bb81d69559
SHA512-
414c34f05408a53955c0566d9d914e2d9598e18564a2cd1d40c895ac7b1b765f09389156f322c84af
65ac366a8620b064b9104c309179001ff905eeff87dc9fe

kimberley.vertanen.187617782533.AccessLogs.Activity_001.zip:

MD5- 814911e95f77ac5e9f1fa4680825b0d2
SHA512-
e688041edf5f6937bb36ffdd6e30ac1acecba4edd24e464f9cd4b9fe4cf5feb1b57a036802264699931
304dd4d9c463bc2f0198cfce54622a7cb4026bf4f7f30

kimberley.vertanen.187617782533.AccessLogs.Devices_001.zip:

ORD_00019982



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

MD5- e1b4dca8752144473270ac0df8feb7d5
SHA512-
4b7f8d39cd268f7a8f31b4857971c2c7487cf4d9e975505029fed7a7951a44f3526c2589339fd06351
b1225a83bd427ebbc834c9dfddec8d7349e3853a2f0acd

kimberley.vertanen.187617782533.GoogleAccount.SubscriberInfo_001.zip:

MD5- 4ff7ed29f58986545aa5b9d7dfbb0c6e
SHA512-
f1f36fa78c69a1330a617cd356b596e8bac96bf7c88539af6c75f5f1ca60291aa6a66d480a94c89078
2d59885f0e1a034729b96b21afe9e165157a1ec1798bcf

kimberley.vertanen.LinkedByCreationIP.pdf:

MD5- c302fbf7b703d3faaa5770b083ca3986
SHA512-
f08ab2d3b4f0cb2693034958dffb2e9e9c31d42a7cff4760384f6fb6b2e2e47f405e8a69b0437da822
454b8e76c4dc91e1b2012a9358189910c2fee940b9457e

kimberley.vertanen.LinkedbySMS:SECONDARY.pdf:

MD5- 4fbabfc15da90fd41c1ad31cd1dfdf9e
SHA512-
a30ba0e872ae5ca4290a90633e31b824808adc448e084469d61d10b43515c8d5438de789389c9a08
c325aad2b2f902fc0678a0a3c130460daf340c4310443a60

kimberley.vertanen@gmail.com-AccountsLinkedByCookies.txt:

MD5- 385cca1b9b4f4287da06bb2cbb79303c
SHA512-
ef029fb1bd1f1738a83a2681fb8cbe6a1ec3abe301a2587d3ede474f513453a11bf31de24d9600fdb9
c78f82b42ff56556f2043b3318e7f8604cd6aba6e6925d

kimberley.vertanen@gmail.com.Gmail.Headers.mbox:

MD5- 952c1e5761528247dbab650105fb2aca
SHA512-
1a70548dfb02de509c52da7e7a4b50310946acaaf2c235a1cb5a17a24b1cfdc6ea12eaed0d87587bc3
38022aaff0c73f19ed1f9ef6ad57990fc6b47550d3372a

logisticsmtew.1030836592998.AccessLogs.Activity.zip:

MD5- a3a22f586b041dd3953af98a11a4cca0
SHA512-
82499e7f6cb1154529c83d3abf68b5d89ce14af4adce3a952b5de2110dc2def57a01bf6b3b34f6ea11
dae2feecc5d7a163dcd244af625b01b3ad18b66fa43a01



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

logisticsmtew.1030836592998.AccessLogs.Devices.zip:

MD5- 11b1188b0013a92c7b392d99e58c9b56
SHA512-
7729004ed1b22ac213ef3fe74d2424ff0922f52ee5436d26002533ba60bf9092ba61783768a656615
d5c12db42134dea0cfe7657e9f4f5819c9a8c7fd7e7648d

logisticsmtew.1030836592998.GoogleAccount.SubscriberInfo_001.zip:

MD5- cbd3c8029ddea74e4c66a2c71f067c72
SHA512-
1ba67a4d968eb234168ad3df655e15f5034c0589f7e61fb8eb67dc8bf4de0c937b780ccd80ffd905d0
05a2985a1f327a3a59ca21ff3b179894c05eb8c5eddf75

logisticsmtew.LinkedbySMS:SECONDARY.pdf:

MD5- 567afdc4690dfda8e5b39ac41bb56687
SHA512-
7017a3c53f91885b3fc50006458f5dab106c00b2da6f46a9217009bcd6cdcb211f79830be0e73831d
6207138cce2073f8d969b251dbb73ec7555dc849c34dcbb

logisticsmtew@gmail.com-AccountsLinkedByCookies.txt:

MD5- 864ee778aa20654a407384cb6b9859ad
SHA512-
dfbeef13e32a8ca7be4d3cf5ab009ba6fe524102281c4c1dca96438bf58d67f799ef4d4f6c5d1e54ffe0
0c4444ccfc0b54ea9444c0484214a3256f7b5e1a7de6

logisticsmtew@gmail.com.Gmail.Headers.mbox:

MD5- ab0881fd3f92198fb874d06970797741
SHA512-
0ccfa40517348db1d0262faeaa686663555c7050575fd3284c48f91472c1e93261b80f3b77ff32be97
03565cb5e7efdf78fb905d958872d4f8a3c01395d868dd

5490350078.AccessLogs.Activity_001.zip:

MD5- b1ceea60667eda91874eff6e66fc4f44
SHA512-
c3d5fc4bf6b9ce6dddb0026a2608e3441a32f528094e8eb6d9a12032cb0a4caf22c16ec381dc040c5d
08dd0ae3a8bff12fdb2a24d8d501a9b94b4155a7fc2242

5490350078.AccessLogs.Devices_001.zip:

MD5- 00eeb256f2c36a2b9ee90790d10a7cb8



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

SHA512-
34e667d9c57385e3d71d3ccd79fd6bf9ba1ab7a6bbf5da3adcafe9decf73d84c12cbacf6ea452adf733
f3282841d8ea957db8f35de616b0a3af2e9b1ab6d0f22

5490350078.GoogleAccount.SubscriberInfo_001.zip:

MD5- 7a18e3983261a4e357049685de5fdbdd
SHA512-
dd2eb4de480f1d4ddc97bfaa6619db580d4d5c673cd37a3f651248bd7d387d4aa7aae4922361a2882
7a4df0e9475a1219bb41a31f267c9edc2527a1eaedb919e

LinkedbySMS:SECONDARY.pdf:

MD5- a8c779e67a4f95476cca0b00184a7834
SHA512-
6c0d5521c24b518e47ea1d97f04abce347f5c817aa3d04fd0e6fdd39c5465b0e529fa61cfa4e1c147a
5515af3e2765c9e50f2ee71be006c1c777f2e6ef50f76c

@gmail.com-AccountsLinkedByCookies.txt:

MD5- 00689e81911f16dbf8ab1ae03a4ec388
SHA512-
cec3e14704f2cde73ad01c82f0d99bb8f6c093d0675c9a923c61c8a51dfa151fa08a2304b7adbd83ac
e0d3a5deeb1df518667cce258248e69f4909ca6c578d1c

@gmail.com.Gmail.Headers.mbox:

MD5- d2eb5eb0007ca909e2c13c67c34081b6
SHA512-
82162c2015b9e35fafce1a5079cb26ab047789ce1c262b26f37344c09a3ab14b3929a9ddee2a59134
ca8034fff57f95a813c476819f57052ba2145be68c81db7

1022501166043.AccessLogs.Activity_001.zip:

MD5- 9b6be25455bd2d9dd26d5bdb554bdcb5
SHA512-
28f9ea1165bb69182159a95bcc94edbfbb035145f6ab642835122b565388da5494fd652e81f9155d4
b00a210d3ff28c32030d425c93297c0596dd73a718fc73c

022501166043.AccessLogs.Devices_001.zip:

MD5- 5fd19492dfcb40b24905258d2132c0a9
SHA512-
85c26ac6201396bc9a764109386d6d2d743dfa744020df1ec5c5403916c73d06890c6931c124f1c1c
20a3d4710a947efba455d340c30ffd2b8f39a139aa77b47



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

022501166043.GoogleAccount.SubscriberInfo_001.zip:

MD5- ea540d143afe920dda29144783bdefeb
SHA512-
5b20ffd13f47326f37cfeb12e95a35ef552e2889870f352a0e8f8fcd56503a2f75f8610a73a56205367
2ee9ce2aef02aa3fba4b343e68a076ee8de8de82000ce

.1022501166043.Preserved.GoogleAccount.SubscriberInfo_001.zip:

MD5- e225f8a6a04ea59d3587e536c4793c1e
SHA512-
7cd78c5b55a7ba7732a71a991401d56a3e6273c00f89f4bb3965a47735090b8e2128ff94bec60d26a
8cfb5770133ba106efe29baecba6daac8b4d8adc7d73895

.LinkedByCreationIP.pdf:

MD5- 71fad3d3fd0ea5f69553f90b2208bec2
SHA512-
0c008b3d0ec62edaacdebd2e2b1c2655befc3c1d6f45a8c546476119b4987daacb756f176adfe60d72
7c338495452bcb3c0f751a5681997b7eccad17d6d98110

inkedbySMS:SECONDARY.pdf:

MD5- 4f573666fe079a8dbfa66bf4c22be4a7
SHA512-
702aa9f730db00e2ae1e2fe061a25bbee75ab05f997cce08d838a722a77ff903f7c428dcbddc15a250f
6cb8477bd683b542f81825791c66f634e8915e1d431e8

@gmail.com-AccountsLinkedByCookies.txt:

MD5- ef2311a2b92d2dd0a18d093a70eed9cc
SHA512-
a459417a18fcff1495fea9f3873b103a7fe5fe9b58ad168e2de152c43a5f81422d3806fb891a8660772
58f22eb50733a618149c08b70e4e28f63ffd6b9f4bbdb

@gmail.com.Gmail.Headers.mbox:

MD5- aaadd30ce96d7b375d763c37a3049f04
SHA512-
10825142df0df5887fe2ee0c16da6219b81c727104ac66bb13a94bfe4456e6b624237b7af3ac53930
78c7b6bee4bc8871b412c3210cd7a3b26ff3d1bb8d2a930

mtcw22.400100357083.AccessLogs.Activity_001.zip:

MD5- ee5cc41060eeb6dc02391a333de4fb32
SHA512-



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com
www.google.com

76cdef7f3f4197075b8aa2d66a1924363a63e66fd75001d8629f41168f11fc00803289e5ab443a7b30
5e3013f98f7e98e94611bbf90adec474892c81ee9febd3

mtew22.400100357083.AccessLogs.Devices_001.zip:

MD5- 4cec9bdd576ec33b506d0711598d2af4
SHA512-
be8b6a4b5a3e81391fffee4dd382d3a1a3086c4649ea5138d6e5f32a4e052b4b71c0538cecf76bf59d
6024cf1c5ee57443a71916e1ba3d740e5196a180e6bd18

mtew22.400100357083.GoogleAccount.SubscriberInfo_001.zip:

MD5- 7c7106983b1f8d6823f004da8712f5c2
SHA512-
1333daccec25d2dc8b927b56d7de316bdfd18aa57c37f22b3e4f0da2fbba33ed4e593d636e99c8f94a
d1f6d1b1700dcc44146aed411b06043d0a53b6b490e18e

mtew22.LinkedbySMS:SECONDARY.pdf:

MD5- 2986561aa9504316a439c87e7daf3f4e
SHA512-
3ceefe83550c0590cdbb4dae8ff37b0562c6814e19c1a761accf0c003f9d804a5a8ad3b5056298ec3c
5401d57676e089952fdcf429fbaddbdd7f4500fae13f4e

mtew22@gmail.com-AccountsLinkedByCookies.txt:

MD5- 7949b56adf298676d3c1798538cce1ec
SHA512-
9ca5a764e207951414c5607b5358512e2ea216004ee6ddfe72594071471246004289a4dc7ee797e5
26887977e00b80af6dc12212cf351eaf375efee18851dba4

mtew22@gmail.com.Gmail.Headers.mbox:

MD5- e3b8a546396ace50db582b65e259d897
SHA512-
03d4ee47c41febbb1223adc6f1ae88f324ec79b35eeef94ae13136da21fb855cfd9cf4af1818320587c
80ccaa32644379c46c0ae9258a7d18bacc422f97dae89

tewmichael8.150336040280.AccessLogs.Activity_001.zip:

MD5- 2bf2e47ea2a442273979965ff80bd97b
SHA512-
d13ee504c08e1e05b21522d301d9f958baf9b960f50a0f9c94b1e7ce324cbcdd7167cb5ce873d8cf02
7ae065a8c3b725559dbbf197326b51bd5b2c947e28c5fa

tewmichael8.150336040280.AccessLogs.Devices_001.zip:



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

MD5- bd4bae82e420a6e6ff57631199d85367
SHA512-
0379c4c71d4f40e120f8b07c046e042ea4f1cf51c9eb71473317a3bd67fb00eff24b47ad27dbeffdcce
420ac73137d922d385305f3376677cf70a6db356e4ca4

tewmichael8.150336040280.GoogleAccount.SubscriberInfo_001.zip:

MD5- 01ad037093e300409dbb45939a213c72
SHA512-
909e66afc78014bb35268f32c302b74e7e4fd6545da6e48f18c8b0c78a6ff7d6b9fa084211929bc440
133f20b7cbadcc7fa4e4374e3b7177fda4ae8fb4216acc

tewmichael8.LinkedbySMS:SECONDARY.pdf:

MD5- e43e0e14d940852a1722efd09639c87c
SHA512-
efffbab14563cea619f53bd83c609686831d8cbe7bb75aff4d5e33fc157275cf136b326f6f05bfd32d2
9f85d45052aa4590e696c8a0c610af6e122d013387a18

tewmichael8@gmail.com-AccountsLinkedByCookies.txt:

MD5- 64553a85f0024f0554ffe765e1db0b93
SHA512-
746bb2ffc5fbf29e3a7f67b52d1b11d0fd043e391363507f03cf82475385dff87948d014b79240956a
2b06f01de33bce53146bbc2e5e6d5eef766e01a50850df

tewmichael8@gmail.com.Gmail.Headers.mbox:

MD5- 40dd7a078c716c81d0b29d363e11da53
SHA512-
ebb6ab20c9cd272114e79f2ffc5123f210b77c1401c0e547f131d4678f3e40c5c0668323be15144ba1
9a33421374aa7dae634a3b9c251d4f7a633f2160222585

tewtrading1979.732457921988.AccessLogs.Activity.zip:

MD5- dacb18ceb46c08c7693bd6bedfd92ca6
SHA512-
633245283cb4dba770af175c606c7aad7c12c2d41362e471dd87b7d9e6dfddb5546696233f7f82373
cf94b237987bcd9346678dbbc01b7b3f3f35d9689be61ba

tewtrading1979.732457921988.AccessLogs.Devices.zip:

MD5- 537c6a6b514c73387697113d0dfb7bea
SHA512-
19c8f40e3d1cd20d8af3f9959a38775f1e51eea92c268008fd5fdc5ad077e58999a06c228b95b480e4



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com
www.google.com

5f09b404d6972c9da3668dd23dc26195c033f8202008c3

tewtrading1979.732457921988.GoogleAccount.SubscriberInfo_001.zip:

MD5- eb303d3435ab8c6da05abb0fe0e16194
SHA512-
bf518d31b8360d17520d154a94013003e2f61868a864dc8135ad4387963dae0a16d58e4647454f1e
5a3f4f5973aaeee7a7ea008244d47c6fc7cace46f57863ea

tewtrading1979.LinkedbySMS:SECONDARY.pdf:

MD5- 6b090147588e6a9b8a4f4926add9fd24
SHA512-
c009e6bddc24cfc7c51a5dabd6a4950e759530c28eda6945d21fe642bb803ebb851009d8d78911f11
521dce751405af71c1a4c3a97c6743d20cb93b19bd580de

tewtrading1979@gmail.com-AccountsLinkedByCookies.txt:

MD5- 5b9a25103c5ab37ae0d3877a1db2b1f1
SHA512-
0f162f3ef22bde681ed76a3f10ad1c164809a0558c411b470049968aa77682f48e62a5b491769a26d
89774444c3ee01aeff3fe2ab9cffb86f2c5c998c9ea23b2

tewtrading1979@gmail.com.Gmail.Headers.mbox:

MD5- cd008162532ad904480a328c349604d6
SHA512-
898e245aa4ac54aa000839d742695e8063617725e86ad33109ef001a2b4534c3f292d568e2cfa9e0f
07cb61e06e3b33dc9fc2d2852ff03024c30baf5d82965a9

91304389570.AccessLogs.Activity_001.zip:

MD5- 160997e221782562dafb1d63259ecb97
SHA512-
59dadb467bb2c6b073df5b24a581e0068f0ecf19b1e66770d02fb0c2c2c471c8c4db547dbb1d94f97
431bdeade023aba597551056441105b131b5221ae0e39e8

.691304389570.AccessLogs.Devices_001.zip:

MD5- 0294b989f53eaea36e2f14ad1357b7c6
SHA512-
d80cc72b94a5587b62558f8f8bc3ab8ec29947915a22525efd2b0aa4166126086934c5c843a5014cf
04602070fd88ca63c1cd7686868d890ff3cb7c13d97b875

691304389570.GoogleAccount.SubscriberInfo_001.zip:

ORD_00019989



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

MD5- 28df9ee5774d42419dbab65e07fb640e
SHA512-
08a381af739c909b3c89a7eb768e157818f8ce80910e0378c12ace4c5ad8866cf5726adecddb34891
0fd8ab91099fd7bc00e79ee03a7e0bff09c71cabd7e7667

_____ .LinkedByCreationIP.pdf:

MD5- 06e325805851193121dd0fb6fb6de989
SHA512-
e503a47f6c415d8514d87a9679bd68b6ab6a11ef97a7149d2346f4dede21e00e5d8c2f199930ec1f5
149344a05e89309f6ba942ef83e7791a8f30c6f06b2a242

_____ inkedbySMS:SECONDARY.pdf:

MD5- c6dfbad8a75f81ed3836afe20d6cd7aa
SHA512-
0cde048e793cd223e09403e8f3cece310f23b8210534568c32e293c3d568c74726393e41422fb39ce
5cf2b2ff5963950469ba62cd7bd20ef2b815f45ac2a83bc

_____ @gmail.com-AccountsLinkedByCookies.txt:

MD5- e1d37adfdc0e158d2fe25dc2f1b527b3
SHA512-
12956fbfe97c86e73a698c8668229c4d0a96a8624050ad4f786310c630f63ededcde9f3cb742ac3e16
54cea9c6bd6a39c7284804ec6369cafb784d98f8add183

_____ @gmail.com.Gmail.Headers.mbox:

MD5- 71033301d22c34abb29e543915d2258b
SHA512-
e4527bebbbd7c6e812948989023055227ae963cef60a5333031dd24644855e57689a118554a8e3ae
1c82ac380f83a0e866a083ef9e84d1c37c23c424e1c69fd4

vtleycap.860166573900.AccessLogs.Activity_001.zip:

MD5- 6bfb96c7bf9ba1a10ac3d448245b9f29
SHA512-
cd4ddbb220e02acbab6f6efd7b3f3c1ad89c9dd3539f18a560c8d8f7a3d870d2ddc0bdac7d6c2267a3
eecd38a5fb29711e4f20dbdda26db544266f988eadbc3c

vtleycap.860166573900.AccessLogs.Devices_001.zip:

MD5- ef9a79da3cd0efcb21e0bb03a572448f
SHA512-
68015cd92f61547c2268c7ca9f4730c8c64e7307ceb832751b65f465a1f1eb8a6a9384548b2011776
e0e07c048a354b4773a8777d9c4c8552c12e3e1745fa2d5



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

vtleycap.860166573900.GoogleAccount.SubscriberInfo_001.zip:

MD5- 209946c100334e6235857b2a7b10e366
SHA512-
8d031c396cb6deebb706499e8390ac49d12d7255a6531c4a9488690c71ccb25856b69d944a2c2b06
1ce7f0952e0909b046a04541cb2207c379f7173e3b2521e6

vtleycap.LinkedByCreationIP.pdf:

MD5- 1381c3e7831cd8cbe530a7c6c3ef62d5
SHA512-
3e1a46ded49080453dc5fe445bebe974628a739e3156f224f0dbd0ede9e55f7bb883efaec7fbf1f8353
18896466ca4c5dd2e7c823057665493fc09ae5259f14b

vtleycap.LinkedbySMS:SECONDARY.pdf:

MD5- 6b0edc11ec1a20aa11ee06434feb8608
SHA512-
f756bad7797b9fcc49491945029f82fa9545a7a46c172b9ae5096dfaef340b736fe01c60dca026bba8
e86151ce284dbac083d96919bb86dc2f4abab92d51555a

vtleycap@gmail.com-AccountsLinkedByCookies.txt:

MD5- 7aeaddc9f2cddade83f8a40e047dbbf4
SHA512-
ae555d3380cbf82ca46ef30c54c7434deb3b50ad47485f5c218f3589899da3a5fe4d739b74e9a10079
3067527a18bdf6716c6325c77300c4865970fdcb7e02ab

vtleycap@gmail.com.Gmail.Headers.mbox:

MD5- 0ce1bf13f4fa7066287f7b64f0611141
SHA512-
79b751cc6979550e3ca28c17ff32d5085e787b084b0f29fd644c74d9c424c16d1e72833ba938debc8
81f49bb15e160b7574e1545459c79f6b2c343fd91b67534



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

December 8, 2020

Special Agent Lisa Palmer
Department of the Treasury, IRS-CI
1999 Broadway, 27th Floor
Denver, CO 80202

> **Re: 2703(d) Order or Equivalent dated September 24, 2020 (Google Ref. No. 4061966)**
> *19R976*

Dear Special Agent Palmer:

Pursuant to the 2703(d) Order or Equivalent issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq.

Accompanying this letter is responsive information to the extent reasonably accessible from our system associated with the Google account(s), *+14693190152, UNICORNKT1981@GMAIL.COM*, as specified in the 2703(d) Order or Equivalent. We have also included a signed Certificate of Authenticity which includes a list of hash values that correspond to each file contained in the production. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values. To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

Please note that Google Pay service data is under the control of Google Payment Corporation. Any request for such data must be specifically addressed to Google Payment Corporation and can be served through the email address googlepayments@google.com.

For a Google Custodian of Records, we will require a subpoena and confirmation from you of the time and date of the appearance, the scope of testimony, any Google Reference Number(s) associated with the case, and the travel for the appearance at least one week in advance in order to identify, make the appropriate plans for, and prepare a custodian for trial.

Finally, in accordance with Section 2706 of the Electronic Communications Privacy Act, Google may request reimbursement for reasonable costs incurred in processing your request.

Regards,

Madison Matheus
Google Legal Investigations Support



OR

GOVERNMENT
EXHIBIT
20-cr-00305-DDD
**1125**

Google LLC
1600 Amphitheatre Parkway



USLawEnforcement@google.com
Mountain View, California 94043

ORD_00019993



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

## CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.      I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.      I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.      Google provides Internet-based services.

4.      Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *+14693190152, UNICORNKT1981@GMAIL.COM*, with Google Ref. No. 4061966 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the 2703(d) Order or Equivalent.

5.      The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.      The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result. The accuracy of Google's electronic process and system is regularly verified by Google.

7.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


____/s_Madison Matheus_____                    Date: December 8, 2020
(Signature of Records Custodian)


      Madison Matheus
(Name of Records Custodian)

ORD_00019994



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

## Attachment A: Hash Values for Production Files (Google Ref. No. 4061966)

+14693190152.2016tinacoutney@gmail.com.Voice.txt:

MD5- 70a703175f749db475aabc7026ad9d62
SHA512-
bc9c942c5b352ad69fd7ff6b24a87bf318c0dfe0024aa1778f62100ca1b669eac0f13355d536948ca9
71c762bca0d7e2d65d6ecd68702390f681da0026ed7e26

@gmail.com.Voice.txt:

MD5- 49d068d3e64ce040f45c4285e0a375a3
SHA512-
6de95864639284d952675bde59295e93e37b21b554d18598355fea0db85384f63e25721ccd3e56ed
358277406d38f3c5b066cf46ddc5c653b4bea28d8406244d

+14693190152.unicornkt1981@gmail.com.Voice.txt:

MD5- 3acce82de19415098a961f3fac17bf57
SHA512-
93a321e41eafbc106b5a6b833d349047b3030a05fc5e6b961fa207d942e0fe6b0fb4bec73eced34e2a
c7fbe9d7a5af7e442b3065dd58c7671b39f30b9eba05f9

unicornkt1981@gmail.com-AccountsLinkedByCookies.txt:

MD5- 572b6de0885d79f03003eed0899d1ecd
SHA512-
e06f6ff7d879b053d6e06fcb51f2c020de9b4b52eb102e18d5d95529bbfaa571d0ebeef897aada2283
b02df82831f123a8475bd25427efc8dd6a8cb0bd404e80

unicornkt1981@gmail.com.74069807580.AccountActivity.Activity_001.zip:

MD5- adf82e26287414f397e13f2ba2ac1398
SHA512-
bbd1bb72c4114a886fcea038c6ab14f06a33d70f42e84920507fc62ba9fa7c26ba3f72f41495b8797e
b363879b4f8a1e53a0e128a14e93f183cd36efcd5846b7

unicornkt1981@gmail.com.74069807580.GoogleAccount.SubscriberInfo_001.zip:

MD5- 6bc7f0de1043e65b1b1545f21e254631
SHA512-
24a18bb69543f38130843f737669459c57a95ca2c58150d31e878d93e373f176c8e853af335733001
b028677371275b54166dabe008a3909b007d58296ab91d1

unicornkt1981@gmail.com.Gmail.Headers.mbox:



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

MD5- 3903c1ba46c06e05b3c123eedcc9e8eb
SHA512-
765fc7a184a6cefbeddf8bbb400f3fa9c0a701038a56a6d7f8aee9a6e5c2415a73d3d2d9b45be90f7f8
a3cb8038583c9492d5be19ef6ee049a83ff7dda2124cc

unicornkt1981@gmail.com.LinkedBy.pdf:

MD5- 3e8fbc54110a8016d1e885afe9de2b52
SHA512-
299d2363665e4b9b2fa824efaf05b742d032e20ee3efa6e551b2e8f4307dcf76fbf38d833ac1d7f0d57
3e43cdae7540b5776f99b315c4c245f0c5967498dbbfd

ORD_00019996



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

12/07/20

Special Agent Lisa Palmer
Department of the Treasury, IRS-CI
1999 Broadway, 27th Floor
Denver, CO 80202

> **Re: 2703(d) Order or Equivalent dated October 20, 2020 (Google Ref. No. 4124439)**

Dear Special Agent Palmer:

Pursuant to the 2703(d) Order or Equivalent issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq.

Accompanying this letter is responsive information to the extent reasonably accessible from our system associated with the Google account(s), ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮ s specified in the 2703(d) Order or Equivalent. We have also included a signed Certificate of Authenticity which includes a list of hash values that correspond to each file contained in the production. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values. To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

Pursuant to your request for related Google account(s) linked by creation IP address, contained in this production is responsive data pertaining to the active Google account(s) that accepted the Terms of Service using the same IP address as ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ within +/- 8 days of the Terms of Service acceptance date.

Please note that Google Pay service data is under the control of Google Payment Corporation. Any request for such data must be specifically addressed to Google Payment Corporation and can be served through the email address googlepayments@google.com.

For a Google Custodian of Records, we will require a subpoena and confirmation from you of the time and date of the appearance, the scope of testimony, any Google Reference Number(s) associated with the case, and the travel for the appearance at least one week in advance in order to identify, make the appropriate plans for, and prepare a custodian for trial.

Finally, in accordance with Section 2706 of the Electronic Communications Privacy Act, Google may request reimbursement for reasonable costs incurred in processing your request.

OR

GOVERNMENT
EXHIBIT
20-cr-00305-DDD
1126



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

Regards,

Luke Morris
Google Legal Investigations Support



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

## CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.      I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.      I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.      Google provides Internet-based services.

4.      Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s)                                                    , with Google Ref. No. 4124439 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the 2703(d) Order or Equivalent.

5.      The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.      The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result. The accuracy of Google's electronic process and system is regularly verified by Google.

7.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s  Luke Morris_____                    Date: 12/07/20
(Signature of Records Custodian)


    Luke Morris
(Name of Records Custodian)

ORD_00019999



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

## Attachment A: Hash Values for Production Files (Google Ref. No. 4124439)

776301624485.AccountActivity.Activity_001.zip:

MD5- e79b53be8af8cb0aa2ae64922cae5dc8
SHA512-
cd24abd14fb73aa8015011cdaa2fba08fa22b64832ccf1dd3b9b4fef603de6b000109dcffed37957b9
5b5791e0b5de6548a61d816bc433786865048be00e2411

.776301624485.AccountActivity.Devices_001.zip:

MD5- 8fd1027b189ab4b358d2a1ffe683371f
SHA512-
c9e8b184f47bd4a647270a2a4686dcdf0ae07a632b8f4300c5930e3ed2de24169fea0cb26aaf54926c
2b0e1adba71b483fe8835b14f49e074798f899a33c0fd7

776301624485.GoogleAccount.SubscriberInfo_001.zip:

MD5- adab5401686355f8d16f940bc6364522
SHA512-
55946bf606a0cb4ab77823fd43374d2657c182b9171f88edd6fc78ddc5960a7388c423d803f2875d2
cffd2249b21c5329bf64bf236957d306418dbd874d1cc23

@gmail.com.Gmail.Headers.mbox:

MD5- a2daefdd088e35fc3e56d311e37201ce
SHA512-
f337919fd459b87f145da5fe64f39760f0167d212aa65e0db952bb06548834f5f9c78d4b7d6aa0a8d9
8219bc2cdf7ebb04e0d89be09f15016eb14d7d0c594659

@gmail.com.LinkedBySMSAndSecondary.LinkedByCreationIP.pdf:

MD5- e18bfd377c51db1312b1089b54678696
SHA512-
cd49dd1bdf0b2d289fe461f67cc1d7f0ab3a9f18830d7c312d255c9cb1929f587519b3f0dd68e28ee0
d0146d4f412e9283fac8c2df664acfee0584d4d7c48cdc

962148739471.AccessLogs.Activity_001.Preserved.zip:

MD5- 8e024c5bd88c199838cb18d4c7963103
SHA512-
018cc4af6086b5f9eda44432dc13811e4d3e5cdff04ff009da6820f7828a06c39f77235450a29ffb5db
9459708ca6c54bb0bef0e516f23940f19226163671290

962148739471.AccessLogs.Devices_001.Preserved.zip:



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

MD5- 0f8d09a2ce50dbeb2efc7c3977a268f0
SHA512-
a7e5c6f6126521d17f46b0cba57b79c8b3b2ed2997bb3b9d2522345b568f0af13940bfad0c6c2b7fc
82b387eba5c8da0d7b9ea3908d83505fe4cebb7f184feda

962148739471.AccountActivity.Activity_001.zip:

MD5- 167c457dc150014c376af61ffe48756a
SHA512-
7def66dd5ab3f6207f96ecd73632b1dcfb9355b658ce75318e6d5dd7f4bdf3883442667a360b2efbaf
f1df65727cbb7562c539b7c38766f1dddf58d51720790c

962148739471.AccountActivity.Devices_001.zip:

MD5- b2644496bb33d4be609c4040017d2c5f
SHA512-
52f22dfefe5907cbf8c5fc9df0efa587a9cf76707d67748f498361e5c2793c523e770471a2cf767cf448
137fb5b2cac4a35973847cfda06d6250e9ecb8d00c82

962148739471.GoogleAccount.SubscriberInfo_001.zip:

MD5- 14d87866ccabf96545131a8d6a30c77f
SHA512-
ce44ac1324874205c77fdf8c1c290795cbba8c7dc6d548337a34b2bab29c8b2947ea0d24cfb0fe587
9f8909a27379db4ce132b457890e013d180dedc0f7cff40

962148739471.Preserved_001.GoogleAccount.SubscriberInfo_001.zi
p:

MD5- 208e61cd6761583d53bbdad4b1c277c2
SHA512-
a0cfe36f6467cf1cd1452ef0696f6b78554051b09a6eaae41a643580226c63ec26e16a908aabe14220
8b073cbebbd41d8dbe26321fcd0e59e62d8a062a0765e5

@gmail.com-AccountsLinkedByCookies.txt:

MD5- 70222cbd963dc9777ac75f45fec454d5
SHA512-
9ea04d3f28a386e612775973f608045d5453fd32eb8d36d0b655a73c22a3f051678fbdbba60a7e777
6dd56d76010bf049abeca2cf9069b6e92467828fee60965

e@gmail.com.Gmail.Headers.Preserved.mbox:

MD5- b4e5a862adeb80578b8b5580e37d6228
SHA512-



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

3767c58b5ad917380a9c01bebd4d303f64361ebe0760bbff97d6ad2391d436cb94c7df8edd825ee17
9180ba42eae75db9a4f23b5eee30a236dbd08228b3fcf13

████████████e@gmail.com.Gmail.Headers.mbox:

MD5- d0e4b0ef6ad8556dd9e98567efcf187f
SHA512-
894210f8ed2fdad86e0b60d97f4b195fb58ba652e26e600edadf3de6bf3da1245da592d9a630420d8
d78effed3e5783b34854f840ef471e747c8e553074c47f8

████████████@gmail.com.LinkedBySMSAndSecondary.LinkedByCreationIP.pdf:

MD5- 4143f399a02ca93d55964c4d8c8fcab1
SHA512-
6153174be9e85ffbda143351aedaedf698be30e7ede6d7d8e755f78e5268f8dbebdb62c5913908ddf3
bee94b7ab555b3294f8c1ac9d387ff7855a65ece3f403c

**Google**

Google Payment Corporation
1600 Amphitheatre Parkway
Mountain View, California 94043

googlepayments@google.com

July 6, 2020

Special Agent Lisa Palmer
Department of the Treasury, IRS-CI
1999 Broadway, 27th Floor
Denver, CO 80202

   Re: ▇▇▇▇ **Subpoena dated May 08, 2020 (Internal Ref. No. 3732421)**
   *2019R00976*

Dear Special Agent Palmer:

   Pursuant to the ▇▇▇▇ Subpoena issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google Payment Corporation's ("GPC") systems that are responsive to your request. Our response is made in accordance with state and federal law.

   We understand that you have requested information regarding the Google Pay account(s), *008647988, 524676212*, as specified in the ▇▇▇▇ Subpoena. Accompanying this letter is responsive information to the extent reasonably accessible from our system, and a signed Certificate of Authenticity which includes a list of hash values corresponding to each file. GPC may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values.

   We understand that you have requested information regarding the Pay account(s) as specified in the attached legal process. After a diligent search and reasonable inquiry, we have found no records for any Google Pay account-holder(s) identified as *366443197, 379686218*, as specified in your request.

   To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

   For a Google Custodian of Records, we will require a subpoena and confirmation from you of the time and date of the appearance, the scope of testimony, any Google Reference Number(s) associated with the case, and the travel for the appearance at least one week in advance in order to identify, make the appropriate plans for, and prepare a custodian for trial.

   Finally, we reserve the right to request reimbursement for reasonable costs incurred in processing your request.

       Regards,

       Danielle Lafleur
       Google Payment Corporation



**GOVERNMENT
EXHIBIT**
20-cr-00305-DDD
**1141**
GPA



Google Payment Corporation
1600 Amphitheatre Parkway
Mountain View, California 94043

googlepayments@google.com

## CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.      I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.      I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.      GPC provides an online payment processing service known as Google Pay.

4.      Attached is a true and correct copy of records pertaining to the Google Pay account-holder(s) associated with *008647988, 524676212,* with Internal Ref. No. 3732421 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the                          .

5.      The Document is a record made and retained by GPC. GPC servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of GPC.

6.      The Document is a true duplicate of original records that were generated by GPC's electronic process or system that produces an accurate result. The accuracy of GPC's electronic process and system is regularly verified by GPC.

7.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s_Danielle Lafleur____                          Date: July 6, 2020
(Signature of Records Custodian)


     Danielle Lafleur
(Name of Records Custodian)



Google Payment Corporation
1600 Amphitheatre Parkway
Mountain View, California 94043

googlepayments@google.com

### Attachment A: Hash Values for Production Files (Internal Ref. No. 3732421)

@gmail.com.Billing.pdf:

MD5- 7a0d8485516abefbcd578b4c6c362959
SHA512-
8dada301b9f346dd415158905cf9f5f3b707a074f5d56f0c44c2101c0f586fa71883a501d269c16758
d7eefbb23b6e82862f27bc7fee5062b49ebf636a472e65

@gmail.com.CustomerInfo.pdf:

MD5- 9aa9ca457776b0724a35a3d09b542cf8
SHA512-
80c391551228558d3bec4008cda4cbdc689d4c3f676d2e9f1c67a1d379e495a32747c4fe558201b5a
162ec013636d8f4e424d8a5107d6bcdb5d2b2a3c84856f0

@gmail.com.Transactions.1.csv:

MD5- c0e1803da546c820bebde890aeddf425
SHA512-
1469a6d5170cb00d89ac70ee3e760c569d650647a742fe848a90f9ca21c87eb960e8b2eeecddd62f9
4c3a1584f27ec61040f43a26f1f94e3ba15c71271cea26e

s@gmail.com.Transactions.2.csv:

MD5- 98ad2870730fbfb9168d78cfa3dd043e
SHA512-
b10506a44af4c6d0b8103b5546acc3aeeb7f61c77370574b7e1f97badc7fd187ae4e1e658220e3880
9e647a4d203b000b46925617320ae7e9c93a24624512681

kley@me.com.Billing.pdf:

MD5- c692681608dd9745644230b01fe19d5e
SHA512-
bddfa30e9916312165251f3bc5a61f03f08310d8ba31c931f160506d4801fb0eb18069246fc86bdd0
45c131cda342b3c6bd7eae4f307eeaeabf32da2e0c895db

kley@me.com.CustomerInfo.pdf:

MD5- 9776fe733f06a149d06103144bebba20
SHA512-
31da6c2171d3e8b9b56d9365f0e80da3be8ccb358aee681aa010ca9fd2eaab86e9e752125515fe395
70c822b05afb36729f235b2e9f9ee838dd2f9f23839e63f

kley@me.com.Transactions.1.csv:



Google Payment Corporation
1600 Amphitheatre Parkway
Mountain View, California 94043

googlepayments@google.com

MD5- 84ba52d3e3d9baef175e9baf25f17f2a
SHA512-
eb724a2866268cb422c4eba877b9f6524513669767812bd3add65f354195e2e3b3f64fdcdf8fa944ea
b66610d0b0b2afd241cf783fccd8f755e0a4ddf50ac128

kley@me.com.Transactions.2.csv:

MD5- 82a98e33ba816092cedfdb3aab367c9f
SHA512-
865fac710c59391f9734b967463a7ecea8bfb7592c5ffb31f98169ef1b783bbd71233dab534e9b769f
701282c2868359910effaadc24bc491e27dfbbe2b7e0c5

kleytew@gmail.com.Billing.pdf:

MD5- 2df3dbd5e6667f794854c54294685491
SHA512-
cc386cd20a1f67d50c0015353a388568bdbe013f23dd8084617f43d65a0aaa4984cd42f0e6e920182
639e38db42149c7662d21f891dc184b8f407966b07de5c9

kleytew@gmail.com.CustomerInfo.pdf:

MD5- 1030e90673b11c7f79552f000a053bd3
SHA512-
99d518551d0953523aa60a92c86bd2edabefbf286c75c243340ce52aaee5c8f8f77cc36843b33dc467
20ca67a7b240092710245fca89ec930810735728292b6f

kleytew@gmail.com.Transactions.1.csv:

MD5- 5fc283b20286ff394f84696fd9127c7a
SHA512-
e99fb7fd67c80d239d9977f9e2528297e800666bb573c445ea521ae31f6aaa65561f73ba50fbd5802c
ed4d2ea276c6730066139d38c4cfb805e3e26e7da4b48d

kleytew@gmail.com.Transactions.2.csv:

MD5- f9c7e0fb96b09a6114a206a3be70d575
SHA512-
8ddf3f4f1c0db9c7f0bb6be46f3a967df21303a75fa9d482b0a0f8053d4dcc2ffe3f2984e2d8a2b02d0
7194ea69b6fa0269aa22c24709f734a8d8e13606b6e1a

michael.tew@cannasys.com.Billing.pdf:

MD5- 63c8b66ec13390d0503e23cea8db5b98
SHA512-
e97ceaaba1329c8c0e58d124ded4311fd69fd03d0bb5b26ec44afba7d4c328f343f1cbcb63f69824ac



Google Payment Corporation
1600 Amphitheatre Parkway
Mountain View, California 94043

googlepayments@google.com

ee9fd202096bd9c54be7b037d0ba9ec6137229d992ccf8

michael.tew@cannasys.com.CustomerInfo.pdf:

MD5- a5eb70d497daab415f1a6133ae244169
SHA512-
7f1ff258acc39e6448208dcd96e1d3a4c8dc6b5039e28dc886ab0383b5e4ddc34f4bc9e143357c24af
ae4835e7d953a5ea55235ea2bfcfcbc8002ed88d16d486

michael.tew@cannasys.com.Transactions.1.csv:

MD5- e20964d6a1b0ede9485debc8ade48789
SHA512-
21e6d7129cb827f07ea9f80aa5eeeacd1ec01a52c2d0e723384347dde45db160cb98799e958ba6f07
4179491a48502ff9a523e6dbfff4e3f2ae66406d6509678

michael.tew@cannasys.com.Transactions.2.csv:

MD5- 3870edfd86d0c0662c61884fa95caf1e
SHA512-
b56a1d730abe1df0218e68a4f9198c9360195d5cdab5b488c051d84a32ec4e3545fda0bc2bd036b4d
9e7e3c5ed3930af367fb21a68887f0c26fdf5145195ea7f

mtew22@gmail.com.4611686019073199744.Billing.pdf:

MD5- d419b7b08e3743c008c78c3a55449ce5
SHA512-
457ab24536f2839aadc1845552ef18d7412b1d1748268a776e1c5d91d71ad8f19f95323915152984
1f77f8addf1f9426ce6ae375caab30c40aeef71e3ee6d68a

mtew22@gmail.com.4611686019073199744.CustomerInfo.pdf:

MD5- 68989dff99c784837106cdc76489a7e3
SHA512-
e8254001c15398cbc80d68b60d51bfae63e9868de6e6939fdfe2de9bdf00034107b5520a565eca901
96a33316e4c385c771066bab079639716e85426e2ef5855

mtew22@gmail.com.4611686019073199744.Transactions.1.csv:

MD5- 264eed4364e2f1c10cda5fe88d9cfe32
SHA512-
c108140ad43aa76a2e249398848804bb64c6153000c79676955bffe467ad2628aebba9e30c85341e9
df1cbf00754f70a181a8fa2a382c4b2f59439722575eb23

mtew22@gmail.com.4611686019073199744.Transactions.2.csv:



Google Payment Corporation
1600 Amphitheatre Parkway
Mountain View, California 94043

googlepayments@google.com

MD5- 09ff4e3d8ab11a6039de58e4a26a0466
SHA512-
30a0ef2aeaa49f3d3c8f67c06527adfcf3f8bc3713e826c2ab2af8357e9d46dc17faad8ad16906d497d
3c2843b0ae393f5dc1d55ff3e8e10fcd9e80033e50e1d

mtew22@gmail.com.4611686020054822966.Billing.pdf:

MD5- cbfec71141666a38ade2af3f21a6b636
SHA512-
50d4f49ba3b0f129455b657a32bf5ef2584a38a9af085b101f6617ae6fbb0d0768b0b17a23e4e2422e
05ae797bbd7c47dad383c23e1b953d4016da867e1d3d94

mtew22@gmail.com.4611686020054822966.CustomerInfo.pdf:

MD5- 3d58901cb5c82190ee63ebbf11ea90c0
SHA512-
32fc22930cb190c13934829ac617ae2a9911b6cad1c72e5985e9c94e582f477d38f8d3d0d4a7dc208
aac715f94bafae27cdaf1863de727467a6ed8c46678124c

mtew22@gmail.com.4611686020054822966.Transactions.1.csv:

MD5- f9983c59824bb770fe6c5588b14fdf13
SHA512-
2381ab19016a9e2d8de5c41b4e5672ddee711539edb9c9606a0ca7460bdb79ed56dea890e809279f
b7cd4f4adfed2d4451135251aad0dfa6fecd2b08c6e8bb95

mtew22@gmail.com.4611686020054822966.Transactions.2.csv:

MD5- 264eed4364e2f1c10cda5fe88d9cfe32
SHA512-
c108140ad43aa76a2e249398848804bb64c6153000c79676955bffe467ad2628aebba9e30c85341e9
df1cbf00754f70a181a8fa2a382c4b2f59439722575eb23

mtew926@gmail.com.Billing.pdf:

MD5- 27d6246731175abc8d8ba825e2b440c6
SHA512-
60a128189a087f974f7f7f7ceba217f542978af9f5031f1b74f5db6ab502cdfa0ebdd54ec7752214b7c
d1eda2b4f16d52ec97024f7c0a644a4392ed2afe69596

mtew926@gmail.com.CustomerInfo.pdf:

MD5- 0e3e281048d045411dcd1a6d27de7159
SHA512-
c613519d7326033b937068b1b23092ba8a9661ffcd95b137e91a6016ffb31de621eae1b1e631c83d1
34f7825502ac3288ee490803fdcf7926fbcd9eeda1c7f4e

GPAY_00000102



Google Payment Corporation
1600 Amphitheatre Parkway
Mountain View, California 94043

googlepayments@google.com

mtew926@gmail.com.Transactions.1.csv:

MD5- b13d724b8edd67f3df02a70dbca60e94
SHA512-
5f8d6365f3b8e415f145e64b446d72a979547ea2041ee8825a9edfcb108bb69a85dbbd7d937c5a231
e064a6aca137c37f5d7914ae61b7bfbf7b39acdd53a7685

mtew926@gmail.com.Transactions.2.csv:

MD5- 58c0df68f1eebff657d9837fa5ffd2c3
SHA512-
77119880d0ebd841abf42c2f295d3279a041466f2b75a1fb6b096e0b4bc41f80a4aa52cae22b5766d
421b782b861a9f4bf4e4dd42cca5e0914a39087647d09b0

▮▮▮▮y@gmail.com.Billing.pdf:

MD5- 54352912e83b1f816798cb98fdd1b24e
SHA512-
4bce2ee6cc180dbb35222db354866bb046d806407e8e608b8be37f64bd5b4b5ad14070a1fbd62ebd
7d61d751ed8793c53366b94233cf9f1b08e6a3a84e7553f1

▮▮▮▮@gmail.com.CustomerInfo.pdf:

MD5- 067d172f9f3585026e46a5cbdb93226c
SHA512-
69c25f50cbaafc224ae97ab563d5d77aeeacb4e34fd1b2b6e70f34231ec54efc3786f69570edfe14985
3463a67d3a32116ff696664708e6a3248fd41c87c55a7

▮▮▮▮@gmail.com.Transactions.1.csv:

MD5- 12dbb5207d3b59eee3ad6403fd514d98
SHA512-
0c597eb0decf8410a0d6e68893f44127d55996f30c5b1e2840a78ad5a8e103609ff6143e2170260d3
33cf87b5afbdf1842fd3241ec35035ca4efa3d939e4d571

▮▮▮▮@gmail.com.Transactions.2.csv:

MD5- 98a462ae22c7cbdb3185f96634087e06
SHA512-
ea5a180c93c5e8177524ddf7adf196abcac7f59608ae0df0e535b8bc6b1f08e1db5861e0beb3e14ba6
b4332a08a31e0c8dc6a9c11f16b30db8455da56ff6b9be

tewm802@gmail.com.Billing.pdf:

MD5- ef8d30fff108f06192e68b1831fcf0a9



Google Payment Corporation
1600 Amphitheatre Parkway
Mountain View, California 94043

googlepayments@google.com

SHA512-
fb978ee87956003790c4b0f3b37a0189dea4da1dfbf8603db9495f4a6547f37af4add2fee595a6757c
0ac6d351c7195be8c4dcc6f13a5aeb562201d707ac7da7

tewm802@gmail.com.CustomerInfo.pdf:

MD5- af9ee432206774423f42a71de766c391
SHA512-
d9399ed256b72205b8747fc58c03668c94333af679c8969d8e4a1308f7fca393e61256e80c2da91fb
105afec7bdf6b6b1582b0923032aceb255de2c32b2585c7

tewm802@gmail.com.Transactions.1.csv:

MD5- 369dc8eef46b636d89c8b89fe8f40adb
SHA512-
90969e89a6d375a34630dd8b9e729a341153cbd8a8859a1c9e4dd15d167dc46e8e128597c6b3c191
6e4db8bc3a7d32798deaab3b375f2f32d9b8c7914dc78e1d

tewm802@gmail.com.Transactions.2.csv:

MD5- 4be7f2ad56e6e785e4a77b2d59524de5
SHA512-
4921516356fa4b243badbb46ccdbc425c9b4cb840d84bf37765355a4a7b8f16fe8be7dbf200b8abd6
b22e07741a78d4560c7155a9750c5d952f7c30cba16bf56

tewmichael8@gmail.com.Billing.pdf:

MD5- f626b53c13317b20d294641a8e9b1803
SHA512-
4b287e4f8d885ecbde46761196ed400359bb28680003aaadd0d2624aa50bb1231bdbc8d57baa74cd
0bc67fbd55f2057c2ecfad3d984a568dcefdb2d1c558ccaf

tewmichael8@gmail.com.CustomerInfo.pdf:

MD5- 54ee3fe3b2612ddc20cdaf6db429604b
SHA512-
6d16714792257b6ad3ab126a51cbabe47dce5c354e0a3ef08ffb88bf5f50e2d2163773147f2828ae8f
e38bdd06a680ede66a10a4219cee659a99ea9a19f0cc5d

tewmichael8@gmail.com.Transactions.1.csv:

MD5- 6cdf3e56860e7c7a803b5f3759d6b1a4
SHA512-
e2d709f1512c0066dbb47cac258b51d800950c832db689bbe78208f0b555c2ea3e5ee4d8d974f08c9
0bb6c3027ec8a1893a7f8055e8215a777f675f817be3a2e



Google Payment Corporation
1600 Amphitheatre Parkway
Mountain View, California 94043

googlepayments@google.com

tewmichael8@gmail.com.Transactions.2.csv:

MD5- 64317d368b86eb6d6f79b49f39ddd0c3
SHA512-
4c96bf783bbe1a65ccdd7b8ebe7d4c6ebf61f33a87d12c862b6812aa0e1301e32b59655ee2e904197
80c09844e51c079e2da077bcd15100104d6f91d4a360012

████ @gmail.com.Billing.pdf:

MD5- 39b0db5e6dae9c74619ee62ca5715596
SHA512-
b4492c530c02766e96aa09d12d266afa98c42eea1be3740d54222092e7f2bdf8a65bef6df17e238ca2
1064b02df3d950c2be25a60f46af273502ce6bbadb8eed

████ @gmail.com.CustomerInfo.pdf:

MD5- 1f42faf6aaf25378225b13ab0ac188e4
SHA512-
ece263e66a3a4ac8dba5b07a537b7120f83faae1bd1fb78cbc72aa9afeda26c1a07b25d56e545c81fe4
fde1d8cdbf9da856f6231fe1d07cdb17ed032b434f043

████ @gmail.com.Transactions.1.csv:

MD5- b9a5f95f3085895942a4090f2050d84f
SHA512-
e1eae9b400f1f6f4681bd02051d18c0a6912556620ae920748e986be6c7ab75e97bba9304a469acf8f
d5b6ee41d814981b862b684982dfd24314f3db9d39bc76

████ @gmail.com.Transactions.2.csv:

MD5- b5c1772ad67d68ba2206b50c8d199523
SHA512-
ebf354c37f8ebd69a5b04202f69389bf906af6984f951339c3d898fb4c08df3e12877b981b12915e7f
157e80f2d5001f47f75536bad98d48378e7d86c71c021c

████ n@gmail.com.Billing.pdf:

MD5- 903e147638b892ceb8139c849ecae9dd
SHA512-
9ed829681f40f1af196e3eeab2866b5026da6168c11fe83838caf81235b227fe91e28951e428ccc257
f0836c1ba00ee1bc9f74c2c9dbf2a7dba26c3e09e9450d

████ @gmail.com.CustomerInfo.pdf:

MD5- 29cd84eb2af3d42cd8d53f107c0bb46a
SHA512-



Google Payment Corporation
1600 Amphitheatre Parkway
Mountain View, California 94043

googlepayments@google.com

91fa1486ff0e4c87539aa475c2de9fdc7146ad19d47b788901fbc6ca6b0093423c977b74ec0d29450
559efbdaa2e37bc8946ced495ec2aa0a24ca3832cf73def

▮▮▮▮@gmail.com.Transactions.1.csv:

MD5- 22a98e0e7ce970a7b12697acd9da0df4
SHA512-
23dfa0dfdef295300da41dc815310ee35a317b75e1d019860a4db7d656bd6d14b0fdd45b960c83bc1
10bec41045fdee78af5f8116fe0056357972ef768f9d2db

▮▮▮▮@gmail.com.Transactions.2.csv:

MD5- cb79f200e219c95908a163ed1947591e
SHA512-
7da7dbb2bc59f53b8f9adbea9983b70a3f2e45259887da4c62a62a7a817b8dd5e3a44e6466add2458
a23b0ede3d63a1eb8820cd2f16a8f4b87ad4344fa7cf73c

vtleycap@gmail.com.Billing.pdf:

MD5- 74792ad32da6907f83543bb73c830caf
SHA512-
a5ce09ad8921ad9a56c441960a3fbe851b6cdee264caed1a8b2ec92bebe83edc85ac5d490d2002805
79fd6c2848cf490da7a490939083759e5a6741cf5639eca

vtleycap@gmail.com.CustomerInfo.pdf:

MD5- fb13ca88e1755bccee746ed07f6b850a
SHA512-
2ae6c80cc8469ded3fab41040bf72955cc60e0f6be22a532cdc32cd6eac9488adaf70686ae6d925d4e
98f14a1e036cc8ee2b732935f0340ccf3b3be319ffecc5

vtleycap@gmail.com.Transactions.1.csv:

MD5- 1649baec567bd1af69b4930bd81ea7c0
SHA512-
226add9b4021a8795c7a6187c8fe915be920765785079d563b6121e0405b8f4aaa5d390abc4c2530
423bf1d7808c2546a55fa52e14845d413887375319ba1777

vtleycap@gmail.com.Transactions.2.csv:

MD5- a0f5995590a779e1bb027ea16c668d41
SHA512-
ac1d9fe5d7df1ca7398d1dbd3300097e4e0b3846a60176a74ccb48fba4c1597166c9d9fbbcf34a9972
9a468fe15aac88af360026a804203fde035fe528af00a9

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS
## PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

Pursuant to Federal Rules of Evidence 803(6) and 902(11) regarding certified domestic records of regularly conducted activity, I hereby certify:

1. I am employed by ___Independant Bank___ ("the Business") and my official title is _Vice President Compliance_ I am a person designated by the Business as a custodian of records with the authority to make this certificate.

2. I state that each of the records attached hereto is the original record, or a true duplicate of the original record, in the custody of the Business, and that I am the custodian of the attached records, consisting of _70_ total pages.

3. I further certify that all records attached to this certificate were made at or near the time of the occurrence of the matters set forth, by or from information transmitted by, a person with knowledge of those matters.

4. I further certify that that all records attached to this certificate were kept in the course of the regularly conducted activity of the Business.

5. I further certify that it is the regular practice of the Business to make and retain each record attached to this certificate.

6. I further state that this certificate is intended to satisfy the requirements of Rule 902(11) of the FEDERAL RULES OF EVIDENCE.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Date: _08|31|2020_

_____
Signature

_____
Print Name

GOVERNMENT
EXHIBIT
20-cr-00305-DDD
1105

GUAR

<table>
<tr><td colspan="2" align="center">DECLARATION FOR RECORDS OF REGULARLY<br>CONDUCTED BUSINESS ACTIVITY</td></tr>
</table>

Subpoena #: 20-0388

Company Name:   Payward Ventures, Inc.

I, ___David Kirk___, declare that I am/was employed by **Payward Ventures, Inc.**
and am/~~was a duly authorized custodian of records or am~~ otherwise qualified to speak about
these records produced in response to the subpoena referenced above. These records are further
described as: (Please describe records with as much specificity as possible below or on an
attached sheet.)

Know Your Customer (KYC), account and transaction data

I am familiar with the mode of preparation of these records. I certify that these records are true
copies of records of the entity listed above and that these records were:

A. Made at or near the time of the act, event, condition, opinion, or diagnosis by--or from
information transmitted by--a person with knowledge;

B. Kept in the course of the entity's regularly conducted activity; and

C. Made as a regular practice of that activity.

I declare under penalty of perjury that the foregoing is true and correct.

_David Kirk_

Signature

David Kirk

Printed name

Date: ___June 17, 2020___

GOVERNMENT
EXHIBIT
20-cr-00305-DDD
1106

# DECLARATION CONCERNING AUTHENTICITY OF RECORDS

I, _Jesse Stone_ ,

(print declarant's name)

hereby declare under penalty of perjury that the following statements are true and correct:

1.    I am personally familiar with the representations made in this declaration because I am/was the custodian or other qualified person of the records.

2.    The following items have been provided from the records of McDonald Automotive Group, (the "Listed Entity"). The records I am certifying are described as follows:

| **Description of Record(s)** |
| --- |
| 44-page PDF file stamped AUDI_00000001 – AUDI_00000044 |

3.    I hereby certify that the items described above are either original records or true copies of records of the Listed Entity that were:

    a.    made at or near the time of the occurrence of the matters set forth in the records;

    b.    made by a person with knowledge of the matters set forth in the records, or from information transmitted by a person with knowledge of the matters; and

    c.    kept in the course of the regular business activity of the Listed Entity.

4.    I certify that it was the regular practice of the Listed Entity to make and keep such records.

Sworn to this __5th__ day of __January__ , 2024.

        (day)                        (month)

Declarant's Signature: _____

Declarant's Name Printed: _Jesse Stone_

Declarant's Work Address: _6000 S Broadway_
_Littleton, CO 80121_

GOVERNMENT EXHIBIT
20-cr-00305-DDD
1131
AUD

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, Ronald Brodfuehrer, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.

From the relevant time period (of approximately June 2018 through July 2020), I was employed by National Air Cargo, Inc. (hereinafter "the entity"), and my title was Information Technology Director. Beginning on or around June 2020, I participated in retrieving the records from National Air Cargo, Inc., now Bates stamped NAC_E_00000001 through NAC_E_00204514, in response to a legal demand from federal authorities.

I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records Bates stamped NAC_E_00000001 through NAC_E_00204514 are true duplicates of the original records in the custody of the entity.

I further state that:

a.      all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of the entity, and they were made by the entity as a regular practice; and

b.      such records were generated by the entity's electronic process or system that produces an accurate result, to wit:

1.      the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of the entity in a manner to ensure that they are true duplicates of the original



GOVERNMENT EXHIBIT
20-cr-00305-DDD
1130

records; and

       2.     the process or system is regularly verified by the entity, and at all times

pertinent to the records certified here the process and system functioned properly and normally.

    I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of

the Federal Rules of Evidence.

_1/13/24_
Date

_Signature_

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, Abby Schwartz, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.

From the relevant time period (of approximately June 2018 through July 2020), I was employed by National Air Cargo, Inc. (hereinafter "the entity"), and my title was Director of Accounting. Beginning on or around July 2020, I participated in retrieving the records from National Air Cargo, Inc., now Bates stamped with the prefix "NAC_", in response to legal demands from federal authorities.

I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved.

I state that the records Bates stamped **NAC_00000001 through NAC_00000977**\* are true duplicates of the original records in the custody of the entity.

I further state that:

a.    all records Bates stamped **NAC_00000001 through NAC_00000977** were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of the entity, and they were made by the entity as a regular practice; and

b.    such records were generated by the entity's electronic process or system that produces an accurate result, to wit:

        1.    the records were copied from electronic device(s), storage medium(s), or

GOVERNMENT EXHIBIT
20-cr-00305-DDD
1134

file(s) in the custody of the entity in a manner to ensure that they are true duplicates of the original records; and

      2.    the process or system is regularly verified by the entity, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

1/24/24

Date              Signature

* The sole exception in this Bates range is NAC_00000184-185, which are screenshots of my personal bank account information, and appear to have been included in the production accidentally. This certification expressly does not apply to that two-page document.

2

## DECLARATION FOR RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY

Subpoena #: 19-1646

Company Name:

I, _PAUL FLVGRAD_ , declare that I am/was employed by _Navy FEDERAL CREDIT UNION_ and am/was a duly authorized custodian of records or am otherwise qualified to speak about these records produced in response to the subpoena referenced above. These records are further described as: (Please describe records with as much specificity as possible below or on an attached sheet.)

_BANK RECORDS_

I am familiar with the mode of preparation of these records. I certify that these records are true copies of records of the entity listed above and that these records were:

- A. Made at or near the time of the act, event, condition, opinion, or diagnosis by--or from information transmitted by--a person with knowledge;

- B. Kept in the course of the entity's regularly conducted activity; and

- C. Made as a regular practice of that activity.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature

_PAUL FLVGRAD_
Printed name

Date: ___01/27/20___

GOVERNMENT EXHIBIT
20-cr-00305-DDD
1107
NAVY



In reply refer to:

## CERTIFICATION STATEMENT

The undersigned is a duly authorized custodian of records of NAVY FEDERAL CREDIT
UNION and has the authority to certify said records. The enclosed is a true copy of all the
records described in the Subpoena / Customer Consent / Authorization Form. Said records were
prepared by the custodian or the personnel of NAVY FEDERAL CREDIT UNION in the
ordinary course of business and were prepared from records which were themselves prepared at
or near the time of the act, condition or event.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this day _____ JANUARY 27 _____, 2020 in the County of Fairfax, State of
Virginia.

BY: _____
*(Signature)*

_____Paul Flugrad_____
*(Print or Type)*

Subscribed and sworn to before me on this __27th__ day of ___January___, 2020.

My commission expires:___December 31, 2020___.

_____
*(Notary Public)*

> ATHENA BRITTNEY LOUIE
> Notary Public
> Commonwealth of Virginia
> My Commission Expires December 31, 2020
> Commission ID# 7694059

PO Box 3000 Merrifield VA 22119-3000

NAVY_00000003

---

### DECLARATION FOR RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY

Subpoena #: 20-0605

Company Name:

I, _Paul Flugrad_, declare that I am/was employed by Navy Federal Credit Union and am/was a duly authorized custodian of records or am otherwise qualified to speak about these records produced in response to the subpoena referenced above. These records are further described as: (Please describe records with as much specificity as possible below or on an attached sheet.)

_Bank Records_

I am familiar with the mode of preparation of these records. I certify that these records are true copies of records of the entity listed above and that these records were:

A. Made at or near the time of the act, event, condition, opinion, or diagnosis by--or from information transmitted by--a person with knowledge;

B. Kept in the course of the entity's regularly conducted activity; and

C. Made as a regular practice of that activity.

I declare under penalty of perjury that the foregoing is true and correct.

_Paul Flugrad_
Signature

Paul Flugrad
Printed name

Date: _July 14, 2020_

GOVERNMENT EXHIBIT
20-cr-00305-DDD
1128
NA

**CERTIFICATION STATEMENT**

The undersigned is a duly authorized custodian of records of NAVY FEDERAL CREDIT
UNION and has the authority to certify said records. The enclosed is a true copy of all the
records described in the Subpoena / Customer Consent / Authorization Form. Said records were
prepared by the custodian or the personnel of NAVY FEDERAL CREDIT UNION in the
ordinary course of business and were prepared from records which were themselves prepared at
or near the time of the act, condition or event.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this day _____ July 14 _____, 2020 in the County of Fairfax, State of
Virginia.

BY:                     *Paul Flugrad*
                        *(Signature)*

                        Paul Flugrad
                        *(Print or Type)*

Subscribed and sworn to before me on this ____ 14th ____ day of ____ July ____, 2020.

My commission expires: _December 31, 2020_

                        *(Notary Public)*

ATHENA BRITTNEY LOUIE
Notary Public
Commonwealth of Virginia
My Commission Expires December 31, 2020
Commission ID# 7694059

# DECLARATION CONCERNING AUTHENTICITY OF RECORDS

I, _____ Charles P Gardiner _____ ,
(print declarant's name)

hereby declare under penalty of perjury that the following statements are true and correct:

1. I am personally familiar with the representations made in this declaration because I am/was the custodian or other qualified person of the records.

2. The following items have been provided from the records of Navy Federal Credit Union, (the "Listed Entity"). The records I am certifying are described as follows:

| Description of Record(s) |
|---|
| 33 page-PDF file comprising photographs marks as Government Exhibits 395 through 427. |

3. I hereby certify that the items described above are either original records or true copies of records of the Listed Entity that were:

   a. made at or near the time of the occurrence of the matters set forth in the records;

   b. made by a person with knowledge of the matters set forth in the records, or from information transmitted by a person with knowledge of the matters; and

   c. kept in the course of the regular business activity of the Listed Entity.

4. I certify that it was the regular practice of the Listed Entity to make and keep such records.

Sworn to this __23__ day of __JANUARY__ ,2024.
      (day)        (month)

Declarant's Signature: _____

Declarant's Name Printed: _____ CHARLES P GARDINER _____

Declarant's Work Address: _____ 5510 Heritage Oaks Dr _____
_____ Pensacola FL 32526 _____

GOVERNMENT EXHIBIT
20-cr-00305-DDD
1139
NAV

DECLARATION FOR RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY

Subpoena #: 20-0282

Company Name: *DigitalMint*

I, Seth Sattler, declare that I am/was employed by Red Leaf Chicago, LLC dba DigitalMint and am/was a duly authorized custodian of records or am otherwise qualified to speak about these records produced in response to the subpoena referenced above. These records are further described as: (Please describe records with as much specificity as possible below or on an attached sheet.)

DigitalMint is providing a complete and accurate export of all transactions conducted by Michael and Kimberly Tew, with the time of the transaction, amount of cash collected, and bitcoin wallet provided. Please note the times are in UTC time. Additionally, DigitalMint is providing a photo of the customer taken at the time of each stated transaction. Additionally, screenshots of DigitalMint's internal customer management software are included which show all summary and KYC information related to the customer. Finally, DigitalMint has provided all email correspondence with the customer, including documents provided as follow up to such correspondence"

I am familiar with the mode of preparation of these records. I certify that these records are true copies of records of the entity listed above and that these records were:

A. Made at or near the time of the act, event, condition, opinion, or diagnosis by--or from information transmitted by--a person with knowledge;

B. Kept in the course of the entity's regularly conducted activity; and

C. Made as a regular practice of that activity.

I declare under penalty of perjury that the foregoing is true and correct.

Signature

Seth Sattler, BSA Officer
Printed name

Date: April 3rd, 2020

GOVERNMENT
EXHIBIT
20-cr-00305-DDD
1132

DGMT

DECLARATION FOR RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY

Subpoena #: 20-0613

Company Name: DigitalMint

I, Seth Sattler , declare that I am/was employed by DigitalMint and am/was a duly authorized custodian of records or am otherwise qualified to speak about these records produced in response to the subpoena referenced above. These records are further described as: (Please describe records with as much specificity as possible below or on an attached sheet.)

- The current on file identification and KYC for Michael and Kimberly Tew. Screenshots of BTM and OTC platform profiles

-The identity verification conducted by DigitalMint for Michael and Kimberly Tew

- A summary of the relationship history showing total transaction volume

-A screenshot of the transaction records conducted on the joint profile for Kimberly and Michael Tew. Records in UTC time

- A .csv file for the aforementioned transaction records, providing additional TX details. Records are in UTC time zone.

- A folder containing all ATM photos taken at the time of the aforementioned transactions

-A conversation between DigitalMint and Mr. Tew regarding DigitalMint's OTC Platform. This platform has not been used for any transactions.

-Conversation records between Mr. Tew and DigitalMint staff regarding transaction status.

I am familiar with the mode of preparation of these records. I certify that these records are true copies of records of the entity listed above and that these records were:

   A. Made at or near the time of the act, event, condition, opinion, or diagnosis by--or from information transmitted by--a person with knowledge;

   B. Kept in the course of the entity's regularly conducted activity; and

   C. Made as a regular practice of that activity.

I declare under penalty of perjury that the foregoing is true and correct.

_____                    Seth Sattler
Signature                                       _____
                                                Printed name

        07/09/2020
Date: _____

GOVERNMENT EXHIBIT
20-cr-00305-DDD
1133

DGMT

**Regions Bank**
Legal Department
1900 5th Avenue North
23rd Floor
Birmingham, AL 35203



## IN THE MATTER OF

**Michael Meyers, Meyers Consulting Group, Michael Tew, Kimber**
**United States District Court, District of Colorado**
**20-1239**

## Certificate of Origin and Authenticity

The attached records, identified within the requested timeframe of 01/01/2018 to 12/28/2020, are described as follows:

Michael Meyers Wire Transfer Reoport.pdf - DA-258904514-Wire Transfer Report
Michael Meyers-12-02-2018-Online Application.pdf - Michael Meyers-12-02-2018-Online Application
Michael Meyers Mobile Sign On Information.pdf - Michael Meyers Mobile Sign On Information
Michael Meyers Access Signature History.docx - Michael Meyers Mobile Access Signature History.
Somer Meyers Mobile Sign On Information-1.pdf - Somer Meyers Mobile Sign On Information
Somer Meyers-Access Signature History.docx - Somer Meyers Mobile Access Signature History
VC-410064021100250-Application.pdf - VC-410064021100250-Application
VC-410064021100250-Statements.pdf - VC-410064021100250-Statements
Now Prepaid Card Statements-435541050164375.pdf - Now Prepaid Card Statements-4355410501644375
Now Prepaid Card Transactions-435541050164375.pdf - Now Prepaid Card Transactions-4355410501644375
IL-9004998598-Statements.pdf - IL-9004998598-Statements
IL-9004998598-Opening Account Documents.pdf - IL-9004998598-Opening Account Documents
TD- 262634976-Signature Card.pdf - TD- 262634976-Signature Card
TD- 262634976-Checks, Deposits, Withdrawals.pdf - TD- 262634976-Checks, Deposits, Withdrawals
TD- 262634976-Statements.pdf - TD- 262634976-Statements
TD-260431091-Statements.pdf - TD-260431091-Statements
TD-260431091-Checks, Deposits, Withdrawals.pdf - TD-260431091-Checks, Deposits, Withdrawals
TD-260431091-Signature Card.pdf - TD-260431091-Signature Card
DA-258904514-Statements.pdf - DA-258904514-Statements
DA-258904514-Signature Card.pdf - DA-258904514-Signature Card
DA-258904514-Checks, Deposits, Withdrawals.pdf - DA-258904514-Checks, Deposits, Withdrawals

Regions Bank ("Regions"), regularly creates and maintains statements of account for accounts reflected on its records. Those statements are maintained and stored in computerized form. Checks, deposits and other items documenting specific transactions within the individual deposit accounts reflected on Regions' records are maintained in electronic format or copied onto microfilm and maintained and stored in that format. Signature cards, account maintenance documents, correspondence and other documents as Regions may from time to time collect relating to the accounts reflected on Regions' records are maintained and stored in microfilm, original paper form, electronically or some combination thereof. Together, each of the computerized statements of account, microfiche copies and paper records regarding accounts reflected on Regions' records constitute original entries into Regions' business records. Those entries are made by employees of Regions Bank in the regular and usual course of Regions' trade or business and in the regular and usual course of their duties with respect thereto.

Correspondence, credit, collateral, and other general files consist of memoranda or records of acts, transactions, occurrences, or events related to the business of Regions Bank. Such records are made by employees of Regions Bank in the regular and usual course of Regions' trade or business and in the regular and usual course of their duties with respect thereto. Such records are made at the time of such acts, transactions, occurrences, or events, or within a reasonable time thereafter.

It is the regular and usual course of the business of Regions Bank to maintain copies of all items enclosed herewith, in and as a part of Regions' business records. I am one of the persons designated to initiate and supervise searches of Regions' records for the purpose of making responses to legal process. The search has been diligent and the records enclosed are believed to be complete and to comply with the subpoena. They are true and accurate copies of the papers and records in the bank's files.

*Kelly Criswell*

Kelly Criswell
Legal Processing Section

SUB-022133



**GOVERNMENT EXHIBIT**
20-cr-00305-DDD
**1111**

REG

## DECLARATION FOR RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY

Subpoena #: 20-0389

Company Name:

I, David Breland , declare that I am/was employed by Simple Finance Technology Corp and am/was a duly authorized custodian of records or am otherwise qualified to speak about these records produced in response to the subpoena referenced above. These records are further described as: (Please describe records with as much specificity as possible below or on an attached sheet.)

checking account records

I am familiar with the mode of preparation of these records. I certify that these records are true copies of records of the entity listed above and that these records were:

   A. Made at or near the time of the act, event, condition, opinion, or diagnosis by--or from information transmitted by--a person with knowledge;

   B. Kept in the course of the entity's regularly conducted activity; and

   C. Made as a regular practice of that activity.

I declare under penalty of perjury that the foregoing is true and correct.

David Breland

Signature

David Breland

Printed name

Date: 6/2/2020

GOVERNMENT EXHIBIT
20-cr-00305-DDD
1112

SFT

## DECLARATION OF Karen Baboolal CERTIFYING RECORDS
## OF REGULARLY CONDUCTED BUSINESS ACTIVITY

Re: ▮▮▮▮▮▮ Subpoena No. 20-1250
USAO No. 2019R00976

Please note that while the Subpoena was issued to Signature Bank ("Signature"), Signature was closed on March 12, 2023 by the New York State Department of Financial Services, and the Federal Deposit Insurance Corporation ("FDIC") was named Receiver. The FDIC established Signature Bridge Bank, N.A. ("Bridge Bank"), and on March 20, 2023, Flagstar Bank, N.A. acquired certain assets and assumed certain liabilities of the Bridge Bank. Signature is now known as Flagstar.

I, the undersigned, Karen Baboolal, pursuant to 28 U.S.C. § 1746, declare that:

1. I am employed by Flagstar Bank, N.A. as a Team Leader in the Legal Processing Department, and by reason of my position am authorized and qualified to make this declaration. I am a custodian of records and I am familiar with the company's systems.

I further certify that the documents sent via Proofpoint and bearing Bates numbers **Signature Bank 001** to **Signature Bank 4071** are true copies of records that were:

(a) made at or near the time of the occurrence of the matters set forth therein, by, or from information transmitted by, a person with knowledge of those matters;

(b) kept in the course of regularly conducted business activity; and

(c) made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 5, 2023.

*/s/ Karen Baboolal*

Karen Baboolal



GOVERNMENT
EXHIBIT
20-cr-00305-DDD
1113

---

### DECLARATION FOR RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY

Subpoena #: 20-0861

Company Name:

I, Miriam Nachison declare that I am/was employed by Vcorp Services, LLC and am/was a duly authorized custodian of records or am otherwise qualified to speak about these records produced in response to the subpoena referenced above. These records are further described as: (Please describe records with as much specificity as possible below or on an attached sheet.)

-email correspondence

-formation docs

-Invoices/payments

please note we only hold records for 5 years, but we are sending anything we have in our system.

---

I am familiar with the mode of preparation of these records. I certify that these records are true copies of records of the entity listed above and that these records were:

A. Made at or near the time of the act, event, condition, opinion, or diagnosis by--or from information transmitted by--a person with knowledge;

B. Kept in the course of the entity's regularly conducted activity; and

C. Made as a regular practice of that activity.

I declare under penalty of perjury that the foregoing is true and correct.

_____                    Mirta M Nachison
Signature                                   Printed name

Date:  9/16/20

GOVERNMENT EXHIBIT
20-cr-00305-DDD
1118

VCORP



VERIZON SECURITY COURT ORDER COMPLIANCE
180 WASHINGTON VALLEY ROAD
BEDMINSTER, NJ 07921
Phone: 800-451-5242 Fax:888-667-0026

July 13, 2020

Federal Bureau of Investigations
8000 East 36th Avenue, Denver, CO 80238

**Verizon Case #:** 200168519

State of New Jersey

ss:

City of Bedminster

I, Aniket Chauhan, being duly sworn, depose and say:

1. I am the custodian of records for Verizon, and in that capacity, I certify that the attached [ ] electronic files of records are true and accurate copies of the records created from the information maintained by Verizon in the actual course of business
2. It is Verizon's ordinary practice to maintain such records, and that said records were made contemporaneously with the transaction and events stated therein, or within a reasonable time thereafter.

/s/ Aniket Chauhan

ORD



GOVERNMENT
EXHIBIT
20-cr-00305-DDD
**1110**



Summons and Subpoenas Department
PO Box 29728 S4001-01F
Phoenix, AZ 85038
Voice: (480)724-2000

## BUSINESS RECORDS DECLARATION

I, Dan Ashley, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C) The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 23844152

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Signature Cards | XXXXXX8630 | 1 | 1 |
| Wire Automated | XXXXXX5344 | 22 | 22 |
| Deposits with offsets | XXXXXX1230 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Statements | XXXXXX6934 | 60 | 60 |
| Application | XXXXXXXXXX0001 | 5 | 5 |
| Wire Automated | XXXXXX6934 | 76 | 76 |
| Checks/Debits | XXXXXX4615 | 0 | 0 |
| No records found with the information provided | | | |
| Checks/Debits | XXXXXX2064 | 13 | 13 |
| Checks/Debits | XXXXXX1395 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Checks/Debits | XXXXXX6934 | 43 | 43 |
| Signature Cards | XXXXXX4615 | 1 | 1 |
| Signature Cards | XXXXXX1230 | 2 | 2 |
| Checks/Debits | XXXXXX5344 | 1 | 1 |
| Financial Statements | XXXXXXXXXX0001 | 0 | 0 |
| Unable to locate Financial Statements for the time frame requested. | | | |
| Signature Cards | XXXXXX1395 | 2 | 2 |
| Credit Card Statements | XXXXXXXXXXXX4982 | 74 | 74 |

Case No: 23844152; Agency Case No: Not Provided



GOVERNMENT
EXHIBIT
20-cr-00305-DDD
**1119**

WF

| | | | |
|---|---|---|---|
| Statements | XXXXXX1395 | 27 | 27 |
| Statements | XXXXXX2064 | 38 | 38 |
| Wire Automated | XXXXXX1395 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Statements | XXXXXX1230 | 12 | 12 |
| PMA Statements for this account are also combined with account(s) XXXXXX1395 for the time period you have requested.(ACCT TYPE : PMA) | | | |
| Deposits with offsets | XXXXXX2064 | 8 | 8 |
| Wire Automated | XXXXXX1230 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Deposits with offsets | XXXXXX4615 | 0 | 0 |
| No records found with the information provided | | | |
| Deposits with offsets | XXXXXX1395 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Deposits with offsets | XXXXXX6934 | 62 | 62 |
| Deposits with offsets | XXXXXX8630 | 0 | 0 |
| No records found with the information provided | | | |
| Signature Cards | XXXXXX2064 | 4 | 4 |
| Wire Automated | XXXXXX8630 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Credit Card Statements | XXXXXXXXXXXX0142 | 114 | 114 |
| Wire Automated | XXXXXX4615 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Statements | XXXXXX5344 | 76 | 76 |
| PMA Statements for this account are also combined with account(s) XXXXXX1395 for the time period you have requested.(ACCT TYPE : PMA) | | | |
| Signature Cards | XXXXXX5344 | 2 | 2 |
| Checks/Debits | XXXXXX1230 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Statements | XXXXXX8630 | 62 | 62 |
| Statements | XXXXXX4615 | 11 | 11 |

Case No: 23844152; Agency Case No: Not Provided

WFB_00000145

| PMA Statements for this account are also combined with account(s) XXXXXX8630 for the time period you have requested.(ACCT TYPE : PMA) | | | |
| --- | --- | --- | --- |
| Wire Automated | XXXXXX2064 | 30 | 30 |
| Signature Cards | XXXXXX6934 | 4 | 4 |
| Checks/Debits | XXXXXX8630 | 0 | 0 |
| No records found with the information provided | | | |
| Deposits with offsets | XXXXXX5344 | 59 | 59 |
| | | Total Copies Delivered: | 809 |

Additional comments: Unable to provide credit card application, due to electronic format.

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of Colorado that the foregoing is true and correct according to my knowledge and belief. Executed on this 4th day of August, 2020, in the City of Tempe, State of ARIZONA.

Dan Ashley

Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons: Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s). If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

WFB_00000146



Summons and Subpoenas Department
PO Box 29728 S4001-01F
Phoenix, AZ 85038
Voice: (480)724-2000

## BUSINESS RECORDS DECLARATION

I, Anuradha Ramaswamy, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

- A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

- B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

- C) The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 23855136

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Signature Cards | XXXXXX1395 | 2 | 2 |
| Checks/Debits | XXXXXX6934 | 43 | 43 |
| Wire Automated | XXXXXX9973 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Deposits with offsets | XXXXXX0093 | 0 | 0 |
| No records found with the information provided | | | |
| Signature Cards | XXXXXX9973 | 3 | 3 |
| Checks/Debits | XXXXXX0093 | 0 | 0 |
| No records found with the information provided | | | |
| Statements | XXXXXX0093 | 0 | 0 |
| Statements are combined with account number #5298939157. | | | |
| Certified Checks | XXXXXX8888 | 0 | 0 |
| Unable to locate Certified Checks over $500.00 for the time frame requested. | | | |
| Statements | XXXXXX1230 | 22 | 22 |
| Wire Automated | XXXXXX2064 | 30 | 30 |
| Wire Automated | XXXXXX4743 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Checks/Debits | XXXXXX4615 | 0 | 0 |
| No records found with the information provided | | | |

Case No: 23855136; Agency Case No: 2019R00976200594



GOVERNMENT
EXHIBIT
20-cr-00305-DDD
**1120**

WFB

| Type | Account | Col1 | Col2 |
|---|---|---|---|
| TCP/IP Address | XXXXXX1230 | 203 | 203 |
| Statements | XXXXXX8888 | 3 | 3 |
| Statements | XXXXXX5344 | 76 | 76 |
| PMA Statements for this account are also combined with account(s) XXXXXX1230 for the time period you have requested.(ACCT TYPE : PMA) | | | |
| Checks/Debits | XXXXXX8888 | 0 | 0 |
| No records found with the information provided | | | |
| Certified Checks | XXXXXX9902 | 0 | 0 |
| Unable to locate Certified Checks over $500.00 for the time frame requested. | | | |
| Statements | XXXXXX4701 | 3 | 3 |
| Signature Cards | XXXXXX5683 | 5 | 5 |
| Deposits with offsets | XXXXXX1395 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Credit Card Statements | XXXXXXXXXXXX0142 | 288 | 288 |
| Checks/Debits | XXXXXX1395 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Deposits with offsets | XXXXXX9973 | 0 | 0 |
| No records found with the information provided | | | |
| Statements | XXXXXX9973 | 2 | 2 |
| Certified Checks | XXXXXX8630 | 0 | 0 |
| Unable to locate Certified Checks over $500.00 for the time frame requested. | | | |
| Deposits with offsets | XXXXXX8630 | 0 | 0 |
| No records found with the information provided | | | |
| Statements | XXXXXX2064 | 38 | 38 |
| Deposits with offsets | XXXXXX9157 | 15 | 15 |
| Wire Automated | XXXXXX6934 | 76 | 76 |
| Deposits with offsets | XXXXXX8888 | 0 | 0 |
| No records found with the information provided | | | |
| Checks/Debits | XXXXXX9973 | 0 | 0 |
| No records found with the information provided | | | |
| Signature Cards | XXXXXX0093 | 11 | 11 |
| Statements | XXXXXX9157 | 30 | 30 |
| Statements | XXXXXX8630 | 415 | 415 |
| Signature Cards | XXXXXX5344 | 2 | 2 |

Case No: 23855136; Agency Case No: 2019R00976200594

WFB_00001055

| | | | |
|---|---|---|---|
| Wire Automated | XXXXXX5344 | 22 | 22 |
| Signature Cards | XXXXXX4701 | 4 | 4 |
| Signature Cards | XXXXXX4743 | 4 | 4 |
| Deposits with offsets | XXXXXX5683 | 0 | 0 |
| No records found with the information provided | | | |
| Checks/Debits | XXXXXX5683 | 0 | 0 |
| No records found with the information provided | | | |
| Wire Automated | XXXXXX8888 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Signature Cards | XXXXXX4615 | 1 | 1 |
| Certified Checks | XXXXXX9973 | 0 | 0 |
| Unable to locate any certified checks for the time frame requested. | | | |
| Deposits with offsets | XXXXXX1230 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Checks/Debits | XXXXXX9157 | 15 | 15 |
| Statements | XXXXXX4615 | 36 | 36 |
| PMA Statements for this account are also combined with account(s) XXXXXX8630 for the time period you have requested.(ACCT TYPE : PMA) | | | |
| Deposits with offsets | XXXXXX4743 | 0 | 0 |
| No records found with the information provided | | | |
| Checks/Debits | XXXXXX9902 | 0 | 0 |
| No records found with the information provided | | | |
| Deposits with offsets | XXXXXX4615 | 0 | 0 |
| No records found with the information provided | | | |
| Wire Automated | XXXXXX1395 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Signature Cards | XXXXXX6934 | 4 | 4 |
| Certified Checks | XXXXXX5683 | 0 | 0 |
| Unable to locate Certified Checks over $500.00 for the time frame requested. | | | |
| Deposits with offsets | XXXXXX5344 | 59 | 59 |
| TCP/IP Address | XXXXXX4615 | 203 | 203 |
| Certified Checks | XXXXXX1395 | 0 | 0 |
| Unable to locate Certified Checks over $500.00 for the time frame requested. | | | |

| | | | |
|---|---|---|---|
| Wire Automated | XXXXXX4701 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Credit Card Statements | XXXXXXXXXXXX4982 | 74 | 74 |
| Wire Automated | XXXXXX5683 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Deposits with offsets | XXXXXX4701 | 0 | 0 |
| No records found with the information provided | | | |
| Deposits with offsets | XXXXXX2064 | 8 | 8 |
| Statements | XXXXXX1395 | 17 | 17 |
| PMA Statements for this account are also combined with account(s) XXXXXX1230 for the time period you have requested.(ACCT TYPE : PMA) | | | |
| Wire Automated | XXXXXX0093 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Checks/Debits | XXXXXX5344 | 1 | 1 |
| Statements | XXXXXX9902 | 0 | 0 |
| Statements are combined with account number #6316905683. | | | |
| Checks/Debits | XXXXXX8630 | 0 | 0 |
| No records found with the information provided | | | |
| Wire Automated | XXXXXX9157 | 9 | 9 |
| Wire Automated | XXXXXX9902 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Deposits with offsets | XXXXXX9902 | 0 | 0 |
| No records found with the information provided | | | |
| Certified Checks | XXXXXX5344 | 0 | 0 |
| Unable to locate Certified Checks over $500.00 for the time frame requested. | | | |
| Signature Cards | XXXXXX1230 | 2 | 2 |
| Signature Cards | XXXXXX8630 | 1 | 1 |
| Wire Automated | XXXXXX1230 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Checks/Debits | XXXXXX4701 | 0 | 0 |
| No records found with the information provided | | | |
| Checks/Debits | XXXXXX4743 | 0 | 0 |
| No records found with the information provided | | | |
| Statements | XXXXXX4743 | 3 | 3 |

Case No: 23855136; Agency Case No: 2019R00976200594

WFB_00001057

| | | | |
|---|---|---|---|
| Signature Cards | XXXXXX9902 | 5 | 5 |
| Wire Automated | XXXXXX8630 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Signature Cards | XXXXXX8888 | 3 | 3 |
| Deposits with offsets | XXXXXX6934 | 62 | 62 |
| Signature Cards | XXXXXX2064 | 4 | 4 |
| Statements | XXXXXX5683 | 3 | 3 |
| Signature Cards | XXXXXX9157 | 11 | 11 |
| Statements | XXXXXX6934 | 60 | 60 |
| Wire Automated | XXXXXX4615 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| TCP/IP Address | XXXXXX8888 | 140 | 140 |
| Checks/Debits | XXXXXX2064 | 13 | 13 |
| Checks/Debits | XXXXXX1230 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |

**Total Copies Delivered:** 2,031

Additional comments: Negotiated time frame from 7/7/2013 to 7/7/2020. Unable to locate any credit card applications for accounts #4465420390640142 and #4465420502494982 as t was electronic.

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of Colorado that the foregoing is true and correct according to my knowledge and belief. Executed on this 6th day of August, 2020, in the City of Tempe, State of ARIZONA.

Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons: Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s). If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Case No: 23855136; Agency Case No: 2019R00976200594

WFB_00001058

DECLARATION FOR RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY

Subpoena #: 20-0625

Company Name:   Wynn Las Vegas

I, ___Jessica Lozoya___, declare that I am/was employed by ___Wynn Las Vegas___ and am/was a duly authorized custodian of records or am otherwise qualified to speak about these records produced in response to the subpoena referenced above. These records are further described as: (Please describe records with as much specificity as possible below or on an attached sheet.)

_____Gaming & Hotel_____

I am familiar with the mode of preparation of these records. I certify that these records are true copies of records of the entity listed above and that these records were:

A. Made at or near the time of the act, event, condition, opinion, or diagnosis by--or from information transmitted by--a person with knowledge;

B. Kept in the course of the entity's regularly conducted activity; and

C. Made as a regular practice of that activity.

I declare under penalty of perjury that the foregoing is true and correct.


Signature

_____Jessica Lozoya_____
Printed name


Date: ___07/17/20___

GOVERNMENT
EXHIBIT
20-cr-00305-DDD
1121

WYNN