IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   20-cr-00305-DDD

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. **MICHAEL AARON TEW** and
2. **KIMBERLEY ANN TEW**,
a/ka Kimberley Vertanen,

Defendants.

---

## GOVERNMENT'S LIST OF PROPOSED WITNESSES

The government hereby submits its preliminary list of proposed witnesses, along with estimates of the length of their testimony on direct examination.   The government reserves the right, with reasonable notice depending on the circumstances, to call additional witnesses should a need arise during trial or based on rulings made at the pretrial conference. The government also reserves the right

to submit a revised witness list as it continues to prepare testimony and develops

better estimates of the time needed for direct examinations.

              Respectfully submitted this 25th day of January, 2024.

                                  COLE FINEGAN
                                  United States Attorney

By:    */s/ Bryan Fields*                 By:    */s/ Sarah H. Weiss*
Bryan Fields                            Sarah H. Weiss
Assistant United States Attorney         Assistant United States Attorney
U.S. Attorney's Office                   U.S. Attorney's Office
1801 California St. Suite 1600            1801 California St. Suite 1600
Denver, CO 80202                     Denver, CO 80202
(303) 454-0100                       (303) 454-0100
Bryan.Fields3@usdoj.gov              Sarah.Weiss@usdoj.gov
Attorney for the Government            Attorney for the Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of January, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record

By:     */s Bryan Fields*
        Bryan Fields
        Assistant United States
        Attorney
        U.S. Attorney's Office
        1801 California St. Suite 1600
        Denver, CO 80202
        (303) 454-0100
        Bryan.Fields3@usdoj.gov
        Attorney for the Government

1