# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## Judge Daniel D. Domenico

Case No.      20-cr-305-DDD                    Date:      February 5, 2024

Case Title:   *United States v. Michael Tew et al*.

<u>GOVERNMENT'S</u> WITNESS LIST
(**Plaintiff**/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Ronald Brodfuehrer | Feb. 5 - 15 minutes |
| Jonathan Yioulos | Feb. 5-6 - 300 minutes |
| Hannah Scaife | Feb. 7 - 45 minutes |
| Raeesa Telly (nee Ibrahim) | Feb. 7 - 45 minutes |
| Abby Schwartz | Feb 7 - 120 minutes |
| Regions Bank Representative | Feb. 7 - 15 minutes |
| Navy Federal Credit Union Representative | Feb. 7 - 15 minutes |
| Flagstar Bank / FIS Global Representative | Feb. 7 - 15 minutes |
| Sarah Anderson | Feb. 7 - 30 minutes |
| PNC Bank Representative | Feb. 8 - 15 minutes |
| Michael Meyers | Feb. 8 - 30 minutes |
| Roman Hernandez | Feb. 8 - 30 minutes |
| Wells Fargo Representative | Feb. 8 - 15 minutes |
| ANB Bank Representative | Feb. 8 - 15 minutes |
| Lori Alf | Feb. 8 - 30 minutes |

| | |
|---|---|
| Chris Alf | Feb. 8 - 30 minutes |
| Matthew Morgan | Feb. 8 - 60 minutes |
| Nicholas Hanggi | Feb. 9 - 30 minutes |
| Matthew Vanderveer | Feb. 9 - 30 minutes |
| Lisa Palmer | Feb. 9 & 12 - 180 minutes |