IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   20-cr-00305-DDD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

    1. **MICHAEL AARON TEW** and
    2. **KIMBERLEY ANN TEW**,
       a/ka Kimberley Vertanen,

      Defendants.

---

## GOVERNMENT'S (AMENDED) LIST OF PROPOSED EXHIBITS

---

The government hereby submits an amended version of its preliminary list of proposed exhibits.   The government respectfully reserves its right, within reasonable notice depending on the circumstances, to add additional exhibits as it continues preparing for trial.

Respectfully submitted this 25th day of January, 2024.

COLE FINEGAN
United States Attorney

By:   */s/ Bryan Fields*
Bryan Fields
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
Bryan.Fields3@usdoj.gov
Attorney for the Government

By:   */s/ Sarah H. Weiss*
Sarah H. Weiss
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
Sarah.Weiss@usdoj.gov
Attorney for the Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of January, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

By:      */s Bryan Fields*
         Bryan Fields
         Assistant United States
         Attorney
         U.S. Attorney's Office
         1801 California St. Suite 1600
         Denver, CO 80202
         (303) 454-0100
         Bryan.Fields3@usdoj.gov
         Attorney for the Government

1