IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **MICHAEL AARON TEW** and
2. **KIMBERLEY ANN TEW**,
 a/ka Kimberley Vertanen,

    Defendants.

## GOVERNMENT'S MOTION TO RESTRICT EXHIBITS

The United States of America, by and through Cole Finegan, United States Attorney for the District of Colorado, and Bryan D. Fields and Sarah H. Weiss, Assistant United States Attorneys, respectfully moves to restrict the document filed at ECF No. 394, any order revealing the contents of that document, and the brief filed in support of this motion filed at ECF No. 395, for the reasons stated in the brief filed in support of this motion.

The United States requests a "Level 2" restriction. Pursuant to D.C.COLO.LCrR 47.1(b), "Level 2" restriction would make the document, any order revealing the contents of that document, and the brief filed in support of this motion accessible to the government, the affected defendant, and the Court.

1

Respectfully submitted,

COLE FINEGAN
United States Attorney

| | |
|---|---|
| By:   */s/ Bryan Fields*<br>Bryan Fields<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>1801 California St. Suite 1600<br>Denver, CO 80202<br>(303) 454-0100<br>Bryan.Fields3@usdoj.gov<br>Attorney for the Government | By:   */s/ Sarah H. Weiss*<br>Sarah H. Weiss<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>1801 California St. Suite 1600<br>Denver, CO 80202<br>(303) 454-0100<br>Sarah.Weiss@usdoj.gov<br>Attorney for the Government |

**Certification of Type-Volume Limitation**

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

*/s Sarah H. Weiss*
Sarah H. Weiss

**Statement of Speedy Trial Impact**

Pursuant to Judge Domenico's Practice Standard III(C), the government notes that this motion will not affect the speedy trial clock in this case its granting would necessarily involve the court making the necessary findings of fact to exclude time and denial will keep the case on track to be tried on February 5, 2024, within the calculated speedy trial deadline.

**CERTIFICATE OF SERVICE**

       I hereby certify that on January 26th, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all counsel of record.

       *s/ Sarah H. Weiss*
       United States Attorney's Office
       Assistant U.S. Attorney