IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   20-cr-00305-DDD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

   1. **MICHAEL AARON TEW** and
   2. **KIMBERLEY ANN TEW**,
     a/ka Kimberley Vertanen,

      Defendants.

---

## GOVERNMENT'S LIST OF PROPOSED WITNESSES

---

The government hereby submits its final list of proposed witnesses, along with estimates of the length of their testimony on direct examination. The government intends to call them in the order listed, with leave to vary as trial demands dictate. The government has consulted with defense counsel, who provided the listed estimates for the length of cross-examination.

Respectfully submitted this 2nd day of February, 2024.

COLE FINEGAN
United States Attorney

By:   */s/ Bryan Fields*               By:   */s/ Sarah H. Weiss*
Bryan Fields                              Sarah H. Weiss
Assistant United States Attorney      Assistant United States Attorney
U.S. Attorney's Office               U.S. Attorney's Office
1801 California St. Suite 1600       1801 California St. Suite 1600
Denver, CO 80202                 Denver, CO 80202
(303) 454-0100                    (303) 454-0100

Bryan.Fields3@usdoj.gov
Attorney for the Government

Sarah.Weiss@usdoj.gov
Attorney for the Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of February, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record

By:   _/s Bryan Fields_____
Bryan Fields
Assistant United States
Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
Bryan.Fields3@usdoj.gov
Attorney for the Government

1