ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DANIEL D. DOMENICO

Criminal Case No.: 1:20-cr-00305-DDD

Unites States of America

v.

1. Michael Aaron Tew and 2. Kimberly Ann Tew

|  | Juror Number | Juror Name | Government Challenge | Defendant Challenge |  |
|---|---|---|---|---|---|
| 1. | 100499899 | Juror names redacted. |  | (5) | 1. |
| 2. | 100505639 |  |  |  | 2. |
| 3. | 100497700 |  |  |  | 3. |
| 4. | 100490018 |  |  |  | 4. |
| 5. | 100486112 |  | (5) |  | 5. |
| 6. | 100507419 |  |  |  | 6. |
| 7. | 100485665 |  |  |  | 7. |
| 8. | 100499527 |  |  |  | 8. |
| 9. | 100495206 |  |  |  | 9. |
| 10. | 100509339 |  |  | (9) | 10. |
| 11. | 100474147 |  |  | (7) | 11. |
| 12. | 100510255 |  |  | (8) | 12. |
| 13. | 100485172 |  |  | (10) | 13. |
| 14. | 100518357 |  |  |  | 14. |
| 15. | 100480054 |  |  |  | 15. |
| 16. | 100495067 |  |  |  | 16. |
| 17. | 100509932 |  |  | (6) | 17. |
| 18. | 100476984 |  | (3) |  | 18. |

| # | ID | | | | | # |
|---|---|---|---|---|---|---|
| 19. | 100487853 | | | | ① | 19. |
| 20. | 100517226 | | | | | 20. |
| 21. | 100475229 | | | | | 21. |
| 22. | 100499070 | | | | ② | 22. |
| 23. | 100515424 | | | | ④ | 23. |
| 24. | 100508777 | | | | ③ | 24. |
| 25. | 100501698 | | | ④ | | 25. |
| 26. | 100475936 | | | | | 26. |
| 27. | 100503819 | | | ② | | 27. |
| 28. | 100520578 | | | ① | | 28. |
| 29. | 100481549 | | | Alt 1 | | 29. |
| 30. | 100512625 | | | | Alt 2 | 30. |
| 31. | 100485198 | | | | | 31. |