# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE DANIEL D. DOMENICO

| | | | |
|---|---|---|---|
| Date: | February 8, 2024 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter: | Tammy Hoffschildt | | |

Criminal Case No. **1:20-cr-00305-DDD**          Counsel:

UNITED STATES OF AMERICA,                         Bryan D. Fields
                                                  Sarah H. Weiss
           Plaintiff,

v.

1. MICHAEL AARON TEW;                             Jason D. Schall
and                                               Kristen M. Frost
2. KIMBERLEY ANN TEW,                             David S. Kaplan
                                                  Jamie H. Hubbard
           Defendants.

## COURTROOM MINUTES

**TRIAL TO JURY (DAY 4)**

**9:00 a.m.**   **Court in session.** Defendants present, on bond. Jury not present

Discussion and argument regarding oral motion for severance and issues related to witness Hannah Scaife.

9:18 a.m.   Jury enters.

9:19 a.m.   Government's witness **Hannah Scaife** sworn.

           Direct examination by Government by Ms. Weiss.

9:30 a.m.   Bench conference regarding objection by Defendant Kimberley Ann Tew.

1

9:32 a.m.      Direct examination by Government continues by Ms. Weiss.

9:43 a.m.      Bench conference regarding objection by Defendant Kimberley Ann Tew.

9:45 a.m.      Direct examination by Government continues by Ms. Weiss.
               ***Exhibit(s) identified: 601***

9:51 a.m.      Cross examination by Defendant Kimberley Ann Tew by Ms. Hubbard.

9:59 a.m.      Bench conference regarding objection by Government.

10:00 a.m.     Cross examination by Defendant Kimberley Ann Tew continues by Ms. Hubbard.

10:07 a.m.     Bench conference regarding objection by Government.

10:11 a.m.     Cross examination by Defendant Kimberley Ann Tew continues by Ms. Hubbard.

10:25 a.m.     Bench conference regarding objection by Government.

10:26 a.m.     Cross examination by Defendant Kimberley Ann Tew continues by Ms. Hubbard.

10:37 a.m.     Cross examination by Defendant Michael Aaron Tew by Ms. Frost.

10:41 a.m.     Re-direct examination by Government by Ms. Weiss.

**10:44 a.m.   Court in recess.**

**11:07 a.m.   Court in session.** Jury not present.

Discussion regarding witness appearing via VTC this afternoon.

11:10 a.m.     Jury enters.

| | |
|---|---|
| 11:11 a.m. | Government's witness **Brittany Perry** sworn. |
| | Direct examination by Government by Mr. Fields.<br>***Exhibit(s) identified: 414, 410, 227, 318, 402, 419, 420, 411, 418, 424, 470, 396, 398, 406, 407, 417, 493, 395, 397, 403, 404, 412, 421, 423, 425, 426, 408, 409, 413, 422, 399, 400, 405, 427*** |

**Exhibit(s) 414, 410, 227, 318, 402, 419, 420, 411, 418, 424, 470, 396, 398, 406, 407, 417, 493, 395, 397, 403, 404, 412, 421, 423, 425, 426, 408, 409, 413, 422, 399, 400, 405 RECEIVED.**

| | |
|---|---|
| **11:59 a.m.** | **Court in recess.** |
| **1:02 p.m.** | **Court in session.** Jury enters. |
| 1:05 p.m. | Government's witness **Meghan Oakes** sworn. |
| | Direct examination by Government by Mr. Fields. |
| 1:12 p.m. | Government's witness **Brittany Perry** resumes. |
| | Cross examination by Defendant Kimberley Ann Tew by Ms. Hubbard.<br>***Exhibit(s) identified: 318, 227*** |
| 1:19 p.m. | Cross examination by Defendant Michael Aaron Tew by Mr. Schall. |
| 1:26 p.m. | Government's witness **Christopher Alf** sworn. |
| | Direct examination by Government by Ms. Weiss. |
| 1:41 p.m. | Bench conference regarding objection by Defendant Michael Aaron Tew. |
| 1:43 p.m. | Direct examination by Government continues by Ms. Weiss.<br>***Exhibit(s) identified: 535, 550, 534, 538, 536*** |

**Exhibit(s) 535, 550, 534, 538, 536 RECEIVED.**

| | |
|---|---|
| **2:33 p.m.** | **Court in recess.** |

3

**2:51 p.m.**      **Court in session.** Jury enters.

Government's witness **Christopher Alf** resumes.

Direct examination by Government continues by Ms. Weiss.
*Exhibit(s) identified: 552, 571, 572, 573, 574, 575, 576*

Exhibit(s) 552, 571, 572, 573, 574, 575, 576 RECEIVED.

2:56 p.m.      Cross examination by Defendant Michael Aaron Tew by Mr. Schall.
*Exhibit(s) identified: U*

Exhibit(s) U RECEIVED.

3:28 p.m.      Cross examination by Defendant Kimberley Ann Tew by Mr. Kaplan.

3:31 p.m.      Government's witness **Raeesa Telly** sworn.

Direct examination by Government by Ms. Weiss.
*Exhibit(s) identified: 548, 547, 655, 654, 661, 526, 799, 546, 545*

Exhibit(s) 548, 547, 655, 654, 661, 526, 799, 546, 545, 544 RECEIVED.

**4:14 p.m.**      **Court in recess.**

**4:26 p.m.**      **Court in session.** Jury enters

4:29 p.m.      Government's witness **Abby Schwartz** sworn.

Direct examination by Government by Ms. Weiss.
*Exhibit(s) identified: 607, 978*

Exhibit(s) 978 RECEIVED.

4:54 p.m.      Jury excused for the day and shall report back on Friday, February 9, 2024, at 9:00 a.m.

Counsel has nothing to address with the Court.

**ORDERED:**  Bond is **CONTINUED** as to Defendants Michael Aaron Tew and Kimberley Ann Tew.

**4:55 p.m.**      **Court in Recess. TRIAL CONTINUED. TOTAL TIME: 5:59**