**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DANIEL D. DOMENICO**

| | | | |
|---|---|---|---|
| Date: | February 9, 2024 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter: | Tammy Hoffschildt | | |

Criminal Case No. **1:20-cr-00305-DDD**         Counsel:

UNITED STATES OF AMERICA,                        Bryan D. Fields
                                                 Sarah H. Weiss
       Plaintiff,

v.

1. MICHAEL AARON TEW;                            Jason D. Schall
and                                              Kristen M. Frost
2. KIMBERLEY ANN TEW,                            David S. Kaplan
                                                 Jamie H. Hubbard
       Defendants.

## COURTROOM MINUTES

**TRIAL TO JURY (DAY 5)**

**9:02 a.m.**     **Court in session.** Defendants present, on bond. Jury not present.

Discussion regarding breaking early due to inclement weather, motion for severance, and jury instructions.

**ORDERED:**     Government shall respond to [420] Defendant Michael Aaron Tew's Renewed Motion for Severance by Sunday, February 11, 2024, at 12:00 p.m.

Discussion regarding American Express charges and Government proffers.

1

| | |
|---|---|
| 9:08 a.m. | Jury enters. |

Court's remarks to jurors regarding schedule for today due to inclement weather.

| | |
|---|---|
| 9:10 a.m. | Government's witness **Abby Schwartz** resumes. |

    Direct examination by Government continues by Ms. Weiss.
    ***Exhibit(s) identified: 308, 309, 653, 630, 539, 615, 618, 624, 626, 627, 631, 632, 643, 653, 657, 658, 666, 675, 691, 699, 709, 713, 714, 720, 728, 743, 843, 979, 335, 338, 339, 347, 348, 349, 350, 351, 352, 353***

**Exhibit(s) 308, 309, 653, 630, 539, 615, 618, 624, 626, 627, 631, 632, 643, 653, 657, 658, 666, 675, 691, 699, 709, 713, 714, 720, 728, 743, 843, 979, 338, 339, 347, 348, 349, 350, 351, 352, 353 RECEIVED.**

| | |
|---|---|
| 9:48 a.m. | Bench conference regarding objection by Defendant Michael Aaron Tew. |
| 9:51 a.m. | Direct examination by Government continues by Ms. Weiss.<br>***Exhibit(s) identified: 533, 532, 841, 12, 384*** |

**Exhibit(s) 533, 532 RECEIVED.**

| | |
|---|---|
| 10:11 a.m. | Cross examination by Defendant Michael Aaron Tew by Ms. Frost.<br>***Exhibit(s) identified: 339*** |
| **10:39 a.m.** | **Court in recess.** |
| **10:51 a.m.** | **Court in session.** Jury enters. |

    Government's witness **Abby Schwartz** resumes.

| | |
|---|---|
| 10:53 a.m. | Cross examination by Defendant Michael Aaron Tew continues by Ms. Frost. |
| 10:57 a.m. | Cross examination by Defendant Kimberley Ann Tew by Mr. Kaplan. |
| 11:03 a.m. | Re-direct examination by Government by Ms. Weiss. |

| | |
|---|---|
| 11:12 a.m. | Government's witness **Michael Meyers** sworn. |
| | Direct examination by Government by Ms. Weiss.<br>***Exhibit(s) identified: 752, 305, 656, 669*** |

**Exhibit(s) 305 RECEIVED.**

| | |
|---|---|
| 12:13 p.m. | Bench conference regarding taking a lunch recess. |
| **12:15 p.m.** | **Court in recess.** |
| **1:04 p.m.** | **Court in session.** Jury enters. |
| 1:06 p.m. | Government's witness **Michael Meyers** resumes. |
| | Direct examination by Government continues by Ms. Weiss.<br>***Exhibit(s) identified: 301, 696, 752, 804, 805, 525, 537*** |

**Exhibit(s) 301 RECEIVED.**

| | |
|---|---|
| 1:50 p.m. | Cross examination by Defendant Kimberley Ann Tew by Mr. Kaplan. |
| 2:17 p.m. | Cross examination by Defendant Michael Aaron Tew by Mr. Schall. |
| 2:26 p.m. | Re-direct examination by Government by Ms. Weiss. |
| 2:30 p.m. | Jury excused for the day and shall report back on Monday, February 12, 2024, at 9:00 a.m. |

Discussion regarding redacting social security numbers in exhibits.

Defendant Kimberley Ann Tew's oral motion for mistrial.

Argument by counsel.

**ORDERED:** Defendant Kimberley Ann Tew's oral motion for mistrial is **DENIED.**

**ORDERED:** Bond is **CONTINUED** as to Defendants Michael Aaron Tew and Kimberley Ann Tew.

**2:42 p.m.**   **Court in Recess. TRIAL CONTINUED.   TOTAL TIME:   4:39**