# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE DANIEL D. DOMENICO

| | | | |
|---|---|---|---|
| Date: | February 12, 2024 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter: | Tammy Hoffschildt | | |

Criminal Case No. **1:20-cr-00305-DDD**      Counsel:

UNITED STATES OF AMERICA,        Bryan D. Fields
                                 Sarah H. Weiss
           Plaintiff,

v.

1. MICHAEL AARON TEW;            Jason D. Schall
and                              Kristen M. Frost
2. KIMBERLEY ANN TEW,            David S. Kaplan
                                 Jamie H. Hubbard
           Defendants.

## COURTROOM MINUTES

**TRIAL TO JURY (DAY 6)**

**8:57 a.m.**      **Court in session.** Defendants present, on bond. Jury not present.

Discussion regarding jury instructions, [420] Defendant Michael Tew's Renewed Motion for Severance, Mr. Schall having a bond revocation hearing at 12:00 p.m. before Magistrate Judge Susan B. Prose, and exhibits.

**ORDERED:**   [420] Defendant Michael Tew's Renewed Motion for Severance is **DENIED.**

**9:02 a.m.**      Jury enters.

| | |
|---|---|
| 9:02 a.m. | Government's witness **Sarah Anderson** sworn. |
| | Direct examination by Government by Mr. Fields.<br>***Exhibit(s) identified: 555, 556, 557, 558, 559, 560, 561, 562, 409*** |

**Exhibit(s) 555, 556, 557, 558, 559, 560, 561, 562 RECEIVED.**

| | |
|---|---|
| 9:30 a.m. | Cross examination by Defendant Michael Aaron Tew by Mr. Schall. |
| 9:35 a.m. | Cross examination by Defendant Kimberley Ann Tew by Mr. Kaplan. |
| 9:38 a.m. | Government's witness **Roman Hernandez** sworn. |
| | Direct examination by Government by Mr. Fields.<br>***Exhibit(s) identified: 101, 102, 103, 104, 105, 110, 111, 112, 106, 107, 108, 109*** |

**Exhibit(s) 101, 102, 103, 104, 105, 110, 111, 112, 106, 107, 108, 109 RECEIVED.**

| | |
|---|---|
| 9:59 a.m. | Cross examination by Defendant Michael Aaron Tew by Ms. Frost.<br>***Exhibit(s) identified: 111, 112*** |
| 10:06 a.m. | Government's witness **Nicholas Hanggi** sworn. |
| | Direct examination by Government by Mr. Fields.<br>***Exhibit(s) identified: 1115, 564, 565, 566, 567, 568, 569, 563*** |

**Exhibit(s) 1115, 564, 565, 566, 567, 568, 563 RECEIVED.**

| | |
|---|---|
| **10:29 a.m.** | **Court in recess.** |
| **10:43 a.m.** | **Court in session.** Jury enters. |
| 10:45 a.m. | Government's witness **Nicholas Hanggi** resumes. |
| | Cross examination by Defendant Kimberley Ann Tew by Ms. Hubbard.<br>***Exhibit(s) identified: 555, 564, 569*** |
| 11:02 a.m. | Cross examination by Defendant Michael Aaron Tew by Mr. Schall. |

| | |
|---|---|
| 11:07 a.m. | Government's witness **Matthew Vanderveer** sworn.<br><br>Direct examination by Government by Mr. Fields.<br>*Exhibit(s) identified: 605, 613, 614, 625, 639, 650, 673, 681, 689, 693, 697, 705, 707, 717, 747, 774, 775, 786, 788, 817, 820, 829, 830, 833, 837, 851, 857, 858, 865, 718, 628, 635, 637, 646, 685, 708, 715, 718, 730, 740, 760, 776, 784, 787, 804, 805, 842, 883, 885, 886, 895, 896, 897, 901, 902, 915, 917, 925, 927, 932, 934, 937, 938, 941, 942, 946, 958, 960, 964, 966, 967, 970, 989, 990* |
| 11:30 a.m. | Bench conference regarding objections to exhibits. |
| 11:35 a.m. | Direct examination by Government continues by Mr. Fields.<br>*Exhibit(s) identified: 605, 613, 614, 625, 639, 650, 673, 681, 689, 693, 697, 705, 707, 717, 747, 774, 775, 786, 788, 817, 820, 829, 830, 833, 837, 851, 857, 858, 865, 718, 628, 635, 637, 646, 685, 708, 715, 718, 730, 740, 760, 776, 784, 787, 804, 805, 842, 883, 885, 886, 895, 896, 897, 901, 902, 915, 917, 925, 927, 932, 934, 937, 938, 941, 942, 944, 946, 958, 960, 961, 964, 966, 967, 970, 989, 990* |

**Exhibit(s) 628, 635, 637, 646, 685, 708, 715, 718, 730, 740, 760, 776, 784, 787, 804, 805, 842, 883, 885, 886, 895, 896, 897, 901, 902, 915, 917, 925, 927, 932, 934, 937, 938, 941, 942, 946, 958, 960, 964, 966, 967, 970, 989, 990, 656, 669, 696, 752 RECEIVED.**

| | |
|---|---|
| **11:48 a.m.** | **Court in recess.** |
| **1:01 p.m.** | **Court in session.** Jury enters. |
| 1:03 p.m. | Government's witness **Matthew Vanderveer** resumes.<br><br>Cross examination by Defendant Kimberley Ann Tew by Ms. Hubbard.<br>*Exhibit(s) identified: 650, 863, 885* |
| 1:17 p.m. | Cross examination by Defendant Michael Aaron Tew by Ms. Frost. |
| 1:28 p.m. | Re-direct examination by Government by Mr. Fields. |

| | |
|---|---|
| 1:32 p.m. | Government's witness **Matthew Edward Morgan** sworn. |
| | Direct examination by Government by Ms. Weiss.<br>*Exhibit(s) identified: 312, 354, 363, 207, 364, 311, 341, 202, 302, 310, 46, 208, 209, 210, 212, 225, 228, 231, 232, 236, 239, 240, 246, 303, 304, 314, 315, 319, 324, 325, 328, 329, 331, 333, 368, 393, 394, 203, 205, 48, 52, 53, 213, 217, 220, 224, 229, 230, 245, 250, 306, 307, 334, 337, 340, 342, 343, 344, 345, 382, 385, 973, 1001, 1004* |

**Exhibit(s) 312, 354, 363, 207, 364, 311, 341, 46, 208, 209, 210, 212, 225, 228, 231, 232, 236, 239, 240, 246, 303, 304, 314, 319, 324, 325, 328, 329, 331, 333, 368, 393, 394, 203, 205, 48, 52, 53, 213, 217, 220, 224, 229, 230, 245, 250, 306, 307, 334, 337, 340, 342, 343, 344, 345, 382, 385, 973. 1001, 1004 RECEIVED.**

| | |
|---|---|
| 2:04 p.m. | Bench conference regarding objection to exhibit 1004. |
| 2:11 p.m. | Direct examination by Government continues by Ms. Weiss.<br>*Exhibit(s) identified: 1004, 601, 2, 202, 540, 647, 3, 305, 203, 649, 537, 3, 305, 203, 1004, 683, 541, 5, 305, 205, 674, 675, 5, 311, 341, 1004, 543, 692, 7, 301, 207* |
| **2:53 p.m.** | **Court in recess.** |
| **3:10 p.m.** | **Court in session.** Jury enters. |
| 3:11 p.m. | Government's witness **Matthew Edward Morgan** resumes. |
| | Direct examination by Government continues by Ms. Weiss.<br>*Exhibit(s) identified: 1004, 1005, 716, 8, 303, 208, 719, 9, 303, 209, 737, 210, 743, 11, 210, 1006, 841, 12, 13. 213, 306, 14, 844, 15, 306, 213, 845, 16, 46, 246, 953, 35, 232, 36, 236, 38, 959, 239* |
| 4:56 p.m. | Jury excused for the day and shall report back on Tuesday, February 13, 2024, at 9:00 a.m. |

Discussion regarding schedule for tomorrow and redacting social security numbers contained in documents.

**ORDERED:** Bond is **CONTINUED** as to Defendants Michael Aaron Tew and Kimberley Ann Tew.

**5:00 p.m.**   **Court in Recess. TRIAL CONTINUED.   TOTAL TIME: 6:19**