# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE DANIEL D. DOMENICO

| | | | |
|---|---|---|---|
| Date: | February 13, 2024 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter: | Tammy Hoffschildt | | |

Criminal Case No. **1:20-cr-00305-DDD**     Counsel:

UNITED STATES OF AMERICA,        Bryan D. Fields
                                 Sarah H. Weiss
    Plaintiff,

v.

1. MICHAEL AARON TEW;            Jason D. Schall
and                              Kristen M. Frost
2. KIMBERLEY ANN TEW,            David S. Kaplan
                                 Jamie H. Hubbard
    Defendants.

## COURTROOM MINUTES

**TRIAL TO JURY (DAY 7)**

**9:00 a.m.**     **Court in session.** Defendants present, on bond. Jury not present.

Discussion regarding audio files from recording of Jonathan Yioulos.

**9:09 a.m.**     Jury enters.

1

| | |
|---|---|
| 9:09 a.m. | Government's witness **Matthew Edward Morgan** resumes. |
| | Direct examination by Government continues by Ms. Weiss.<br>*Exhibit(s) identified: 1006, 240, 1007, 903, 52, 887, 220, 224, 933, 229, 954, 230, 912, 225, 227, 935, 228, 950, 231, 232, 952, 232, 959, 37, 236, 1002, 1003* |

**Exhibit(s) 1002, 1003 RECEIVED.**

| | |
|---|---|
| 9:32 a.m. | Cross examination by Defendant Kimberley Ann Tew by Mr. Kaplan.<br>*Exhibit(s) identified: 1001, 1002, 1003, 1004, 1005, 1006, 1007* |
| 9:56 a.m. | Cross examination by Defendant Michael Aaron Tew by Mr. Schall.<br>*Exhibit(s) identified: 203, 301, 1002* |
| 10:00 a.m. | Re-direct examination by Government by Mr. Fields. Ms. Weiss.<br>*Exhibit(s) identified: 303, 1007, 236, 1002* |
| **10:06 a.m.** | **Court in recess.** |
| **10:20 a.m.** | **Court in session.** Jury enters. |
| 10:22 a.m. | Government's witness **Lisa Palmer** sworn. |
| | Direct examination by Government by Mr. Fields.<br>*Exhibit(s) identified: 514, 303, 515, 505, 473, 516, 313, 474, 504, 554, 569, 520, 524, 980, 981, 982, 983, 984, 985, 524, 937, 938, 939, 940, 941, 521, 513, 687, 686, 512, 584, 1008* |

**Exhibit(s) 514, 515, 505, 473, 516, 474, 504, 554, 520, 524, 980, 981, 982, 983, 984, 985, 521, 513, 686, 512, 584 RECEIVED.**

| | |
|---|---|
| 11:31 a.m. | Bench conference regarding objections to exhibit 1008. |
| 11:35 a.m. | Direct examination by Government continues by Mr. Fields.<br>*Exhibit(s) identified: 1008, 327, 730, 731, 917, 740, 742* |

**Exhibit(s) 1008 (pp. 1-27), 327 RECEIVED.**

| | |
|---|---|
| **11:57 p.m.** | **Court in recess.** |

2

**1:01 p.m.**     **Court in session.** Jury not present.

Discussion regarding limiting jury instruction on conspiracy and fraud, jury instructions and verdict form to counsel shortly.

1:06 p.m.     Jury enters.

Government's witness **Lisa Palmer** resumes.

Direct examination by Government continues by Mr. Fields.
*Exhibit(s) identified: 1008, 842, 246, 883, 220, 316, 332, 502, 503, 885, 886, 332, 52, 500, 501, 509, 510, 511, 507, 508, 895, 336, 896, 225, 896, 897, 901, 925, 410, 927, 934, 421, 938, 403, 942, 967, 804, 805, 972, 522, 760, 938, 427, 414, 427, 961, 420, 943, 471, 472, 776, 322, 477, 478, 479, 480, 481, 482, 483, 570, 1024, 320, 475, 476, 1025, 346, 330, 381, 484, 485, 586, 487, 488, 489, 490, 491, 1026, 482*

**Exhibit(s) 316, 332, 502, 503, 500, 501, 509, 510, 511, 507, 508, 336, 522, 427, 471, 472, 322, 477, 478, 479, 480, 481, 482, 483, 570, 320, 475, 476, 346, 330, 381, 484, 485, 486, 487, 488, 489, 490, 491 RECEIVED.**

2:33 p.m.     Jury excused.

Discussion regarding objection to exhibit 1009.

**2:40 p.m.**     **Court in recess.**

**2:54 p.m.**     **Court in session.** Jury enters.

2:55 p.m.     Government's witness **Lisa Palmer** resumes.

Direct examination by Government continues by Mr. Fields.
*Exhibit(s) identified: 471, 472, 42, 242, 1009, 43, 1010, 44, 1011, 989, 45, 1012, 1013, 47, 1014, 990, 48, 1015, 864, 49, 1016, 50, 1017, 51, 506, 469, 1019, 505, 1020, 54, 1021, 55, 1022, 56, 1023, 931*

**Exhibit(s) 42, 242, 44, 45, 47, 49, 50, 51, 506, 469, 54, 55, 56, 931 RECEIVED.**

3:43 p.m.     Cross examination by Defendant Michael Aaron Tew by Ms. Frost.
*Exhibit(s) identified: 937, 980, 983, 984, 938, 508, 507*

3

| | |
|---|---|
| 4:13 p.m. | Cross examination by Defendant Kimberley Ann Tew by Ms. Hubbard. ***Exhibit(s) identified: 1009, 1013, 1010, 1011, 1014, N, 564, 567, 554, 650, 687, 961, 730, 760, 917, 784, 792*** |

**Exhibit(s) N RECEIVED.**

| | |
|---|---|
| 4:59 p.m. | Bench conference regarding schedule for tomorrow. |
| 5:01 p.m. | Jury excused for the day and shall report back on Wednesday, February 14, 2024, at 9:30 a.m. |
| **ORDERED:** | Bond is **CONTINUED** as to Defendants Michael Aaron Tew and Kimberley Ann Tew. |
| **5:02 p.m.** | **Court in Recess. TRIAL CONTINUED.   TOTAL TIME: 6:30** |