IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DANIEL D. DOMENICO

| | | | |
|---|---|---|---|
| Date: | February 14, 2024 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter: | Tammy Hoffschildt | | |

Criminal Case No. **1:20-cr-00305-DDD**        Counsel:

UNITED STATES OF AMERICA,                Bryan D. Fields
                                         Sarah H. Weiss
      Plaintiff,

v.

1. MICHAEL AARON TEW;                    Jason D. Schall
and                                      Kristen M. Frost
2. KIMBERLEY ANN TEW,                    David S. Kaplan
                                         Jamie H. Hubbard
      Defendants.

## COURTROOM MINUTES

**TRIAL TO JURY (DAY 8)**

**9:11 a.m.**     **Court in session.** Defendants present, on bond. Jury not present.

Court's remarks related to exhibits V, W, X, Y, Z, and AA.

**Exhibit(s) V, W, X, Y, Z, AA RECEIVED.**

Discussion and argument regarding jury instructions and verdict forms.

Request by Mr. Kaplan for additional time for closing arguments.

1

**10:00 a.m.**   **Court in recess.**

**10:11 a.m.**   **Court in session.** Jury enters.

10:13 a.m.   Government's witness **Lisa Palmer** resumes.

Cross examination by Defendant Kimberley Ann Tew continues by Ms. Hubbard.
***Exhibit(s) identified: N, A, 708, BB, 707, 685, CC, 684***

**Exhibit(s) A, BB, CC, 684 RECEIVED.**

10:40 a.m.   Direct examination by Government by Mr. Fields.
***Exhibit(s) identified: 886, 509, 943, 426, 787, 786, N, 505, 886, 400, 740, 742, 741, 43***

**Exhibit(s) 43 RECEIVED.**

11:02 a.m.   Government rests.

11:03 a.m.   Jury excused.

Defendant Kimberley Ann Tew's oral motion for judgment of acquittal by Mr. Kaplan and Defendant Michael Aaron Tew's oral motion for judgment of acquittal and renewed motion for severance by Ms. Frost. Defendant Kimberley Ann Tew's renewed motion to sever by Ms. Hubbard.

Argument by counsel.

**ORDERED:**   Defendant Michael Aaron Tew's oral motion for judgment of acquittal is **DENIED.**

**ORDERED:**   Defendant Kimberley Ann Tew's oral motion for judgment of acquittal is **DENIED.**

**ORDERED:**   Defendant Michael Aaron Tew's oral renewed motion for severance is **DENIED.**

**ORDERED:**   Defendant Kimberley Ann Tew's renewed motion to sever is **DENIED.**

Court advises Defendants of their rights with regard to testifying or remaining silent at trial.

| | |
|---|---|
| **11:12 a.m.** | **Court in recess.** |
| **11:25 a.m.** | **Court in session.** Jury not present. |
| | Court further advises Defendants of their rights with regard to testifying or remaining silent at trial. |
| 11:29 a.m. | Jury enters. |

Defendant Michael Aaron Tew and Defendant Kimberley Ann Tew rest.

Court reads jury instructions and verdict form.

| | |
|---|---|
| **12:12 p.m.** | **Court in recess.** |
| **1:19 p.m.** | **Court in session.** Jury not present. |
| 1:22 p.m. | Jury enters. |
| 1:23 p.m. | Closing argument by Government by Mr. Fields. |
| **2:11 p.m.** | **Court in recess.** |
| **2:20 p.m.** | **Court in session.** Jury enters |
| 2:22 p.m. | Closing argument by Defendant Michael Aaron Tew by Ms. Frost. |
| 2:56 p.m. | Closing argument by Defendant Kimberley Ann Tew by Mr. Kaplan. |
| 3:34 p.m. | Rebuttal argument by Government by Mr. Fields. Ms. Weiss. |
| 3:44 p.m. | Court Security Officer (CSO) sworn. |
| 3:45 p.m. | Alternate juror 100485198 is excused. |
| 3:45 p.m. | Jury excused to commence deliberations. |

Defendant Kimberley Ann Tew's oral motion for mistrial by Ms. Hubbard.

Argument by counsel.

Defendant Michael Aaron Tew's oral Rule 29 motion and oral motion for severance by Ms. Frost.

3

Defendant Kimberley Ann Tew's oral Rule 29 motion and oral motion for severance by Mr. Kaplan.

Court makes findings.

**ORDERED:**   Defendant Kimberley Ann Tew's oral motion for mistrial is **DENIED.**

**ORDERED:**   Defendant Kimberley Ann Tew's oral Rule 29 motion is **DENIED.**

**ORDERED:**   Defendant Kimberley Ann Tew's oral motion for severance is **DENIED.**

**ORDERED:**   Defendant Michael Aaron Tew's oral Rule 29 motion is **DENIED.**

**ORDERED:**   Defendant Michael Aaron Tew's oral motion for severance is **DENIED.**

Jury will be allowed to leave around 5:00 p.m.

**ORDERED:**   Bond is **CONTINUED** as to Defendants Michael Aaron Tew and Kimberley Ann Tew.

**4:00 p.m.**   **Court in recess.** Subject to call.

**4:53 p.m.**   **Court in session.** Jury not present.

Discussion regarding note from the jury.

Jury will be excused for the day and shall resume deliberations on Thursday, February 15, 2024, at 9:00 a.m.

**ORDERED:**   Bond is **CONTINUED** as to Defendants Michael Aaron Tew and Kimberley Ann Tew.

**4:54 p.m.**   **Court in Recess. <u>TRIAL CONTINUED.   TOTAL TIME:5:10</u>**