CASE CAPTION: United States v. Tew, et al.

DETENTION HEARING, April 22, 2024

CASE NO.: 20-cr-305-DDD

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 1 | Palmer | Spreadsheet of Block financial records | | | | | |
| 2 | Palmer | Credit Union of Denver financial records | | X | X 4/22 | | |
| 3 | Palmer | Evolve Bank financial records | | | | | |
| 4 | | Spreadsheet of Evolve Bank financial records | | | | | |
| 5 | Palmer | PayPal financial records | | | | | |
| 6 | Palmer | Spreadsheet of PayPal financial records | | | | | |
| 7 | Palmer | Spreadsheet of PNC Bank financial records | | | | | |
| 8 | Palmer | Spreadsheet of Robinhood financial records | | | | | |
| 9 | Palmer | Robinhood person report for Michael Tew | | | | | |
| 10 | Palmer | Robinhood person report for Kimberley Tew | | | | | |
| 11 | Palmer | Spreadsheet of Stride Bank financial records | | | | | |
| 12 | Palmer | Spreadsheet of ZeroHash financial records | | | | | |