**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No.  20-cr-00305-DDD

UNITED STATES OF AMERICA,

Plaintiff,

v.

      1.  **MICHAEL AARON TEW**;

      2.  KIMBERLY ANN TEW; and
          a/k/a Kimberley Vertanen

      3.  JONATHAN K. YIOULOS,

Defendants.

---

**MICHAEL TEW'S NOTICE OF FILING OF VISUAL PRESENTATION**

---

      Michael Tew, by and through counsel Kristen M. Frost of Ridley McGreevy & Winocur and Jason D. Schall of Bowlin & Schall, hereby submits the following PowerPoint presentation that Michael Tew's counsel used during closing argument at trial. No visual presentation was used during Mr. Tew's opening statement.

      Respectfully submitted this 24th day of April, 2024.

                            *s/ Kristen M. Frost*
                            Kristen M. Frost
                            RIDLEY, MCGREEVY & WINOCUR, P.C.
                            303 16th Street, Suite 200
                            Denver, Colorado  80202
                            Telephone:  (303) 629-9700
                            Facsimile:  (303) 629-9702
                            E-mail:  frost@ridleylaw.com

s/ Jason D. Schall
Jason D. Schall
BOWLIN & SCHALL LLC
7350 E. Progress Place, Suite 100
Telephone:  (720) 505-3861
E-mail:   jason@bowsch.com

*Attorneys for Defendant Michael Tew*


      I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April, 2024, I served a true and correct copy of the foregoing **MICHAEL TEW'S NOTICE OF FILING OF VISUAL PRESENTATION** electronically with the Clerk of the Court via the CM/ECF system, which will send notice of such filing to the Court and parties.


*s/ Kristin McKinley*
Kristin McKinley