# *United States v. Michael Tew*

### *The rest of the story.*



# "This Case Is CRAZY"

| | | | |
|---|---|---|---|
| Gambling / Bitcoin | Algorithms | Prostitution | Drugs |
| "Conspiracy" | A fake wedding? | Blackmail / Threats | Money laundering – spending. |
| Vulgarity | "More sad than mad." | Peter Pan Donuts from Brooklyn, NY. | Manipulation |

# Complicated - Cooperator




**Jonathon Yioulos**

# "Conspiracy"

Mr. Fields used the word "conspiracy" numerous times in his questions of Mr. Yioulos.

conspiracy

# "Conspiracy"

Remember: As part of this testimony, Mr. Yioulos used the word "conspiracy" a total of 64 times.

Magically, after being cross examined on this and taking a lunch break where he was observed talking to his attorney, a former federal prosecutor, Mr. Yioulos decided to stop using the word conspiracy.

Why?  "I just decided to say "this," instead.

**Jonathan Yioulos took an oath, sat in the witness box, and lied to you just to hide the government's narrative…**

# "Conspiracy"

```
22  Q    Is Michael stupid?

23  A    Depends I mean ... to expect myself, and as a part of this ...

24  ACH and sending money out of National, over 5 million dollars

25  worth, Michael, Kimberley, myself, think we are all stupid for

 1  that.

 2  Q    When you paused there, were you about to say as part of

 3  this conspiracy?

 4  A    Yes.

 5  Q    Why didn't you?

 6  A    I just said this, instead.
```

# "Coming Clean"

```
11   Q    No.  So when you told this jury that you, yesterday, that

12   you were at a point that I needed to come clean about

13   everything, what you meant was come clean about Michael Tew and

14   Kimberley Tew?

15   A    Of course.

16   Q    Not come clean about Jon the fraudster preMichael and

17   Kimberley Tew?

18   A    Yes.
```

# Yioulos' Prior Thefts



# Yioulos' Deal with the Prosecution

This cooperation will include, but is not limited to, the following:

1) The defendant agrees to be fully debriefed, and to attend all meetings at which his presence is requested, concerning his participation in and knowledge of all criminal activities.

2) The defendant agrees to affirmatively furnish to the government all documents and other material that may be relevant and that are in the defendant's possession or control.

3) The defendant agrees to testify fully and truthfully at any proceeding in the District of Colorado or elsewhere as requested by the government.

3

**GOVERNMENT EXHIBIT**
20-cr-00305-DDD
**527**

# Yioulos' Deal with the Prosecution

throughout the time period of the scheme, YIOULOS netted a few Bitcoin from or associated with MICHAEL AARON TEW and/or KIMBERLEY ANN TEW as compensation for his role in this conspiracy and scheme. YIOULOS then sold that Bitcoin that he netted for approximately $100,000. MICHAEL AARON TEW and KIMBERLEY ANN TEW provided YIOULOS no additional significant forms of compensation. YIOULOS also separately caused the Victim Company to make payments for services not actually rendered to the Victim Company to him, or a third party for his and the third-party's benefit. The amount of those additional payments is at least approximately $60,000.

14

Plea agreement, not drafted by Yioulos, fails to mention when Yioulos started defrauding NAC – before the allegations in this case began.



GOVERNMENT
EXHIBIT
20-cr-00305-DDD
527

# Jonathon Yioulos





A "wedding," which did not result in a marriage.

# Yioulos is a bad liar

Government's Exhibit 975
Consensual call with Michael Tew
July 8, 2020

| | |
|---|---|
| TEW: | You mean they actually put the last name on there too? |
| YIOULOS: | Yeah. |
| TEW: | They never do that. |



# Witness Credibility





INSTRUCTION NO. 8

CO-PARTICIPANT—PLEA AGREEMENT

The government called as a witness an alleged co-participant in the charged scheme, who was identified as a co-defendant in the Indictment. The government has entered into a plea agreement with this co-participant, providing for the dismissal of some charges and a recommendation of a lesser sentence than this participant might otherwise likely receive. Plea bargaining is lawful and proper, and the rules of this Court expressly provide for it.

**You should consider the testimony of Jonathan Yioulos with "caution and weigh it with great care" – more so than the testimony of an ordinary witness.**

The fact that this co-pa...
the co-participant's credibility as a witness.

# Jon the Fraudster



One of two people in this case that said they deleted evidence (i.e destroyed text messages).

Saved Michael Tew in his phone as "JB"

Certified Public Accountant (CPA): an expert at "cooking the books."

| | | |
|---|---|---|
| 13:27:22(PT) | | Can me! Have a good explaination. |
| Wed, 26 Jun 2019 13:41:58(PT) | | Maybe she's being paranoid because of what happened here but still a good questiopn |
| Wed, 26 Jun 2019 13:42:39(PT) | | It won't get flagged. If your bank account says sand hill and I send to sand hill, there's no issue at all |
| Wed, 26 Jun 2019 13:42:49(PT) | | Our bank won't flag it, they have no clue |
| Wed, 26 Jun 2019 13:42:53(PT) | | What about On your end |
| Wed, 26 Jun 2019 13:42:55(PT) | | ok |
| Wed, 26 Jun 2019 13:43:10(PT) | | and nobody can see in signature |
| Wed, 26 Jun 2019 13:47:34(PT) | | No, nobody can see. It really doesn't matter. Unless Abby got curious (never does). |
| Wed, 26 Jun 2019 13:47:47(PT) | | I guess she was asking geez why didn't we do that earlier on, but its sort of water under the bridge now |
| Wed, 26 Jun 2019 13:49:08(PT) | | Well cause it's safer to use a company name Incase she does go snooping |
| Wed, 26 Jun 2019 13:49:18(PT) | | And if I need confirmations for audits and shit |
| Wed, 26 Jun 2019 13:50:10(PT) | | I'd rather not use Sandhill but in this emergency situation I can… that's why you should set up a legit Corp for the fuel consulting |

# Abby Schwartz

"off the top of my head, *no one but Yioulos could have set this fraud up*"

```
15  A   I was like -- sorry.  It was very discouraging.  You're

16  friends with someone -- I'm sorry.  You are friends with

17  someone, and this is kind of what they do.  It was

18  heartbreaking to be honest.
```

15

# *The story behind the Indictment*

Have you figured it out yet?

The government investigated Michael Tew, only to find that Kimberley Tew was the one "driving" the activities.

But even in Mr. Yioulos' plea agreement, they don't want you to see that.  They don't want to remind you of that…

## Why?

# Who got what?

Jonathan Yioulos
(1) Bitcoin, which he said in his plea agreement that he sold for
$100,000.00.
(2) Plus, his pre-allegations fraud on NAC, which he admitted
involved at least $60,000.00.
(3) "First one to talk to us is going to get the best deal."

Kimberley Tew
(1) Control
(2) Proceeds to feed her gambling addictions – including her
Bitcoin algorithm
(3)  Yet only 13 charges against her…

# Who got what?

Christopher Alf + National Air Cargo
(1) Reimbursed by insurance (except as to the AMEX charges), yet the government wants you to believe that Michael Tew caused the Company deep financial harm…



*"War is great for the Company…"  - Jonathan Yioulos*

# <u>Who got what?</u>



<u>Michael Tew</u>
(1)  59 counts.

*Fired from his job after his wife abused his corporate credit card.

*The only person charged with willfully failing to file taxes.
        -Not Jonathan Yioulos.
        -Not Kimberley Tew.
        -Not Michael Meyers.

*Greater than 4x the number of charges as Kimberley Tew (only 13 counts).

**13 + 13 + 13 + 13 = 52.**

# Mrs. Tew's Influence

**Testimony every lay witness that Mrs. Tew manipulated or bullied them:**

(1) **Jonathan Yioulos**
  *Blocked her number(s).
  *Threatened.
  * "In the background screaming at the top of her lungs…"
(2) **Hannah Scaife**
  * "Used" by Kimberley Tew to "look good."
  * Blamed Kimberley Tew for her own poor choices, including violating the law.
(3) **Abby Schwartz**
  *Berated on the phone and had to demand that she not have to speak to Mrs. Tew ever again.
(4) **Michael Meyers**
  *Under Mrs. Tew's "spell" in breaking the law.
(5) **Brittany Perry, Navy Federal Credit Union**
  * "Paranoid."
(6) *How do you think she treated Michael Tew?*



# Mrs. Tew's Influence.

# YOU ARE THE JUDGES OF THE FACTS

INSTRUCTION NO. 3

**PRESUMPTION OF INNOCENCE – BURDEN OF PROOF – REA-
SONABLE DOUBT**

The government has the burden of proving a defendant guilty beyond
a reasonable doubt. The law does not require a defendant to prove his
innocence or produce any evidence at all. The government has the bur-
den of proving a defendant guilty beyond a reasonable doubt, and if it
fails to do so, you must find the defendant not guilty.

Proof beyond a reasonable doubt is proof that leaves you firmly con-
. There are few things in this world that

**The government has the burden of proving Michael Tew
guilty beyond a reasonable doubt
and if it fails to do so you must find him not guilty.**

not guilty.

# REASONABLE DOUBT



# Proof beyond a reasonable doubt.

Unless the government proves **beyond a reasonable doubt** that Mr. Tew has committed **each and every element** of an offense charged in the Indictment, you <u>must</u> find him **not guilty** of that offense.



# ALWAYS ON THE GOVERNMENT

This burden **never** shifts to Mr. Tew.



# Instruction #3

Based upon **reason and common sense** after **careful** and **impartial** consideration of all the evidence in the case.

The evidence, the **lack of evidence**, nature of the evidence.

That would make a **reasonable** person **hesitate to act**.

So convincing that a **reasonable person** would **not hesitate** to rely and act upon it in making **the most important decisions in his or her own life.**

- **You now have the power**

- **Think about everything that *does not make sense***

- **Use your power to do the right thing**

27