IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00305-DDD

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. **MICHAEL AARON TEW**;

2. KIMBERLY ANN TEW; and
   a/k/a Kimberley Vertanen

3. JONATHAN K. YIOULOS,

Defendants.

## UNOPPOSED MOTION TO PERMIT VIRTUAL OR TELEPHONIC ATTENDANCE FOR CO-DEFENDANT'S SENTENCING HERING

Mr. Michael Tew, by and through undersigned counsel, respectfully moves this Court to provide remote access for counsel to the sentencing hearing for co-defendant, Kimberley Tew, which is scheduled to take place on August 8, 2024, at 2:30 p.m.

1. Mr. Tew is currently scheduled to be sentenced before this Court on September 12, 2024, and his co-defendant Mrs. Tew will be sentenced before him on August 8, 2024. It is standard and good practice for defense counsel to attend the sentencing hearings of co-defendants in a multi-defendant case. In this case, what occurs at Mrs. Tew's sentencing hearing will likely have an impact on Mr. Tew and his sentencing hearing, particularly due to the unique facts of this case where the co-defendants are a married couple with children.

2. Ms. Frost is currently scheduled to be out of the country on August 8, 2024, and

will be unable to attend the co-defendant's sentencing hearing in person. Since the pandemic, courts in this District have allowed certain proceedings to occur virtually via Web Ex and have also allowed virtual witness testimony in certain proceedings.

3. Undersigned counsel has conferred with the government about this request and is authorized to state that the government has no objection.

4. In making this request, counsel understands that the pandemic is now over and that virtual access may not be as commonplace as it has been for the last few years. It is also counsel's understanding that virtual and/or telephonic access is still possible. Mr. Tew respectfully moves the Court to allow Ms. Frost to attend the co-defendant's sentencing hearing remotely so that she can effectively assist him and co-counsel, Mr. Jason Schall, with preparation for his sentencing hearing.

WHEREFORE, Mr. Tew respectfully moves this Court to permit remote access, via either virtual or telephonic listening access, so that his counsel can attend Mrs. Tew's sentencing hearing.

Respectfully submitted,

s/ Kristen M. Frost
Kristen M. Frost
RIDLEY, MCGREEVY & WINOCUR, P.C.
303 16th Street, Suite 200
Denver, Colorado  80202
Telephone:  (303) 629-9700
Facsimile:   (303) 629-9702
E-mail:   frost@ridleylaw.com

s/ Jason D. Schall
Jason D. Schall
BOWLIN & SCHALL LLC
7350 E. Progress Place, Suite 100
Telephone:  (720) 505-3861
E-mail:   jason@bowsch.com

*Attorneys for Defendant Michael Tew*

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

### CERTIFICATE OF SERVICE

I hereby certify that on this 1st day August, 2024, I served a true and correct copy of the foregoing **UNOPPOSED MOTION TO PERMIT VIRTUAL OR TELEPHONIC ATTENDANCE FOR CO-DEFENDANT'S SENTENCING HERING** electronically with the Clerk of the Court via the CM/ECF system, which will send notice of such filing to the Court and parties.

<i>s/ Kristin McKinley</i><br>
Kristin McKinley