IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00305-DDD-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL AARON TEW,

    Defendant.

---

### UNOPPOSED MOTION TO PERMIT OUT-OF-STATE TRAVEL

---

Defendant Michael Aaron Tew respectfully asks that the Court grant him permission to travel to Phoenix, Arizona (within the District of Arizona) to visit his wife, Kimberley Tew, where she is currently incarcerated at the Satellite Prison Camp at FCI Phoenix. In support of this Motion, Mr. Tew submits the following:

    1.    On July 9, 2020, defendant Michael Tew made his initial appearance in this matter and was granted pre-trial release. (*See* Doc. Nos. 7 and 9.)

    2.    Since that time, Mr. Tew has remained in compliance with the conditions of his release.

    3.    Condition 7(f) of Mr. Tew's Conditions of Release restricts Mr. Tew's travel "to the State of Colorado unless prior permission is granted by the Court." (Doc. No. 9 at 2.)

    4.    Mr. Tew requests court authorization to travel with his minor children to visit his wife, co-defendant Kimberley Tew, over the following weekends:

    a. Friday, October 25, 2024, through no later than Monday, October 28, 2024;

    b. Friday, November 1, 2024, through no later than Monday, November 4, 2024; and

    c. Friday, November 8, 2024, through no later than Monday, November 11, 2024.

5. Mr. Tew's proposed itinerary includes flying commercially from Denver, Colorado to Phoenix, Arizona, and staying at a hotel near FCI Phoenix before returning via commercial air travel. Though his travel plans are not yet finalized, and he may not travel each and every weekend for which he seeks authorization, Mr. Tew agrees that he must provide his completed travel itineraries, including documentation for flights and where he will be staying, directly to his supervising officer, U.S.P.O. Seth Junker, at least two weeks prior to his travel.[1]

6. Assistant U.S. Attorney Bryan Fields has been advised of this Motion and stated that he is unopposed to Mr. Tew's request so long as he conforms with U.S. Probation's stated request for at least two weeks' advance notice and a detailed itinerary to include flight and lodging accommodations.

7. U.S.P.O. Seth Junker has also been advised of this Motion and stated that he is unopposed to Mr. Tew's request so long as he provides two weeks' advance

---

[1] In anticipation of the Court authorizing his travel, Mr. Tew has already been in touch with U.S.P.O. Junker regarding his travel itinerary for the weekend of October 25-28, 2024.

notice and a detailed itinerary to include flight and lodging accommodations.

8. Mr. Tew respectfully asks that the Court grant him permission to travel to the District of Arizona from between October 25-28, 2024, November 1-4, 2024, and November 8-11, 2024.

DATED this 15th day of October 2024.

/s/ Jason D. Schall
Jason D. Schall
BOWLIN & SCHALL LLC
7350 E Progress Pl Ste 100
Greenwood Village, CO 80111
Telephone: (720) 505-3861
E-mail: jason@bowsch.com

s/ Kristen M. Frost
Kristen M. Frost
RIDLEY, MCGREEVY & WINOCUR, P.C.
303 16th Street, Suite 200
Denver, Colorado 80202
Telephone: (303) 629-9700
Facsimile: (303) 629-9702
E-mail: frost@ridleylaw.com

Attorneys for Michael Tew

## CERTIFICATE OF CONFORMITY

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

*/s/   Jason D. Schall*
Jason D. Schall

## STATEMENT OF SPEEDY TRIAL IMPACT

Pursuant to Judge Domenico's Practice Standard III(C), undersigned counsel notes that this filing has no effect on the speedy trial clock.

*/s/   Jason D. Schall*
Jason D. Schall

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> AUSAs Bryan Fields / Sarah Weiss
> U.S. Attorney's Office
> 1801 California Street, Suite 1600
> Denver, CO 80202
> (303) 454-0100
> Bryan.Fields3@usdoj.gov / Sarah.Weiss@usdoj.gov

I hereby certify that I will mail or serve the filing to the following participants:

Mr. Michael Aaron Tew (defendant)

*/s/   Jason D. Schall*
Jason D. Schall
