IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00305-DDD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    MICHAEL AARON TEW,

        Defendant.

---

**PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT AGAINST DEFENDANT MICHAEL AARON TEW**

---

THIS MATTER comes before the Court on the *United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment against Defendant Michael Aaron Tew* pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure. The Court having read said Motion and being fully advised in the premises finds:

THAT on February 3, 2021, an Indictment was filed charging defendant Michael Aaron Tew with the following: in Count 1 with a violation of 18 U.S.C. § 1349 (conspiracy to commit wire fraud); in Counts 2 through 40 with violation of 18 U.S.C. §§ 1343 and 2, (wire fraud and aiding and abetting); in Count 41 with a violation of 18 U.S.C. § 1956(h), (conspiracy to commit money laundering); in Counts 42, 44 through 56 with violations of 18 U.S.C. § 1957 (money laundering –

1

spending); and in Counts 57 through 60 with violations of 26 U.S.C. § 7203 (willfully failing to file income tax return;

THAT the Indictment also sought forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), of any and all of the defendant's right, title, and interest in all property constituting and derived from any proceeds the defendant obtained directly and indirectly as a result of the violations set forth in Counts 1 through 40, including but not limited to, a money judgment in the amount of proceeds obtained by the scheme and the defendants.  In addition, the Indictment sought forfeiture, pursuant to 18 U.S.C. § 982(a)(2), for all property involved in the violations set forth in Counts 41 through 56 or all property traceable to such property;

THAT on February 15, 2024, defendant Michael Aaron Tew was found guilty of Counts 1 through 42 and 44 through 60; and

THAT based on the facts set forth at trial, there is a factual basis and cause to issue a personal money judgment under 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b) of the Federal Rules of Criminal Procedure.

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT the *United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment against Defendant Michael Aaron Tew* is GRANTED;

THAT $5,023,878.50 is subject to forfeiture as proceeds obtained by defendant Michael Aaron Tew through commission of the offense in Counts 1 through 40 for which he was found guilty;

THAT proceeds obtained from the wire fraud and conspiracy to commit wire fraud were laundered as a result of defendant Michael Aaron Tew's convictions for Counts 42 and 44 through 56;

THAT a Preliminary Order of Forfeiture for a Personal Money Judgment against defendant Michael Aaron Tew in the amount of $5,023,878.50 shall be entered in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c);

THAT pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT any payments toward the money judgment will be credited so that the United States will not collect more than the $5,023,878.50; and

THAT this Preliminary Order of Forfeiture may be amended pursuant to the Federal Rules of Criminal Procedure, Rule 32.2(e)(1).

SO ORDERED this 11th day of November, 2024.

BY THE COURT:

_____
DANIEL D. DOMENICO
United States District Court Judge