11/7/24, 2:35 PM                                                                 Notice of Effectiveness

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## Notice of Effectiveness

**Effectiveness Date:**   November 6, 2024 4:00 P.M.

**Form:**   S-4

**CIK:**   0001994624

**Company Name:**   ScanTech AI Systems Inc.

**File Number:**   333-280595



DEFENDANT'S EXHIBIT 2

11/7/24, 2:34 PM                    sec.gov/Archives/edgar/data/1994624/999999995524003386/9999999995-24-003386.txt

```
<SEC-DOCUMENT>9999999995-24-003386.txt : 20241107
<SEC-HEADER>9999999995-24-003386.hdr.sgml : 20241107
<ACCEPTANCE-DATETIME>20241107001509
ACCESSION NUMBER:                       9999999995-24-003386
CONFORMED SUBMISSION TYPE:              EFFECT
PUBLIC DOCUMENT COUNT:                  1
FILED AS OF DATE:                       20241106
DATE AS OF CHANGE:                      20241107
EFFECTIVENESS DATE:                     20241106

FILER:

        COMPANY DATA:
                COMPANY CONFORMED NAME:                 ScanTech AI Systems Inc.
                CENTRAL INDEX KEY:                      0001994624
                STANDARD INDUSTRIAL CLASSIFICATION:     INSTRUMENTS FOR MEAS & TESTING OF ELECTRICITY & ELEC SIGNALS [3825]
                ORGANIZATION NAME:                      08 Industrial Applications and Services
                IRS NUMBER:                             933502562
                STATE OF INCORPORATION:                 DE
                FISCAL YEAR END:                        1231

        FILING VALUES:
                FORM TYPE:              EFFECT
                SEC ACT:                1933 Act
                SEC FILE NUMBER:        333-280595
                FILM NUMBER:            241432832

        BUSINESS ADDRESS:
                STREET 1:               1177 AVENUE OF THE AMERICA, SUITE 5100
                CITY:                   NEW YORK
                STATE:                  NY
                ZIP:                    10036
                BUSINESS PHONE:         8886221218

        MAIL ADDRESS:
                STREET 1:               1177 AVENUE OF THE AMERICA, SUITE 5100
                CITY:                   NEW YORK
                STATE:                  NY
                ZIP:                    10036
</SEC-HEADER>
<DOCUMENT>
<TYPE>EFFECT
<SEQUENCE>1
<FILENAME>primary_doc.xml
<TEXT>
<XML>
<?xml version="1.0"?>
<edgarSubmission>

    <schemaVersion>X0101</schemaVersion>

    <submissionType>EFFECT</submissionType>

    <act>33</act>

    <testOrLive>LIVE</testOrLive>

    <effectiveData>
        <finalEffectivenessDispDate>2024-11-06</finalEffectivenessDispDate>
        <finalEffectivenessDispTime>16:00:00</finalEffectivenessDispTime>
        <form>S-4</form>
        <filer>
            <cik>0001994624</cik>
```

11/7/24, 2:34 PM                    sec.gov/Archives/edgar/data/1994624/999999999524003386/9999999995-24-003386.txt

```
                <entityName>ScanTech AI Systems Inc.</entityName>
                <fileNumber>333-280595</fileNumber>
            </filer>
        </effectiveData>
    </edgarSubmission>
</XML>
</TEXT>
</DOCUMENT>
</SEC-DOCUMENT>
```