IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00305-DDD-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL AARON TEW,

    Defendant.

---

**UNOPPOSED MOTION TO PERMIT OUT-OF-STATE TRAVEL**

---

Defendant Michael Aaron Tew respectfully asks that the Court grant him permission to travel to Phoenix, Arizona to visit his wife, Kimberley Tew, where she is currently incarcerated at the Satellite Prison Camp at FCI Phoenix. In support of this Motion, Mr. Tew submits the following:

1. On July 9, 2020, defendant Michael Tew made his initial appearance in this matter and was granted pre-trial release. (*See* Doc. Nos. 7 and 9.)

2. Since that time, Mr. Tew has remained in compliance with the conditions of his release.

3. Condition 7(f) of Mr. Tew's Conditions of Release restricts Mr. Tew's travel "to the State of Colorado unless prior permission is granted by the Court." (Doc. No. 9 at 2.)

4. The Court granted a similar request from Mr. Tew (Doc. No. 557) prior to his sentencing hearing.

5. Mr. Tew now requests court authorization to travel with his minor children to visit his wife, co-defendant Kimberley Tew, before and until his presumptive self-report date at the end of January 2025.

6. Because his travel plans are not yet finalized and he wishes to maintain flexibility in order to find the best fares and/or drive while his daughter is on school vacation, Mr. Tew requests authority to travel to the Districts of Arizona and New Mexico (through which he will pass if driving to Arizona) from the present to the end of January 2025.

7. As with his prior travel, Mr. Tew agrees that he must provide his completed travel itineraries, including documentation for any flights and where he will be staying, directly to his supervising officer, U.S.P.O. Seth Junker, at least two weeks prior to his travel.

8. Assistant U.S. Attorney Bryan Fields has been advised of this Motion and stated that the government is unopposed.

9. U.S. Probation Officer Seth Junker has also been advised of this Motion and stated that he is unopposed to Mr. Tew's request so long as he provides two weeks' advance notice and a detailed itinerary to include flight and lodging accommodations, as with prior travel request.

10. Mr. Tew respectfully asks that the Court grant him permission to travel to the District of Arizona and District of New Mexico between the present and

January 31, 2025.

DATED this 14th day of November 2024.

> /s/  Jason D. Schall
> Jason D. Schall
> BOWLIN & SCHALL LLC
> 7350 E Progress Pl Ste 100
> Greenwood Village, CO 80111
> Telephone: (720) 505-3861
> E-mail: jason@bowsch.com
>
> s/ Kristen M. Frost
> Kristen M. Frost
> RIDLEY, MCGREEVY & WINOCUR, P.C.
> 303 16th Street, Suite 200
> Denver, Colorado 80202
> Telephone: (303) 629-9700
> Facsimile: (303) 629-9702
> E-mail: frost@ridleylaw.com
>
> Attorneys for Michael Tew

**CERTIFICATE OF CONFORMITY**

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

> /s/  Jason D. Schall
> Jason D. Schall

**STATEMENT OF SPEEDY TRIAL IMPACT**

Pursuant to Judge Domenico's Practice Standard III(C), undersigned counsel notes that this filing has no effect on the speedy trial clock.

> /s/  Jason D. Schall
> Jason D. Schall

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> AUSAs Bryan Fields / Sarah Weiss
> U.S. Attorney's Office
> 1801 California Street, Suite 1600
> Denver, CO 80202
> (303) 454-0100
> Bryan.Fields3@usdoj.gov / Sarah.Weiss@usdoj.gov

I hereby certify that I will mail or serve the filing to the following participants:

> Mr. Michael Aaron Tew (defendant)

>> */s/   Jason D. Schall*
>> Jason D. Schall

4