PS 40 (Rev. 10/14) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box 1227
Sterling, VA 20166-1227

Fax (202) 485-6496
Email: CA-PPT-CourtOrders@state.gov

**FROM:** United States District Court
District of Colorado
901 19th Street, Room A-105
Denver, CO 80294

☐ **Original Notice**
Date: 
By: 

☑ **Notice of Disposition**
Date: 11/18/2024
By: Robert R. Keech

Defendant: Michael Aaron Tew
Date of Birth: 09/26/1979
SSN: 

Case Number: 1:20-cr-00305-DDD-01
Place of Birth: Ohio, USA

**Notice of Court Order** (Order Date: 07/09/2020)

☐ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☑ The above-named defendant surrendered passport number 484644160 and/or passport card number _____ to the custody of the U.S. District Court on 07/10/2020.

## NOTICE OF DISPOSITION

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☑ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$
Total Postage and Fees
$

Sent To
US Dept. of State
Street and Apt. No., or PO Box No.
44132 Mercure Circle P.O. Box 1227
City, State, ZIP+4®
Sterling, VA 20166-1227

Tracking: 7019 2970 0001 1984 2455

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions