IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:20-cr-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL AARON TEW,

    Defendant.

## NOTICE OF APPEAL

Notice is hereby given that Mr. Michael Aaron Tew, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Judgment in a Criminal Case (Doc. No. 589) entered in this action on the 15th day of November 2024.

    DATED this 25th day of November 2024.

                                        */s/ Jason D. Schall*
                                        Jason D. Schall
                                        BOWLIN & SCHALL LLC
                                        7350 E Progress Pl Ste 100
                                        Greenwood Village, CO 80111
                                        Telephone: (720) 505-3861
                                        E-mail: jason@bowsch.com

                                        *s/ Kristen M. Frost*
                                        Kristen M. Frost
                                        RIDLEY, MCGREEVY & WINOCUR, P.C.
                                        303 16th Street, Suite 200
                                        Denver, Colorado 80202
                                        Telephone: (303) 629-9700
                                        Facsimile: (303) 629-9702
                                        E-mail: frost@ridleylaw.com
                                        Attorneys for Michael Tew

## CERTIFICATE OF CONFORMITY

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

*/s/   Jason D. Schall*
Jason D. Schall

## STATEMENT OF SPEEDY TRIAL IMPACT

Pursuant to Judge Domenico's Practice Standard III(C), undersigned counsel notes that this filing has no effect on the speedy trial clock.

*/s/   Jason D. Schall*
Jason D. Schall

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> AUSAs Bryan Fields / Sarah Weiss
> U.S. Attorney's Office
> 1801 California Street, Suite 1600
> Denver, CO 80202
> (303) 454-0100
> Bryan.Fields3@usdoj.gov / Sarah.Weiss@usdoj.gov

I hereby certify that I will mail or serve the filing to the following participants:

Mr. Michael Aaron Tew (defendant)

*/s/   Jason D. Schall*
Jason D. Schall
