**TENTH CIRCUIT TRANSCRIPT ORDER FORM – DIRECTIONS ON REVERSE SIDE (Revised 2/2024)**

| **PART I – Case Information and Contact Information** |
|---|
| Case Name: U.S. v. Michael Tew           District Court Case Number: 20-CR-305 <br> District Court: Colorado       Circuit Court Appeal Number: 24-1465 <br> Name of Attorneys Completing this Form: <br> Kristen M. Frost                                          Jason D. Schall <br> Ridley McGreevy & Winocur PC               Bowlin & Schall LLC <br> 303 16th Street, Suite 200                      7350 E. Progress Place, Suite 100 <br> Denver, Colorado 80202                        Greenwood Village, Colorado 80111 <br> 303-629-9700                                           720-505-3861 <br> frost@ridleylaw.com                              jason@bowsch.com |

| **PART II – Complete one section below to indicate whether you are ordering transcripts.** |
|---|
| ☐ **I am not ordering a transcript because (check one):** <br>    ☐ a transcript is not necessary for this appeal; <br>    ☐ the necessary transcript is already on file in the district court; or <br>    ☐ the necessary transcript was ordered previously in appeal number _____. |
| ☒ **I hereby order the following transcript(s) from Patterson Transcription Services for FTR hearings.** One form may be used to order multiple transcripts from the same court reporter, **but separate forms must be filed for each court reporter** from whom a transcript is ordered. **Please be specific if ordering partial transcripts** (e.g., voir dire). |

| Name of Proceeding | Date of Proceeding | Dist. Ct. Doc. No. | Delivery (30-, 14-, 7-, 3-Day, or Daily) | |
|---|---|---|---|---|
| Initial Appearance | 07/09/20 | 7 | 30-Day | 30 |
| Preliminary Hearing | 07/29/20 | 19 | 30-Day | 10 |
| Status Conference | 09/29/20 | 44 | 30-Day | 30 |
| Motions Hearing | 10/08/20 | 52 | 30-Day | 5 |
| Motions Hearing | 12/09/22 | 280 | 30-Day | 30 |
| Status Hearing | 03/21/24 | 462 | 30-Day | 60 |
| Ex Parte Hearing | 03/28/24 | 468 | 30-Day | 135 |
| Ex Parte Hearing | 04/15/24 | 474 | 30-Day | 90 |

| **PART III – Choose the manner of payment for the transcript(s) ordered.** |
|---|
| ☐ This case is **NOT proceeding under the Criminal Justice Act.** I will pay the cost of the transcript. My signature on this form is my agreement to pay for the transcript(s) ordered on this form, and **I understand that I must make satisfactory payment arrangements with the court reporter(s) before work to prepare the transcript will begin.** |
| ☒ This case **IS proceeding under the Criminal Justice Act, and (check one):** <br>   ☐ I am a Federal Public Defender. The Defender's Office will pay the cost of the transcript(s). <br>   ☒ I am a CJA Panel Attorney, and I will take all steps required in eVoucher to complete payment arrangements. |
| **NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f). |

| **Part IV – Attorney's/Ordering Party's Certificate of Compliance** |
|---|
| I, Kristen M. Frost, certify that I have (1) read the instructions on the reverse of this form; (2) filed copies of this completed form in **both** the U.S. District Court and the Tenth Circuit; and, if ordering transcripts, (3) provided a copy of this completed form to the court reporter(s) and **made satisfactory payment arrangements** for all transcripts I am ordering. **I understand I must send a copy of this form directly to the court reporter(s) in addition to filing it.** <br><br> Attorney's/Ordering Party's Signature:   s/ Kristen M. Frost        Date: 12/10/24 |

**PART V – Court Reporter's Certificate of Compliance (Complete After Payment Arrangements Have Been Made)**

| Date Payment Arrangements Made | Estimated Completion Date | Number of Pages | Date(s) of Hearing(s)/Proceeding(s) |
|---|---|---|---|
| 12/26/24 | 1/28/25 | 135 | 7/9/20, 7/29/20, 9/29/20, 10/8/20, 12/9/22, 3/21/24 |
| | | | |
| | | | |

I, Candy Reiff_____, certify that (1) I have read the instructions on the reverse side; (2) adequate payment arrangements have been made; (3) I will provide a copy of this completed form to the Tenth Circuit Clerk's Office; and (4) I will provide any required notice to the U.S. District Court Clerk's Office.

Signature of Court Reporter: _*Candy Reiff*_____ Date: 12/26/24_____