In The United States District Court
For The District Of Colorado

United States of America,

    Plaintiff,

v.

Michael Aaron Tew,

    Defendant.

Case No. 1:20-cr-00305-DDD-1

## Notice of Limited Appearance of Counsel

The Clerk will please enter the appearance of attorney David C. Boyer as counsel of record for Defendant Michael Aaron Tew for the limited purpose of filing a motion to extend Mr. Tew's self-surrender date.

    Respectfully submitted,

    /s/ David C. Boyer
    David C. Boyer
    Newland Legal, PLLC
    P.O. Box 1413
    Midlothian, Texas 76065
    Tel: (469) 899-9664
    Email: david@newlandlegal.com

## Certificate of Service

I hereby certify that on January 13, 2025, I caused a true and correct copy of the foregoing notice to be served on all counsel of record via the Court's CM/ECF system.

/s/ David C. Boyer