**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 20-cr-00305-DDD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    MICHAEL AARON TEW,
2.    KIMBERLEY ANN TEW,
3.    JONATHAN K. YIOULOS,

      Defendants.

---

**MOTION TO WITHDRAW**

---

The United States of America, by Matthew T. Kirsch, United States Attorney for the District of Colorado, through Martha A. Paluch, Assistant United States Attorney, hereby files its Motion to Withdraw Martha A. Paluch as counsel of record in the above-captioned case and requests termination of electronic service. As grounds for this motion, the government states that AUSA's Bryan D. Fields and Sarah H. Weiss are

//


//


//

counsel of record in this case, have filed an Entries of Appearance, and are receiving

electronic notice.

Dated this 27th day of January 2025.

Respectfully submitted,

MATTHEW T. KIRSCH
United States Attorney

By:     *s/ Martha A. Paluch*
        Martha A. Paluch
        Assistant U.S. Attorney
        United States Attorney's Office
        1801 California St., Ste 1600
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        E-mail: martha.paluch@usdoj.gov
        Attorney for the United States

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on this 27th day of January 2025, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.


              By:    *s/ Stephanie Price*
                        Stephanie Price
                        Legal Assistant
                        United States Attorney's Office