

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

JEFFREY P. COLWELL
CLERK OF COURT

Room A-105
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

March 3, 2025

Clerk
U.S. Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, CO  80257

RE:   USA v. Michael Aaron Tew

District Court Case No.  20-cr-00305-DDD-1
Court of Appeals Case No.  24-1465

Dear Clerk:

Enclosed please find the Record on Appeal in  (1)     volume(s) which consist of the following:

Volume I - Transcripts


JEFFREY P. COLWELL, CLERK


By:  s/  A. Garcia Garcia
Deputy Clerk